**ORIGINAL**

**RECEIVED**

AUG 2 8 2008
AUG 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

1  Tyrall Farrow Cannon
2  CDCR# T-91710,
3  Ironwood State Prison.
4  Post office Box 2199.
5  Blythe, California. 92226.
6      In Pro. Per.

7
8  United States District Court Illinois Northern.
9
10 Tyrall Farrow Cannon            Case #
11            Plaintiff            Civil Right Complaint.
12      V.                         42 USCA§§ 1983.
13 United States of America        enter alia; 42USCA
14 Barack Obama. U.S. Senator.     § 1981, 1982. 1985.
15 Jesse Jackson, operation Push.  1986, 1994,
16 John Doe   , NAACP. Chairman.   18 USCA§ 241, 371,
17 John Doe   , ACLU. Chairman     18 USCA§ 2381-
18 John Doe.   Now Chairman.       2386 Smith Act.
19 John McCain. U.S. Senator.      50 U.SCA§ 781.
20 Diane Feinstein. U.S. Senator.  841-844
21 Mary Bono. U.S. Senator.        Communist Con-
22 Barbera Boxer, U.S. Senator.    trol act.
23 Nancy Pelosi U.S. Senator.
24 Daniel Lungren U.S. Senator.    08cv4930
25 William Lockyer, California Treasury.  JUDGE HART
26 Judicial Council of California ad-    MAGISTRATE JUDGE VALDEZ
27 ministration of the Courts.
28 Ronald M. George, and associate's; Defendants et al.

1

## Introduction

1. Plaintiff is an Born United States Citizen,
Born in the State of California, city of Compton
Los Angeles County with tribal blood "Pima in-
dian and afican American, Prisoner incarcerated
in California Prison operated by the Department
of Correction rehabilitation of the State of California

The State of California has established a Prison
Shared Profit antebellum scheme to defraud
the United States and Taxpayers which
operate enterprises for profit within the
State, States Prison by intentional abuse of
the Penal Code system and the Putting down
citizens rights to be free from illegal holding
citizen(s) on Parole after completion of deter-
mined Sentence(s) and in breach of Contracts
and did knowingly wantonly, willfully restrict
the movement of Plaintiff and other injuried
to be held or hold thereafter in the Scheme
of thing of arbitrary detention, and or false
imprisonment to suffer unduly Punishment
in condition of cruelty, inhuman, degrad-
ing treatment, destruction of a race of
people in whole or inpart not being proper-
ly brought before Jury with Similar laws
with various intents to produce Slavery,
and Genocide effecting interstate Commerce.

Plaintiff and others situated the same, conviction and or coercion into being sentence to a term of 25 years for most other 25 to a 1927 years or more to total 1,927 of all others whom is appearing in this action for relief from Political belief and ideas in the State of California Courts and thereafter to cause taxers to pay for an illegal debt estimated at $39,000 a piece for each year held or hold by order that Plaintiff and those situated the same to pay fines of $_____, and restitution of total $ _____ to the California Government Claims board, victim Claims board.

The Governor, and the State of California Treasury, and Controller has issued and agreed to fund the arbitrary action, application of the three strike law in such a way that the California justice(s) is legislating amendment Penal Code "667 (A)(I)" of the P.C. 667 (b)-(i) knowingly enforce by the same within the administration of law governed by the Defendants and at all times and in joint action payed employees District Attorney and Public defenders association schemed out a program to manufactor Prior as strike's that incurred before the amendment state statute 667 (B)-(I) Penal

3.

Code, did each and every employed defendants met their Goal of denying systematicly the equal Protects, due processes and did in the scheme of breaches of Contracts subject Plaintiff and a race of People in part to Slavery and or Genocide Conditions.

The Department of Correction has establish an liberty inkrest and a right to employe Prisoner at the various prisons where they are incarcerated and hired or held, hold by the California Correctional Peace officer association (CCPOA) in this going scheme eatterprises. The California Correctional Peace officers Association (CCPOA) State of California Department of Correction rehabilication have established wages for prisoner which are paid from Prisoner trust or Prison union funds revolving fund into which revenues from the "sales," of the Judicial Council of California administration office of the Court, legislative Council State of California and Governor Defendants employed and payed from the established Shared Profit antebellum scheme of holding citizens(s), Plaintiff as a Slave(s) as deposite of arbitrary detention by overt act of Subversive unamerican application of laws, fine, and or restitution to be payed into an agency set-up to pay-off State official abuses And corruption "Victim Compensation board of Claims at now 55% present of already

4.

1  Taxed incoming monies to prisoner(s) Plaintiff
2  from family (ies) and friends and or from empl-
3  oyment by the above defendants institution that
4  has reestablished Slavery in the state of Calif-
5  ornia, united States of America.
6       The California Three Strikes law act or Pro-
7  vision Pursuant to Penal Code 667 (b)-(i) of
8  March 07, 1994, signed in to the administration
9  of the Court of law by the Governor and
10 enforce by the same in the authority of
11 appointment of Judges to carry out the
12 Program to include; subjects prisoner(s) cit-
13 zens to punishment after the fact(s) by
14 and to include an unseen force or spirit
15 in legislation as the Justices did to make
16 null and void in the scheme of thing directly
17 or indirectly pool an jury for the purpose
18 to exclude facts that the Priors or plea
19 bargains or acts committed prior to an
20 Amended state Statute making null and
21 void by enjoin tact in the administration
22 of law shunning plea bargain or Contract,
23 an protected federal function that Protects
24 and allow for citizens of Color, Poor, to make
25 an Plea negotiation and enforce the same
26 that encurred before the amendment Penal
27 Code 667 (b)-(i) Three Strike law, Prior act
28 law, Proposition 8 (1982) 667 a.b Penal Code,

5

as applied is Prohibited by the Constitution and where-as in its application creates involuntary Servitude.

The Fair Labor Standards Act of 1938, 29 U.S.C. § 201 et seq. (hereinafter FLSA) requires all employers, other than those specifically excepted from the statutes application, to pay their employees the Federally-Mandated wage which, Since January 01, 2007, $6.75 per hour.

Prison employees are not excepted; therefore Plaintiff, and others situated the same may all be entitled to Federally-Mandated wage Since March 07, 1994, $4.25 per hour and all those similarly situated, are entitled to damages representing the difference between the amounts they (Prisoners) Plaintiff were paid, or held or hold in the condition to be employed and among other things, as to pay off an illegal, unduly, debt, while denying the applicable minimum wage.

In addition, Plaintiff and the Class they represent are entitled to liquidated damages in an amount equal to their unpaid minimum wages while held or hold by force in the Condition of Slavery, and Genocide by intentional, knowingly, willfully indifferent to Constituted legislation.

///

6

Jurisdiction

(1). Jurisdiction over this action is conferred on
this Court by Section (1) (2) of the USCA§§ 1331,
title 28 and 28 USCA§§ 1337, 28 USCA§ 1350,
18 USCA§ 1031, 18 USCA 1091, 18 USCA 1201,1202,
18 USCA§ 2381-2385, 2386. And Section 16(b)
of the (FISA) 29 USC §§ 216 (b) and the
enforcement Act of 1871, Now 42 USCA§ 1985.
(3) Which confers Jurisdiction on this Court
over any civil action or proceeding arising
under an act of Congress regulatory Com-
merce, as such Homeland Security act 6
USCA§ 101, 111... et sec. (2003)


(2). Constitutional and Statutory Provisions involved.)
    Fifth Amendment to the United States Constitution;
Provides; No person shall be held to answer for a
Capitol, or otherwise infamous crime unless on
a presentment or indictment of a grand jury.
except in cases arising on the land or Naval
forces, or in militia, when in actual service
in time of war or public danger; nor shall any
person be subject for the same offence to be
twice put in jeopardy of life or limb; nor
shall be compelled in any criminal case to be
a witness against himself, nor be deprived of
life, liberty or property without due process

7

of laws; nor shall private property be taken
for public use, without just compensation.
(3). Enforced by 42 USCA § 1981. States that
all persons ... shall have the same rights ... to
the full and equal benefit of all laws and
proceedings for the security of persons and
property as is enjoyed by white citizens. also
provides equal rights under the law. All persons
within the jurisdiction of the United States
shall have the same right in every State and
territory to make and enforce contracts, to
sue, be parties, give evidence and to the full
and equal benefit of all laws and proceed-
ing for the security of persons and property
as is enjoyed by white citizens and shall
be subject to like punishment, pains, penalt-
ies, Taxes, licenses and exactions of every
kind, and to no other.
(4). Also enforce by 6 USCA § 101 et seq. and
6 USCA § 111. (F). ensure that the overall econo-
mic security of the United States is not diminish-
ed by efforts, activities, and programs aimed
at securing the homeland; (G) ensure that
the civil rights and civil liberties of persons
are not diminished by efforts activities, and
programs aimed at securing the homeland.
(2) Responsibility for investigating and prosec-
uting terrorism.

8

(5). Thirteenth amendment to the United States Consti-
tution; Provides § (1). neither slavery nor
involuntary servitude, except as a punishment
for crime whereof the party shall have been
duly convicted, shall exist within the United
States or any place subject to their jurisd-
iction. § (2) Congress shall have power to
enforce this article by appropriate legislation.
(6). Enforced by 42 USCA § 1985. (2) For the pur-
pose of depriving, either directly or indirectly,
any person or class of persons of the equal
protection of the laws or of equal privileges
and immunities under the laws (3) Provides,
and act in furtherance of the object of
the conspiracy, whereby (4) one was injured
in his person or property or (5) deprived of
having and exercising any right or privil-
ege of a citizen of the United States.
(7). enforced by; 6 USCA § 101 § (1). Each
of the terms, "American homeland" and home-
land" means the United States § (2) The
term "Appropriate Congressional Committee"
means any committee of the House of repre-
sentatives or the Senate having legislative
or oversight jurisdiction under the rules
of the House of representatives or the Senate,
respectively, over the matter concerned. §
(3) the Term "assets" includes Contracts, —

9

property, and other funds or resources (other than personnel) (C)(15); The term "terrorism" means any activity that-- A (i) is dangerous to human life or potentially destructive of critical infrastructure or key resources; and (ii) is a violation of the criminal laws of the United States or of any State or other subdivision of the United States; and (B) (i) appears to be intended-- (I) to intimidate or coerce a civilian population (ii) to influence the policy of a Government by intimidation or coercion; or (iii) to effect the Conduct of a government by mass destruction, or kidnapping. (16)(A) The term "United States" when used in a geographic sense, means any State of the United States, any possession of the United States, within the jurisdiction of the United States.

(8). Enforced by 18 USCA § 1031, Major fraud against the United States; (a) whoever knowingly executes, or attempts to execute, any scheme or artifice with the intent-- (1) to defraud the United States; or (2) to obtain money or property by means of false or fraudulent pretenses, representations, or promises, in any procurement of property or services as a prime contractor with the United States or as a subcontractor or sup-

plier on a contract in which there is a prime
contract with the United States, if the value
of the contract, subcontract or any constit-
uent part thereof, for such property or service
s is $1,000,000, or more shall, subject
to the applicability of subsection (c) of this
section, be fined not more than $1,000,000.
(b) The fine imposed for an offense under
this section may exceed the maximum other-
wise provided by law, if such fine does
not exceed $5,000,000, and - (1) the
gross loss to the government or the gross
gain to a defendants is $500,000 or great-
er; or (2) the offense involves a conscious
or reckless risk of serious personal injury
(c) The maximum fine imposed upon a defendant
(3) for a prosecution including a prosecution
with multiple counts under this section
shall not exceed $10,000,000 (See (1)(c)(1)
(2)(3)(f) Section 9 (1) In special circumstan-
ces and in his or her sole discretion, the
attorney General is authorized to make pay-
ments from funds appropriated to the Depart-
ment of Justice to persons who furnish
information relating to a possible prosecution
under this section. The amount of such
payment shall not exceed $250,000 up-
on application by the attorney General, the

11.

Court may order that the Department shall be reimbursed for a payment from a criminal fine imposed under this section.

(9). Fourteenth Amendment to the United States. Constitution: § (1) all person born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. no state shall make or enforce any law which shall abridge the privilege or immunities of citizens of the united states; nor shall any state deprive any person of life, liberty, or property, without due process of law, nor deny to any person within its jurisdiction the equal protection of the law. (5) The Congress shall have power to enforce, by appropriate legislation, the provisions of this article.

(10). Enforced by 18 U.S.CA § 1091 Genocide § (a) Basic offense -- whoever, whether in time of Peace or in time of war, in a circumstance described in subsection (d) and with the specific intent to destroy, in whole or in substantial part, a national, ethnic, racial, or religious group as such -- (1) kills members of that group; (2) causes serious bodily injury to members of that

12

group, (3) causes the permanent impairment
of the mental faculties of members of that
group through drugs, tortures, or similar tech-
niques; (4) subject the group to conditions of
life that are intended to cause the physical
destruction of the group in whole or in part
(5) imposes measures intended to prevent births
within the group; or (6) transfers by force
children of the group to another group;
shall be punished as provided in subsection
(b) (see 1) in the case of an offense under
(a) (1) where death results, by death or impri-
sonment for life and a fine of not more than
$1,000,000, or both (2) a fine of not more
than $1,000,000 or imprisonment for
not more than twenty years or both
in any other case (see (c)(d)(1) the offense is
committed within the united States; or (2)
the alleged offender is a national of the
united States (as defined in section 101 of
of the immigration and nationality act
(8 USCA § 1101).
(11). enforced by 42 USCA § 1983. Provides;
that every person who, under color of any
statute, ordinance, regulation, custom, or
usage, of any state subjects, or causes to
be subjected, any citizen of the united
States or other person to the deprivation of

13

any rights privileges, or immunities secured
by the Constitution and laws, shall be liable
to the party injured in an action at law,
suit in equity or other proper proceeding
for redress.

(12). Enforce by 42 USCA § 1985. (3) Provides
in part that, if two or more persons con-
spire for the purpose of depriving any
person of the equal protection of the laws,
(and) if one or more persons engaged
therein do, or cause to be done, any act
in furtherance of the object of such con-
spiracy, whereby another is injured in
his person or property, the party so injured
may have an action for the recovery
of damages occasioned by such injury
or deprivation.

(13). Enforced 42 USCA § 1986, Provides, Every
Person who having knowledge that any of
the wrongs conspired to be done, and Ment-
ioned in § (1985) or about to be committed
and having the Power to prevent or aid in
preventing the commission of the same,
neglects or refuses to do so,

(14). Also Enforce by 42 USCA § 1994, Provides
that the holding of any person to service
or labor under the system known as peon-

14.

age is abolished and forever prohibited in
any territory or state of the united states; and
all acts, laws, regulations, or usages of any terr-
itory or state, which have heretofore estab-
lished, or by virtue of which any attempt
shall hereafter be made to establish, Main-
tain, or enforce, directly or indirectly, the
voluntary or involuntary service or labor
of any person as persons in liquidation of
any debt or obligation, or otherwise, are de-
clared null and void.

(15.)    California Penal Code 182 a. States; if
two or more persons conspire (1) To commit
any crime (2) Falsely and Maliciously to in-
dict another for any crime, or to procure
another to be charged or arrested for any
crime (3) Falsely to move or maintain any
suit, action, or proceeding (4) To cheat and
defraud any person of any property by any
means which are in themselves criminal,
or to obtain money or property by false
pretense or by false promises with fraudulent
intent not to perform those promises (see also
18 USCA § 1031 et sea ) (5) To commit any act
injurious to the public health, to public Mor-
als or to pervent or obstruct justice, or
the due administration of the law. (see
42 USCAS 1985.) (6) To commit any crime

15

against the person of the president or vise president of the United States, the Governor, of any state or territory, any United States justice or Judge or the secretary of the executive department of the United States.

(16). Enforced by 6 USCAS 111 (G) Provides; ensure that the civil rights and civil liberties of persons are not diminished by efforts, activities, and programs aimed at securing the homeland.

(17.) enforced by 18 USCA § 2381, Provides; Who ever owing allegiance to the United States levies war against them or adheres to their enemies, giving them aid and comfort within the United States or elsewhere, is guilty of treason and shall suffer death or shall be imprisoned not less than five years and fined under this title but not less than $10.000 and shall be incapable of holding any office under the United States.

(18.) Fifteenth amendment to the United States Constitution. Section (1) The right of citizens of the United States to vote shall not be denied or abridged by the United States or by any state on account of race, color, or previous condition of servitude. S.(2) The Congress shall have power to enforce this Article

1. by appropriate legislation.

2.

3. (12) Enforced by 42 USCA§ 1971-1973, Voter
4. 1986.(3); Provides; If two or more persons in
5. any state or territory conspire, or go in disguise
6. on the highway or on the premises of another,
7. for the purpose of depriving, either directly
8. or indirectly, any person or class of person of
9. the equal protection of the laws, or of equal
10. privileges and immunities under the laws;
11. or for the purpose of preventing or hindering
12. the constituted authorities of any state or
13. territory from giving or securing to all persons
14. within such state or territory the equal protec-
15. ion of the laws; or if two or more persons
16. conspire to prevent by force, intimidation, or
17. threat, any citizen who is lawfully entitled
18. to vote, from giving his support or advocacy
19. in a legal manner, toward or in favor of
20. the election of any lawfully qualified person
21. as an elector for President or vice President
22. or as a member of Congress of the United
23. states; or to injure any citizen in person
24. or property on account of such support
25. or advocacy; in any case of conspiracy set
26. forth in this section, if one or more persons
27. engaged therein do, or cause to be done, any
28. act in furtherance of the object of such con-

17.

spiracy, whereby another is injured in his person or property, or deprived of having and exercising any right or privilege of a citizen of the United States, the party so injured or deprived may have an action for the recovery of damages, occasioned by such injury or deprivation, against any one or more of the conspirators.

(20.) Enforced by 18 USCA § 371, Provides; if two or more persons conspire either to commit any offense against the United States, or to defraud the United States, or any agency thereof in any manner or for any purpose, and one or more of such persons do any act to effect the object of the conspiracy, each shall be fined under this title or imprisoned not more than five years, or both.

(21.) Enforced by 18 USCA § 2382 Provides; Whoever; owing allegiance to the United States and having knowledge of the commission of any treason against them, conceals and does not, as soon as may be, disclose and make known the same to the President or to some Judge of the United States, or to the governor or to some Judge or Justice of a particular State, is guilty of misprision of treason and shall be fined under

18

1  this title or imprisoned not more than seven
2  years or both. (See 18 USCAS 2385, 2386 ed seq)
3
4  Support of the fifth, Thirteenth, Fourteenth,
5  and enforced by the same.
6  ///
7  ///
8  ///
9  ///
10  ///
11  ///
12  ///
13  ///
14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

19

## Parties.

22. Tyrrall Farrow Gannon.

3. ///
4. ///
5. ///
6. ///
7. ///
8. ///
9. ///
10. ///
11. ///
12. ///
13. ///
14. ///
15. ///

Prisoner(s) are incarcerated at Ironwood State Prison and various Prisons in the State of California and is being held or employed or to be employed in the enterprise's operated by defendants et al and other divers in this antebellum scheme establish by the State Prison System California Department of Correction, Now Rehabilitation and (CCPOA) et al.

This action is brought by Plaintiff(S) for and on behalf of themselves, ourselves individually and other prisoner(s) held or hold under false pretense in the Condition of Slavery, Prisoner(s)

employees, similarly situated. Pursuant to 42
U.S.C.A § 1994, 18 U.S.C.A § 1581, 18 U.S.C.A.S 1961, 1962,
18 U.S.C.A § 1031 et seq. and pursuant to section
16 (B) of the Fair Labor Standard act (FLSA) 29
U.S.C. Section 216(b). Prisoners situated the same
has consented in writing to have this Court
to consider all or none here with injuction-
ion for relief the same from this illegal Polit-
ical institution (as Exhibit 1 thru 5 ).
Such consent will be filled here with. Because
this is not a isolated Program in violation of
federalism.

(23). Defendant State of California, Governor Arn-
old Schwarzenegger operates prisons within the
State by and through the Department of Correct-
ion (Rehab) and is the Chief holder or joint
employer, together with the (CCPOA) of Plaint-
iffs prisoner(s) holders, employees herein, and
Such Consenters who file their Consents with
this Court. Defendant State of California is a
public agency within the meaning of Section
3 (d) of the FLSA. 29 USC section 203 (d) AND
section 203 x of the FLSA 29 u.s.c.

(24) Defendant California Correctional Peace Officer
Association (CCPOA) is an entity created by
the State of California to develop and operate
Antebellum Profiteering scheme with the
help of legislative council State of California

21.

1   And Judicial Council of California Administration
2   office of the Court and serviced enterprises by
3   arbitrary applied law that held or hold prisoner-
4   s. parolee's under an political institutions to
5   recall Slavery and is the joint employers togeth-
6   er with the State of California of Plaintiff
7   prisoner(s) And all those similarly situated
8   the same who consent in writing. and Mater-
9   ial fact that an ongoing scheme of Defendant
10  (CCPOA) in join taction with State of California
11  is a Public agency with the meaning of S.
12  3 (d) of the FISA, 29 U.S.C. Sec. 203(d) and Sec.
13  3(x) of the FISA 29 USC section 203x and
14  in the meaning of 18 USCA 8371, 18 USCA 8
15  1951, 18 USCA 8 1961, 1962. et seq. 18 USCA 8 1581,
16  1584, 42 USCA 8 1983, 1985.(3), 1986, 1994,
17  (25). at all times material hereto defendants,
18  State of California, Governor, legislative Council
19  State of California, California Correctional Peace
20  officer Association (CCPOA), And Judicial
21  Council of California Administrative office of
22  the Court, jointly with each other has operated
23  enterprises which Manufacture "Strikes" Priors
24  for the safe of United States protected Citizen
25  in interstate Commerce as such, and them-
26  selves enterprise's engaged in commerce
27  within the meaning of section 3(r) and
28  (S) of the FISA, 29 U.S.C. Sec. 203 (r) and 203(S)

22

1  42 USCA § 1985 (3) catch all-five year statute
2  IRS tax shelter within the meaning of 41 US-
3  CA 101 (2)(F) offenses against the United States,
4  and to defraud by conspiracy the United States
5  18 USCA § 371. Pursuant to the Major scheme
6  against the United State 18 USCA § 1031. let the
7  Seller beware 18 USCA § 1581 et seq. involunt-
8  ary servitude 42 USCA §§ 1994 in violation
9  of State and federal civil right act, california
10  civil code (c c c) 51(1), 51(2), california Penal
11  code 181, 182, & sec 186, et seq. 667 (a)(2), United
12  States bill of rights, and the 10th, 11th, 13th,
13  14th and 15th amendment of the United
14  States of america.

15  <u>First Claim for Relief</u>

16
17  (26). Plaintiff and Prisoners alike who are
18  being held or hold against their federal Protect-
19  ed right in the condition of peonage, Slavery
20  for the sole purposes to be employee's of the
21  defendants et al... ongoing scheme's and
22  plans to enslave Plaintiff's for life and death
23  and recall Slavery and or Genocide in the
24  United States systematicly conspired in joint
25  action and for the benefit of all defendants
26  and Divers and are covered employer(s) un-
27  der the FISA, 29 USC. § 201 et seq. Under
28  the FISA, Covered employee must be paid

23

1    at least the statutory Federal minimum wage
2    throughout the scheme and holding of
3    Plaintiff(s) for employment, March 07, 1994,
4    of the agreement in the scheme and contin-
5    uing to date. defendant knew or should
6    had known the willfully, knowingly and
7    wrongfully to held or hold Plaintiffs et al.
8    to pay an now 55% present from all incom-
9    ing funds family member and concerned
10    friends and other relationship after paying
11    taxes on job funds recieved by the defend-
12    ands. state of California schemes at 55%
13    additional deductions and in turn have
14    paid Plaintiff and those situated the same
15    (see Exh #1 thru 5 .) less than the
16    applicable now $6.75 minimum wage in
17    violation of the (FLSA).

19    (27.) The FLSA provides that any employer
20    who violates section 206 of the act which
21    requires the payment of the federally specif-
22    ied minimum wage(s) is liable to the affected
23    employee, and whom is being held or hold
24    for that purpose, for the unpaid amount
25    of wages and an equal amount as liquid-
26    ated damages, in addition to pay other avai-
27    lable legal and equitable relief.

28    ///

(28) By willfully and wrongfully in this illegal scheme of things to hold Plaintiffs to suffer conditions of Slavery, Prohibition mandated by the Federal Government, defendant is in violation of the provision of Slavery Act while at the same time have moved with the ideas prohibited by the famous (K.K.K) kukluxklan Act and for profit pursuant to Rico act that have among other things give cause under the forfeiture of assets act (see 18 USCA § 2333.(a), and California Penal Code 186 (a)(a)(b)(c), 181, 182 et seq. 18 USCA§ 1961-1964 et seq. 42 USCA§ 1985 (3), 42 USCA § 1994, 18 USCA § 1581,- 1584 et seq Namely and Section FISA 306. entitles Plaintiffs and all of them to damages as specified in Section 316 of the FISA.

(30.) Wherefore, Plaintiff. et al. request relief as hereunder appears.

<p style="text-align:center">Second Claim for<br>Relief</p>

Plaintiff(s) et al. refer to the allegations set forth in paragraphs 1 through 30 above, and hereby incorporate the same as though fully set forth herein.

(31). This is also an action for a declaratory

<p style="text-align:center">25</p>

judgment under 28USCA § 2201, for the purpose
of finally determining an actual controversy
between the parties concerning the provision
and application of the Three Strikes law Pen-
al Code 667(d)(1). Statute, and FISA.

(32) Plaintiff's et al. desire a declaration of
their rights and duties and obligations to
each and everyone of them sworn, owing
allegiance to the United States and having
knowledge of the Commission to recall Slav-
ery, but did conceals and does not, as soon
as may be and uproot incident or badges
of Prohibited Political institution of Slavery
levies war against them or adhere to their
enemies, giving them aid and comfort with-
in the United States and each of them, in
regard to the ongoing Controversy Continues to
date concerning prison overcrowding by the
Three Strikes law, and payment of minimum
wages, Such a declaration is necessary
and appropriate in order that Plaintiff(s)
may ascertain his rights in reference to
said Condition and work to be performed
in the future so that citizens may not be
deprived of their, his just Compensation
for said held or hold for said involuntary
Servitude. (work).

26

1 Wherefore Plaintiff(s) pray for relief as hereunder
2 appears.

3

4                    Third claim for Relief

5 (33). In addition to damages and declarat-
6 ory relief, Plaintiff(s) seek preliminary and
7 permanent conjunctive relief to enjoin the
8 defendants continued violation of the "Enfor-
9 cement act, Rico act, Hobbs act, Sherman
10 act, Smith act, Limberg act, Tucker act,
11 RRR act, Homeland Security act, Patriot
12 act, Communist Control act, un-america act-
13 ivities act, civil rights act, Slavery act,
14 major scheme against the United States act,
15 FISA, and to enjoin defendants respecting
16 the contractual agreement and its cost to
17 them and the State of California Defendants,
18 and from retaliating against him in any
19 way for having brought this action and in
20 the interest of Justice of others situated
21 the same and/or to join such action,
22 which retaliation upon information and
23 belief, is threatened and which may include
24 a lost of Status, to maintain A-1-A activities
25 as a worker to make calls daily, to come
26 out of my cell on the weekends and to
27 take showers daily.
28 Pursuant to Penal Code 667 (b)(i) to reflect

voluntary and duly punishment

(34.) Plaintiff is informed and believe, and on that basis allege, that unless preliminarily and permanstly enjoined from violating Section 206 of the fair labor standards act held or hold to pay Plaintiff et.al. prisoner employee to work "article 3, title 15 ccr 3040 @ " and denied family over night visiting title 15, ccr 3177 (2), prisoner employee or held to work and to maintain the prison at anytime and pay Pennies or less than the mandated federal minimum wage, defendants will Continue so to do and that plaintiff(s) et al will be damaged thereby and deprived of funds on which he rely to purchase and to obtain essential products for theirselves and to support their Families and Childrens

(35). Wherefore Plaintiff's et al prays for the following relief;

(1) for a declaratory judgment declaring that defendants have willfully and wrongfully, intentionally, knowingly violated their Statutory obligation, and deprived Plaintiff(s) et al of their rights State, federal, Civil, Constitutional, Protection and entitlements under California Penal Code 667 @(1), and FISA Law. as alleged herein;

28

(2) For a complete and accurate accounting of all federal Minimum wages due and owing to Plaintiffs for the added cost of attornies fees and hiring attornies.

(3) For awards Plaintiffs et. al. of Monetary damages in the form of Back pay Compensation, liquidated damages equal to wages unpaid Compensation together with interest thereon for the Statutory period in the Scheme of 14 years, sence (1994), and or as determined by actual time held or hold of each Plaintiff in the Condition.

(4) For preliminary and permanent injunction relief from further violations of Plaintiffs et. al. statutory rights, federal Rights to make and enforce Contracts.

(5) False imprisonment 144 million Dollars Compensatory damage from each defendants

(6) arbitrarily detained, cruelly, inhuman, degrading, disrestful, treatment, punitive damages 72 Million Dollars from each defendants.

(7) Subjected to an illegal debt to be payed for with our lives in Breached Contracts

collectively and extorted to pay 55% present
of all incoming Moneys from families and
friends after all-ready being taxed and held
or hold to pay fines and restitution arbitrary
180 Million Dollars from each Defendants.

(8) For an award of reasonable attorneys
fee's for the appointment of Counsel by this
Court to be paid by defendants and the
Costs and disbursement of this action and

(9) For Such other and further relief as this
Court may deem proper.

I Declare under penalty of perjury
that the foregoing is true and correct
to the best of my knowledge by my un-
der signed and Date Persuant to 28 USCS
1746.(2).

Dated: 8/24/08    Respectfully

_____
Plaintiff

# Summary&Analysis

## Civil Rights—Procedure

### Slave Descendants Lack Standing to Assert Most Damages Claims Against Corporations

**D**escendants of slaves seeking damages under 42 U.S.C. § 1982 and state law against corporations that allegedly profited from providing services to or being slaveowners lack standing to assert most of those claims, the U.S. Court of Appeals for the Seventh Circuit held Dec. 13 (*In re African-American Slave Descendants Litigation*, 7th Cir., No. 05-3265, 12/13/06).

The causal chain of injury between the plaintiffs and their ancestors is too remote and speculative to satisfy Article III standing, Judge Richard A. Posner said. Claims of plaintiffs suing as legal representatives of their ancestors are time-barred, he said. But state fraud and consumer protection law claims alleging that the plaintiffs were deceived into buying products and services from the defendants because the sellers concealed their dealings with slaveowners should not have been dismissed at the outset, he added.

Ten class actions from around the country were consolidated in federal district court in Chicago for pretrial proceedings under the multidistrict litigation statute, 28 U.S.C. § 1407. The African American plaintiffs alleged that the defendants are companies that provided services such as transportation, finance, and insurance to slaveowners. The lender-predecessors of two of the defendants allegedly became owners of slaves who were pledged as collateral on defaulted loans. The plaintiffs alleged that the challenged transactions with slaveowners were illegal in Northern states even before the 13th Amendment barred slavery after the Civil War; they also alleged that occasional enslavement took place after the 13th Amendment passed.

The plaintiffs asserted federal claims under 42 U.S.C. § 1982, which provides that all U.S. citizens "shall have the same right . . . as is enjoyed by white citizens . . . to inherit, purchase, lease, sell, hold, and convey real and personal property." They also asserted federal diversity jurisdiction over all but one plaintiff's state law claims (dismissal of whose claims for lack of subject matter jurisdiction was affirmed).

The district court dismissed the suit with prejudice for lack of jurisdiction (citing the political question doctrine and lack of Article III standing), for lapse of the statute of limitations, and for failure to state a claim.

**Causal Link Too Remote.** The Seventh Circuit for the most part affirmed, but said that the dismissal should in the main have been without prejudice. "The political question doctrine bars the federal courts from adjudicating disputes that the Constitution has been interpreted to entrust to other branches of the federal government," the court said. If the plaintiffs had "sought reparations for the wrong of slavery," the doctrine would likely have barred their suit as exceeding judicial

capabilities. But they were "careful to cast the litigation as a quest for conventional relief," asking the federal court to apply Section 1982 and state law to the defendants' conduct, the court observed. Although Section 1982 cannot afford relief for conduct occurring before its enactment, and it is dubious that Northern states' antebellum laws were intended to confer benefits on 21st century slave descendants, the obstacles to this suit "have the form at least of conventional defenses" rather than political questions, the court said.

But the district court correctly dismissed most claims for lack of standing, the appeals court said. "It would be impossible by the methods of litigation to connect the defendants' alleged misconduct with the financial and emotional harm that the plaintiffs claim to have suffered as a result of that conduct," the court said. If a descendant could sue for wrongs to an ancestor, statutes of limitations would be "toothless," the court said. And the plaintiffs' argument that, if the defendants had not done business with slaveowners, there might have been less slavery and their ancestors might have had disposable income for them to inherit has too long a causal chain and "too many weak links for a court to be able to find that the defendants' conduct harmed the plaintiffs at all, let alone in an amount that could be estimated without the wildest speculation," the court said.

Recasting the relief as restitution rather than damages would not solve the problem, because restitution—a remedy for a legal wrong—presupposes an injury, and "there is no way to determine what if any injury the defendants inflicted on the members of the plaintiff classes," the court said.

The "remoteness" between the alleged injury to the ancestors and any injury to the plaintiffs is either a "limitation on Article III standing" as characterized in *McConnell v. FEC*, 540 U.S. 93, 72 U.S.L.W. 4015 (2003), or a "nonjurisdictional limitation on who may sue in federal court," as found in *Holmes v. SIPC*, 503 U.S. 258 (1992), the court said.

**Other Claims.** A few plaintiffs alleged that defendants tooks no steps to free them from involuntary servitude to which they were subjected as recently as the 1960s. But the court saw no basis for "any kind of Good Samaritan legal duty to eliminate a violation of the Thirteenth Amendment committed by someone else."

Plaintiffs claiming to sue in a representative capacity on behalf of their ancestors did not face the standing problem that plaintiffs suing on their own behalf do, but their claims were time-barred—no tolling doctrine can extend "to a century and more beyond" the limitations period—and thus were dismissed with prejudice.

One "buried" claim alleged that the plaintiffs would not have bought products or services from the defendants but for their concealment of their involvement with slavery. The court compared this consumer protection claim with that in *Kasky v. Nike Inc.*, 45 F.3d 243, 70 U.S.L.W. 1703 (Cal. 2002), which alleged that a manufacturer misrepresented conditions in its overseas

plants. While not passing on the merits of the claim, the court said that it was not barred "at the threshold."

Finally, one class action had originally been filed in California state court, then removed. Only those plaintiffs objected to venue in Chicago. The court read *Lexecon Inc. v. Milberg Weiss Bershad Hynes & Lerach*, 523 U.S. 26 (1998), as "hint[ing]," without actually deciding, that a transferee court in multidistrict litigation may rule on a dispositive pretrial motion involving plaintiffs who have not agreed to let the court decide the merits of the case. Thus the California plaintiffs must await such motions in Chicago, the court said.

Chief Judge Frank H. Easterbrook and Judge Daniel A. Manion joined the opinion.

Bruce I. Afran, Princeton, N.J., Roger S. Wareham, Brooklyn, N.Y., and Barbara E. Ratliff, Los Angeles, argued for the plaintiffs. Alan S. Madans, Rothschild, Barry & Myers, Chicago, and Owen C. Pell, White & Case, New York, argued for the defendants.

*Full text at http://pub.bna.com/lw/053265.pdf.*

---

## Criminal Law—Search and Seizure

### *Buie* Can Allow Protective Sweep of Car Parked at Curb as Officers Search Home

A "protective sweep" of a vehicle parked on a public street during the execution of a search warrant at an adjacent residence is reasonable under the Fourth Amendment as long as reasonable police officers could believe that the vehicle conceals a person who poses a danger to officers at the search site, the U.S. Court of Appeals for the Eighth Circuit held Dec. 20 (*United States v. Jones*, 8th Cir., No. 06-2030, 12/20/06).

The court emphasized that, even though the vehicle swept in this case was not actually on the premises to be searched, its proximity to the residence, the nature of the evidence sought, and the defendant's conduct could have led officers reasonably to believe that someone within the car posed a threat to them.

A combined team of state and federal law enforcement officers gathered to execute a search warrant for drugs and weapons at the defendant's residence. During preliminary surveillance, they observed the defendant and several other people standing outside the house near the open passenger door of a car parked at the curb. When the officers approached and ordered the individuals by the car to turn around, the defendant instead leaned into the car, leaving the officers unable to see his upper body for a few seconds, then closed the car door and followed the officers' orders.

The officers believed that the defendant's conduct was consistent with participation in a drug transaction with someone in the car. However, dark tinting on the car's windows prevented them from seeing inside to determine whether anyone was in the car. The officer in charge decided to conduct a protective sweep of the vehicle, which yielded both drug and weapons evidence. The defendant subsequently sought suppression of this evidence, arguing that the sweep was not justified by the circumstances.

**Protective Sweep Jurisprudence.** The U.S. Supreme Court recognized the Fourth Amendment protective sweep doctrine in *Maryland v. Buie*, 494 U.S. 325

(1990), where it said that officers authorized to make an arrest in a home may conduct a cursory search of areas that they reasonably suspect may harbor dangerous individuals. The *Buie* court said:

> [A]s an incident to the arrest the officers could, as a precautionary measure and without probable cause or reasonable suspicion, look in closets and other spaces immediately adjoining the place of arrest from which an attack could be immediately launched. Beyond that, however, we hold that there must be articulable facts which, taken together with the rational inferences from those facts, would warrant a reasonably prudent officer in believing that the area to be swept harbors an individual posing a danger to those on the arrest scene.

Although post-*Buie* courts have differed over the requirements and scope of the "frisk of a home" authorized by that case, a few have made clear that the protective sweep doctrine is not limited to searches of residences where arrests are made. For example, in *United States v. Maddox*, 388 F.3d 1356 (10th Cir. 2004), the Tenth Circuit ruled that officers may detain individuals within the "arrest scene," including areas outside the house.

The *Maddox* court noted that *Buie* described the area in which a protective sweep may take place as the "arrest scene" but did not define that term. Thus, the Tenth Circuit said, *Buie* "does not expressly limit the protective sweep to areas within the home." The court then invoked the general Fourth Amendment reasonableness standard to determine what qualifies as the arrest scene, and said that "law enforcement officers may only detain individuals on the scene of an arrest who are not within the 'immediately adjoining' area of the arrest if the officers 'possess a reasonable belief based on specific and articulable facts[,]' that the individual poses a danger to them."

**Extension to Vehicle.** The Eighth Circuit has extended the protective sweep doctrine even further, holding in *United States v. Thomas*, 249 F.3d 725 (8th Cir. 2001), that *Buie's* safety rationale may justify a protective sweep of an automobile during a traffic stop even when there is no arrest.

In *Thomas*, officers stopped a van driven by the defendant on the basis of their reasonable belief that he had just committed a bank robbery. They could not, however, see inside the van to determine whether anyone else was inside. Under these circumstances, the *Thomas* court said, "the search of the van was reasonably necessary for the officers' personal safety . . . because other occupants in the van could pose a significant danger to the officers."

The court, in an opinion by Judge Raymond W. Gruender, found the sweep of the parked car in this case similarly justified. The officers were lawfully at the scene to execute a search warrant, the court noted. Although the car was not on the property targeted by the warrant, it was parked on a public street immediately adjacent to the premises such that anyone in the car potentially posed a danger to the officers, it noted.

Additionally, the court said, the officers were aware that the warrant was designed to uncover evidence of drug dealing at the residence—"an enterprise that often involves drive-up transactions and the presence of firearms." They also knew that the defendant lived in the house to be searched and that he recently had been involved in a shooting and had a prior conviction for unlawful possession of firearms, the court pointed out.

PROOF OF SERVICE

Declaration of Service by Mail

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I, _Tyrrall Farrow Cannon_, declare that I am over the age of eighteen (18) and that I (am/~~not~~) a party to this action. On _August 24 2008_, I deposited a copy of the following document(s):

_Civil Rights Complaint, with App # A, and I-5 Exhibits._
_Letters from State and Federal, NAACP, Aclu, FBI. et.al._
_Copy of Declaration of Prisoners._

In a sealed envelope with the postage prepaid into the United States mail outlet via an authorized California Department of Corrections employee at Ironwood State Prison, in Riverside County, Blythe, California, and addressed as follows: _The Constitution, Civil Right and Property Rights_
_224 Dirksen senate office Bldg. wash. DC. 20510._

_U.S. Attorney General. M. Mukasey_
_950 Pennsylvania Ave. NW._
_washington DC. 20535._

_U.S. Solicitor General._
_Dept of Justice Rm 5614._
_950 Pennsylvania Ave NW_
_washington DC. 20530_

_California Attorney General J. Brown._
_1300 I St. #1101, P.O. Box 944255_
_Sacramento, Ca. 94244._

_Illinois - Northern District_
_Dirksen Federal Building_
_219 South Dearborn Street 5th Flr._
_Chicago, IL. 60604._

I declare under penalty of perjury by the laws of the State of California that the foregoing is true and correct (pursuant to 28 USCA §1746(2)).

DATE: _08/24/2008_                    SIGNATURE _Tyrrall Cannon_
                                                                    _Plaintiff._

ORIGINAL

## Declaration.

My Name is; Tyrrall Farrow CANNON

CDC Number: T-91710

Criminal Case No# FWV-026177

County of Sentencing: San Bernardino

Name of Court: Superior Court "Rancho Cucamonga."

Name of Judge: Frederick A. Mandabach.

Date of Sentencing: 04/25/03 and Term 25 to life.

(Priors Information)

Year 1992. case# KA013879 county. Los Angeles.

Year 1985  case# A465064 county. Los Angeles

I declare that I am a Prisoner in the State of California. and under the 3 Strike law 667 (b) thru (i) I am suffering an "life" Sentence. I am a Poor, born United States Citizen and at the Present Age of 43.

I declare that I am unable to afford the cost of an Attorney to bring this matter "Civil Complaint" and while alleging Civil, Human, Rights violations pursuant to 42 USC 1983, 42 USC 1985.3, 42 USC 1994, 18 USC 1581, 18 USC 2381, thru 2385. and for damages Pursuant to 28 USC 1343, for the cost of the Court Fees and Vindication of Constitutional Right.

I also declare that this 3 strike imprisonment is an direct result of Breach of Contract(s) and/or Negotiation Plea bargain(s) agreement(s) that incurred before the newly Amended

one of Three.

1  Application to 667 "Penal Code" 667 (b) thru (i).

2  I am convinced that I am without Remedy
3  on any State level Concerning My Constitutional
4  Rights Pursuant to the 6th amendment being
5  indigent, and 1st amendment Right to Grievance,
6  Litigant at law, 4th amendment illegally being
7  held or hold in Prison, 5th amendment denied
8  equal Protection of the law, and Due Process
9  to be legally sentenced, 6th amendment an Right
10  to adequate and constitutionally Representation
11  of Counsel 8th amendment Cruel and unusual
12  handling of United States Citizen by and Several
13  State Official owing allegiance to the State
14  and the Constitution. 13th amendment unduly
15  Punishment and Returning Me to Condition of
16  Peonage and or Slavery. 14th amendment no
17  State Shall Pass or force laws that abridge(s) the
18  Constitution of United States established laws
19  and treaties or denise any person of there liberty
20  without just compensation.

21  I further declare that by my undersigned that
22  I am saved by this 42 USC 1983 civil Right
23  Complaint to the proper authority that I have
24  agreed to allow Tyrrall Farrow Connor, to file
25  in Federal Court and me as a party in
26  a Class Action Suite for an Redress and
27  vindication of Rights denied that gave Raise
28  to Condition of peonage and Slavery.

                    Two of Three.

1. here in the State of California.
2.    I further declare that I have given the
3. Right to Tyrall Farrow Cannon to Release
4. the information in this Declaration to the
5. United State's Federal Court and the State
6. officials in relation to complaint and/or
7. Responsible for the holding me in Condition
8. of Slavery in California. State, and State
9. Prison.
10.             Conclusion.
11. I Tyrall Farrow Cannon, declare that I am a Prisoner
12. here at Blythe "Ironwood Prison" State of California
13. Department of Correction under the Warden
14. James Hall     and Director of Department
15. Correction Edward S. Alameida.   , and in the
16. County of Riverside           City of Blythe

18.    I declare under Penalty of Perjury that the
19. for going is true and correct by my under-
20. signed and Date.
21.    Dated Dec 10, 2003      Tyrall F Cannon.
22. _____      Declarant, Prisoner
23. _____      CDC # T-91710
24. _____      Tyrall F. Cannon
25.                   Print Name.
26. ///
27. ///
28. ///
              Three of Three.

EXH     COVER PAGE   $A$

EXHIBT

Description of this Exhibit: Order, Denying action without Prepryment of full filing fee.

Case No. _08-858_.

Number of pages to this Exhibit ___2___ pages.

JURISDICTION: _28 USCA 1331, 1350 et seq._

FILED

2008 JUL 31  AM 11: 58

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| INMATE # T-91710 | | CASE NUMBER |
| TYRRALL FARROW CANNON, | PLAINTIFF(S) | EDCV 08-858 |
| v. | | |
| BILL LOCKYER, et al., | DEFENDANT(S). | **ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FULL FILING FEE** |

**IT IS ORDERED** that the complaint be filed without prepayment of the full filing fee.

**IT IS FURTHER ORDERED** that, in accordance with 28 U.S.C. § 1915, the prisoner-plaintiff owes the Court the total filing fee of $350.00. An initial partial filing fee of $ _____ must be paid withing thirty (30) days of the date this order is filed. Failure to remit the initial partial filing fee may result in dismissal of your case. Thereafter, monthly payments shall be forwarded to the Court in accordance with 28 U.S.C. § 1915.

_____          _____
Date                                                    United States Magistrate Judge

**IT IS RECOMMENDED** that the request of prisoner-plaintiff to file the action without prepayment of the full filing fee be **DENIED** for the following reason(s):

- ☐ Inadequate showing of indigency
- ☐ Failure to authorize disbursements from prison trust account to pay filing fee
- ☐ Failure to provide certified copy of trust fund statement for the last six (6) months.
- ☑ Other: See attached page

- ☑ District Court lacks jurisdiction
- ☐ Immunity as to _____
- ☑ Legally and/or factually patently frivolous

Comments:

July 23, 2008                          Margaret A. Nagle
_____          _____
Date                                                    United States Magistrate Judge

IT IS ORDERED that the request of prisoner-plaintiff to file the action without prepayment of the full filing fee is:
☐ GRANTED          ☑ DENIED (See comments above).

7/29/08                                _____
_____          _____
Date                                                    United States District Judge

Continued

Attachment for Cannon v. Lockyer, et al, EDCV 08-858

Plaintiff, a California state prisoner, seeks to sue 13 or more persons, who are alleged to be attorneys, for purportedly committing treason and similar federal crimes against the United States in violation of 18 U.S.C. Section 2381 et seq. and/or RICO. Although the rambling and somewhat incoherent allegations of the Complaint are difficult to decipher, it appears that plaintiff believes these attorneys are responsible for implementation "by force" of California's Three Strikes Law some years back, and that by doing so, they have "profited" illegally, engaged in "Communist subversive activities," sought to overthrow the United States Government, engaged in "mass destruction and kidnapping of citizens," etc.

The Complaint does not plead any cognizable federal cause of action on plaintiff's behalf. In violation of Rule 8(a) of the Federal Rules of Civil Procedure, it does not contain a short and plain statement of the claim showing that plaintiff is entitled to relief, and does not contain a demand for the relief sought. It does not identify any actions taken or omissions by the defendants, much less the date(s) on which they purported committed any wrongdoing. It does not plead any harm sustained by plaintiff as a result of anything done, or not done, by the defendants. Plaintiff's assertion that he has been harmed by implementation of the Three Strikes Law because he is a "taxpayer" does not allege any cognizable basis for relief. Plaintiff has not alleged a viable RICO claim, and he has no standing to sue civilly for purported federal criminal violations under 18 U.S.C. Section 2381 et seq.

In short, the Complaint does not state any cognizable claim for relief against the named defendants or any other person or entity, does not comply with the minimal pleading requisites of Rules 8(a) and 10(b) of the Federal Rules of Civil Procedure, and does not state a basis for federal jurisdiction. To the extent that the pleading's allegations can be deciphered, they appear to be fanciful and factually frivolous within the standards set forth in Nietzke v. Williams, 490 U.S. 319, 325 (1989), and Denton v. Hernandez, 504 U.S. 25, 33 (1992).

# EXHIBIT COVER PAGE 

EXHIBIT

Description of this Exhibit:  *notice of appeals.*

Case No. *EDCV - 08-858.*

Number of pages to this Exhibit _____5_____ pages.

JURISDICTION:

COPY

Tyrrall Farrow Cannon)
CDCR # T-91710 (ISP)
P.O. Box 2199 (D-1-110↓)
Blythe, California. 92226.
In Pro. Per.


United States District Court.
Central District of California.


Tyrrall Farrow Cannon                    # EDCV-08-858
            Plaintiff                     FRAP 4.(a).
                                          Notice of appeals
        V.                                18 USCA § 2381-2385,
Bill Lockyer, et al.                      28 USCA § 1350 et
                                          seq.
                                          Request for Appoint-
                                          ment of Counsel.
                                          42 USCA § 1988.
                                          28 USCA § 1915.(e)


    Plaintiff will move this United States District
Court with this notice of appeals, from order
by Judge Gary A. Feess, on 07/29/08 it was
so enter that the District Court lack's jurisdict-
ion, and legally and/or factually patently frivol-
ous.
    Plaintiff contends that this District Court

1

relied not on it sworn authority to take
the allegations into deep concern or consider-
ations, and to enclude the thoughts carri-
ed out by retire United States Judge Mrs.
Sandra Day o'connor, and that she did
States, that the 3 strikes laws has many
Flaws and that the Due Processes of many
where being denied across the country.
   Wherefore in Plaintiff cause, and attempts
to bring this matter to a court or Judge
have not only fell on deaf ears, but in
the hands of Judges that advocates to
the way communist activities have taken
root in the administration of Justice to
also include denying to a unstrain Plaint-
iff in law the due Process to amend or
to make Correction in the unusual litigat-
ion that should not be. The smith act only
state that a citizen must make known the
matter of unamerician activities or subversive
activities. Plaintiff concludes that this
Court and Justices is aware of Plaintiff
filings or should had known. (See neitzke
v. Williams 490 U.S. 319, 328 (1989). There is
nothing delusional about what Sandra Day
o'connor have stated unless someone likes
this way. (See lockyer V. Andrade (us 2003) 123
S. ct. 1166, 538 U.S. 63, ) (See Adam V. McDougal

2

C.A.5 1a. (1983) 695 F. 2d 104., and that state court is under sworn duties to up-root slavery within its states and in reference to federal law, The 8th amendment is also enforceable by title 18 USCA § 1581. This court is well aware by well established law concerning contracts (42 USCA § 1981, 1982.) wherefore Contract is a form of Property (see Vietnamese Fishermen's Ass'n V. Knights of Ku Klux Klan (S.D. Tex. 1981) 518 F. Supp. 988.– 1017.). In the case of (Long v. Ford Motor Co. C.p. 6. (Mich) (1974) 496 F. 2d 500 supports the facts that the case law that offers directly up-rooting of this political institution of Slavery and to eradicate it badges and incidents. Unless the Government is teaching indecency to its citizens, if that the case, one can't wait until the right to die is executed instead of being exposed to forms of Hitler ideas to do completely away with Black People now in America. This Program is wrong and should not have been allowed to this point if at no time. But it is sad one only can Prayer that God bring some sense to this so called blessed america. The ideas of elders having the right to die because they are convinced that they purpose have expired, the ideas that governs this is

3.

1  unamerican) here on the nonth circuit
2  and from what I know is alone in this
3  teaching, we have all drunk from the
4  cup that California may be the leader in
5  teaching the rest of the country, have now
6  come under fire to question if California
7  can govern it self and stand fast on not
8  braking Federal Protected dual privileges
9  in the State and Federal Government, this
10  too has failed. As stated by Dianne Feinstein
11  we need new leaders. So until then, it is
12  a good opportunity for me to have this mom-
13  ent with newly assigned Judges to my
14  case, I request that or Demand that I
15  be offered a chance to amend my complaint.
16  The Prior Judges, Justices was not at all
17  in spirit of taking notice of no United
18  States Constitution as I did complain of
19  in the Case #SDCV-04-1287 CJC (CT), see
20  attached Exh #2. 3pg's)
21     Plaintiff is suffering mentally and emotionally
22  unduly Punishment brought on by those who
23  Falsely sworn to uphold the constitution of
24  the United States (18 USCA 2381-2385 etseq.)
25  50 USCA 841-845, etseq. Communist Control
26  act, 18 USCA 2151; Sabotage of the Justice
27  System and the Constitution depriving Poor
28  and Blacks citizen, or so called african a-

4.

1  merican's. Maintaining Political institutions
2  of slavery. 42 USCA8 1994, 42 USCA 1981, 1982
3  13th, 14th and 15th amendment of the Constit-
4  ution.
5      I Tyrall Farrow Cannon, declare that
6  the foregoing is true and correct to the best
7  of my Knowledge by my undersigned Pursu-
8  ant to 28 USCA8 1746 (1). Respectfully,
9      Dated 08/19/ 2008   Tyrall Cannon.
                                    Plaintiff.

5

# EXHIBIT COVER PAGE 

**2**

EXHIBIT

Description of this Exhibit:  U.S. Dept of Justice.

Case No. 08-858.

Number of pages to this Exhibit ____4____ pages.

JURISDICTION: 42 USCA 1981, 1982, 1983.

1  Tyrrall Farrow Cannon
2  CDCR# T-91710 (ISP)
3  P.O. Box 2199
4  Blythe, California. 92226.
5
6
7          United State Department of
8                  Justice.
9
10  Tyrrall Farrow Cannon          Violation of Federal
11          Complainant.           Statute 18 USCA§2381-
                                    0386 Smith Act.
12
13  Complaint against; Attornies at law
14    1. Bill Lockyer,        6. Danial Lungren. U.S.Sen.
15    2. Robert R. Anderson.  7. George Williams CADAG.
16    3. Gary W. Schons.
17    4. Carl H. Horst.
18    5. Douglas P. Danzig.
19    of San Diego California.
20
21    1. Steven R. Shapiro, New York City.
22    2. Mark D. Rosenbaum. L.A.Ca.
23    3. Daniel P. Tokaji,  L.A.Ca.
24    4. Alan L. Schlosser. San Franc.Ca.
25    5. Erwin Chemerinsky. USC.Prof.Ca.
26    6. Paul Hoffman and associates
27    Schonbrun, De Simone, Seplow,
28    of Venice, Ca.              Continue Next
                                         page

                      1.        Exh #1

1  Jordan C. Budil, San Diego Ca.

3  These Sworn Lawyer, breached Peace in the
representation of a host of Colored People, and Poor
United States Citizens. In the Three Strikes regime
these lawyers in the caption did by force and
acted at all time to establish a shared Profit
ante bellum system or scheme to defraud Complain-
ant "tax payer" and in violation of the takening
Clause 5th amendment of the United States
in their scheme to come upon the court by cross-
ing county and state line for the purpose
to violation the Major scheme act against the
United States and for Profit in violation of
the Gangster, Racketeering Corruption act
better know as the Rico Act. 18 USCA§1951,
1961, 1962 et seq.
      Should had any of these Profiteering agents
for the ongoing Communist, Subversive eunomenea
activities made any Profits or represented falsely
and one under the three Strikes law sense
President Bush signing into law 2003 Home-
land Security act 6 USCA§101 etseq. that crim-
inalize the activities. To exclude the intention-
al null and void use of Contracts. Plea bargain,
negotiation that was entered into with the
State of California Justice's, and Prior to the
voted on amended State Statute 667 (b)-(i).

cont. next page

2

There was nothing standing in front of these players in the Russian scheme to overthrow the Constitution of the United States, and in the state of California that come by intimidation and coercion of a civilian population to effect a government by mass destruction and kidnapping of citizens in open court, to suffer unduly punishment at the hands of Communist Political Members. (See California Government Code 1027.5@(c).) also the Smith act 18USCA§ 2381-2386.

California Penal Code 182 (a) If two or more persons conspire: (1) to com... any crime. (2) Falsely to move or maintain any suit, action, or proceeding. (4) To cheat and defraud any person of any property, by any means which are in themselves criminal, or to obtain money or property by false pretenses or by false promises with fraudulent intent not to perform those promises. (5) To commit any act injurious to the public health, to public morals, or to pervert or obstruct justice or the due administration of the laws. (6) To commit any crime against the person of the President or vice President of the United States, the Governor of any state or territory, any United States justice or judge, or the Secretary of any of the executive depart-

3.

cont. next page.

1  ments of the United States.

3      They are punishable as follows; When they
4  conspire to commit any crime against the person
5  of any official specified in paragraph (a), they
6  are guilty of a felony and are punishable by
7  imprisonment in the state prison for five, seven,
8  or nine years.

10      In the case of Lockyer V. Andrade (U.S. 2003)
11  all of these communist, unamericans infiltrated
12  the Attorney Bar's in the State of California with
13  these teaching in concert effort to hamper, re-
14  strict, interfere with, impede, or nullify the efforts
15  of the state and the public agencies of the
16  state to comply with and enforce the laws of
17  the state of California. (See California legislation,
18  California Penal Code 667 (d)(1). Common sense
19  of patriots would mean or give constituted
20  meaning to the legislation saving clause, while
21  in the scheme of creating laws by forced
22  legislation from the bench politically

24      The foregoing is true and correct.
25  Pursuant to 28 USCA § 1746 (1).
26  Dated: 06/12/2008    Respectfully
27      Tyrall F. Cannon
28      Tyrall F. Cannon).

4.

# EXHIBIT COVER PAGE 3.

EXHIBIT

Description of this Exhibit: *Judgment*

Case No. *EDCV-04-1287 CJC-(CT)*

Number of pages to this Exhibit _*43*_ pages.

JURISDICTION: *18 USCA 2381-2385, Treason.*
*18 USCA 2151. Sabotage.*

Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

1
2
3
4
5
6
7
8
9

FILED
CLERK, U.S. DISTRICT COURT

JUL 11 2006

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

10
11  TYRRALL FARROW CANNON,          )    NO. CV 04-1287-CJC(CT)
                                    )
12                  Petitioner,     )    JUDGMENT
                                    )
13         v.                       )
                                    )
14  D. L. OLLISON, Warden,          )
                                    )
15                  Respondent.     )
    _____ )
16

17       Pursuant to the Order Accepting the Magistrate Judge's Report and
18  Recommendation,
19       IT IS ADJUDGED that the petition is denied and dismissed with
20  prejudice.
21       DATED: _July 11, 2006_
22
23                                   Cormac J. Carney
24                                   UNITED STATES DISTRICT JUDGE
25
26
27
28

THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL
ON ALL COUNSEL (OR PARTIES AT THEIR MOST REC
ADDRESS OF RECORD IN THIS ACTION ON THIS DA
DATED  7-14-06
BY  J. Butt

pg7.    Exh # 2.

1  Priority ✓
   Send
2  Enter ✓
   Closed
3  JS-5/JS-6
   JS-2/JS-3
   Scan Only



FILED
CLERK, U.S. DISTRICT COURT

JUN 30 2005

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

4

5

6

7                    UNITED STATES DISTRICT COURT

8                    CENTRAL DISTRICT OF CALIFORNIA

   TYRRALL FARROW CANNON,        )    NO. ED CV 04-1287-CJC(CT)
9                                )
                  Petitioner,    )    ORDER ACCEPTING
10                               )    MAGISTRATE JUDGE'S
           v.                    )    REPORT AND RECOMMENDATION ON
11                               )    PETITION FOR WRIT OF HABEAS
                                 )    CORPUS BY A PERSON IN
12  D. L. OLLISON, Warden,       )    STATE CUSTODY
                                 )
13                Respondent.    )
                                 )
14  _____

15       Pursuant to 28 U.S.C. § 636, the court has reviewed the entire

16  file de novo, including but not limited to, the magistrate judge's

17  report and recommendation, petitioner's objections and petitioner's

18  "complaint" against the magistrate judge and the California Attorney

19  General, which the court liberally construes as part of petitioner's

20  objections.  This court concurs with the magistrate judge's report and

21  recommendation.

22       In his objections, petitioner appears to raise an issue

23  concerning his attorney's representation during the preliminary

24  hearing.  Specifically, petitioner appears to contend that he was held

25  to answer to felony charges, rather than misdemeanor charges, due to

26  evidence concerning the crime scene offered at the preliminary

27

28                                   1

THIS DOCUMENT                    FIRST CLASS MAIL
ON ALL COUNSEL                  MOST RECENT
ADDRESS OF RECORD IN THIS ACTION ON THIS DATE

DATED: 7-14-06
BY: _____

Page 3

1  hearing,' and his attorney's purported failure to investigate the
2  crime scene.   (Objections at 2-3).   To the extent that petitioner is
3  attempting to raise a new ground for relief in his objections that was
4  not raised in the first amended petition, the court declines to
5  exercise its discretion to consider such a ground for relief.   See
6  United States v. Howell, 231 F.3d 615, 622 (9th Cir. 2000)(district
7  court has discretion, but is not required, to consider evidence
8  offered for the first time in the objections to the magistrate judge's
9  report and recommendation).   Even if this court were to consider such
10  a belatedly-raised ground, which the court does not, petitioner's
11  conclusory allegations are insufficient to state a basis for habeas
12  relief.   See James v. Borg, 24 F.3d 20, 26 (9th Cir. 1994)("Conclusory
13  allegations which are not supported by a statement of specific facts
14  do not warrant habeas relief").

15      Petitioner also contends that the magistrate judge allowed
16  respondent to raise new grounds in the answer while cautioning
17  petitioner that he should not raise any new grounds for relief in the
18  reply.   (Objections at 7, 8).   Respondent did not raise new grounds
19  for relief in the answer.   Respondent responded to the grounds for
20  relief asserted in the first amended petition.

21      Petitioner also objects to the magistrate judge's denial of his
22  request for appointment of counsel.   Appointment of counsel is not
23

24  _____
    'The evidence offered at the preliminary hearing consisted
25  of the testimony of the victim and the police officer who went to
    the victim's apartment and interviewed the victim on the day of
26  the crime. (See Clerk's Transcript in petitioner's state court
    case, which was lodged by respondent concurrently with the answer
27  as Lodgement No. 17, at 40-75).
28

1  required under these circumstances.  <u>See</u> <u>Bonin v. Vasquez</u>, 999 F.2d

2  425, 429 (9th Cir. 1993)("Clearly there is no constitutional right to

3  counsel on habeas"); <u>Chaney v. Lewis</u>, 801 F.2d 1191, 1196 (9th Cir.

4  1986)(there is no entitlement to appointment of counsel in habeas

5  proceedings "unless circumstances of a particular case indicate that

6  appointed counsel is necessary to prevent due process violations").

7       Finally, petitioner lodges a "complaint" regarding the magistrate

8  judge and California Attorney General, in which he essentially

9  restates his grounds for relief and asserts that, by recommending

10 denial of the first amended petition, the magistrate judge is guilty

11 of "treason" and is "engaged in a communist conspiracy" with the

12 California Attorney General to "overthrow the government of

13 California." (<u>See</u> Complaint at I-II). Based on these complaints,

14 petitioner "recommends" that the magistrate judge be removed from the

15 case. (<u>See</u> Objections at 12). The court has considered petitioner's

16 complaints and finds that they are unfounded. It is apparent from the

17 report and recommendation that the magistrate judge reviewed the

18 record and carefully considered each of petitioner's grounds for

19 relief.

20       Accordingly, IT IS ORDERED:

21       1.   The report and recommendation is accepted.

22       2.   Judgment shall be entered consistent with this order.

23       3.   The clerk shall serve this order and the judgment on all

24 counsel or parties of record.

25       DATED:  <u>July 11, 2006</u>

26                                      Cormac J. Carney
                                        UNITED STATES DISTRICT JUDGE

27

28

3

Pg.5.

# EXHIBIT COVER PAGE 

EXHIBIT

Description of this Exhibit: *Forfeiture of Assets.*

Case No. *08-00052*

Number of pages to this Exhibit ____*11*____ pages.

JURISDICTION: *18 USCA § 2333 C.*
*Cal. Pen. Code. 186 (3)(2)(6).*

Copy

1  Tyrrall Farrow Cannon et al.
2  CDCR # T-41710 (ISP)
3  P.O. Box 2199 (D-1-1102)
4  Blythe, California 92226
5    In Pro. Per.

7        United States Court of Appeals
8          for the Ninth Circuit

10 Tyrrall Farrow Cannon)          case #
11 et al.                         EDCV-08-00052
12   Appellees, Plaintiff(s)      Central District (L.A.)
13        Vo                      Motion under Federal
14 Judicial Council of            Forfeiture of assets.
15 California, et al.,            18 USCA § 2333.2
16   appellents Defendant         California Penal Code
17                                186.3(B)(a)(6).

20    This application will be made and brought under
21 the civil disorder disobedience act. 18 USCAS
22 231-233.
23        Please take notice Presiding Justice(s) in this
24 case that Plaintiff will move the Honorable Justices
25 for an order Forfeiture of assets of each and
26 every principal Defendents and Successors to
27 each and predesuccessor whom benefted themselves
28 and family's from illegal restraints, and Systemat

                    1.

icly depriving citizens, Plaintiffs, Tax payers
and those not owning debts to the state
of California legally denied warranted Protect-
ion of an Federal function to enforce Contracts,
and to make Contracts and the rights incurr-
ed to them at the time and Date that
they were enter into herein the State of
California Penal System Prior to an State
Statutory amended criminal Penal Code that
so read (see 667 (a)(1,) that makes burd-
ensome prior negotiation after the fact
of paying of Taxes, and unduly Punishment
(see citizenship USCA Const. amend XIV § 1,
Privileges and immunities Clauses USCA Const.
art. IV § 2 cl 1, 5th, 8th, 10th, 11th 13th, 14th,
and 15th amendments to the United States
Constitution of america.

        Contract rights are a form of property
and as such may be taken for a public pur-
pose provided that just compensation is
paid. Fifth amendment taking Claim, when
deprived right to contractual remedy by
the state Government arbitrary action, legal
cause of action is properly within the mean-
ing of fifth amendment.
        (1) The state's courts have proven to be close
to Plaintiffs and those situated the same. Cit-
ing "Collins v. Hardyman 71 S.Ct. 937,

(2). The Counts is in league with the belief, spirit, and Political ideas contrary to the spirit of the Constitution of the United States. Citing In crescent City live stock Co. v. Butchers union Slaughter-House Co. 120 U.S. 141, 7 S.Ct. 472, 30 /Ed. 614 (1887).

(3). The courts and states officials Defendants and drivers of both state entities Department of Public Defenders and District Attornies operating in the scheme and with and within the association in concert, union with ideas and belief to do away with a race of people in Part or whole for Profit under schemes or reconstruction to recall slavery and to exclude holding citizens on False pretense to suffer punishment related to africa Slavery and Genocide citing Dred Scott v. Sandford 60 U.S. 393 (1856).

Herein, and the State of California Justice's appointed in the regime of Pete Wilson communist activities and those whom allegedly sworn falsely to uphold the constitution and well establish laws of the Supreme Court, Courts rulings. and ruling is determined void in the scheme of things, by those Defendant to move to incited others within the administration of Justice to employ skills, techniques and Teach-

3.

ings aimed at putting down, overthrowing the Constitution and congressional acts in place to protect People of Color from the evils of terrorist group with the goal of denying to citizens the chance to develop the skills needed to live life independently, education, work, necessary life skills

The Defendants et al of them at one time or another had aggressively was against citizens well known techniques of terrorism in the form of an organization of the Ku Klux Klan that encludes implementation of violent, force, and random torture, lynchings, (executions without a legal trial.), whom also relied so heavily on again the work of slavery, or slaves.

Defendants and all of them shall be order to relearn how to live again from day to day without the use of slaves. These defendants et al of them and divers knew or should have known that it is outlawed in the United States for sworn law official to work out a scheme in concert to write laws, Rules, and to teach others to carry on, or carry-out deeds to give aid and comfort to the enemy at no time, or while in the time of war.(4) 18USC8 1985.), they were sworn and all of them while purposely giving comfort, aid, and sanctuary to an Communist Political party, and or the

4.

white southerncis demorated Ku klux Klan pur-
poses (see Heck v. Humprey (1994) 512 U.S. 477,
114 S.Ct. 2364.) (7th circuit)...
by aid and comfort making contracts null
and void from the payment by tax payers
to an subversive groups aims to intentionally
deprive, hinder, defeat, impede Plaintiff(s)
right to privileges, immunities, to make
and enforce contracts in the court of law,
because of beliefs and ideas that People
of color should always be kept as close
as possible to slavery. (see Browar v. the
Board of education.
(see also Dred scott v. John F.A. Sandford 60
U.S. 393, 15 led 1st 691. (1856) 13th, 14th, and
15th voting rights act 42 USCA§ 1971-73.

            additional Points and Authorities
§ 1031,title 18, Major fraud against the United
states. (a). whoever knowingly executes or attempts
to execute, any scheme or artifice with the
intent - - (1). to defraud the United States: or
(2) to obtain money or property by means of
false or fraudulent pretenses, representation or
promises.
        Plaintiff and those situated the same in
the scheme of unamenia activities play out in
open court 1 time after another in the col-

1  lective activities to collect Property, and/or one(s)
2  citizens waiver of right at the time under a
3  law that Prohibited negotiation in the first
4  place with those allegely to had been held
5  or hold to answer before the Court of law
6  to what the courts have deemed Serious
7  and violent after the facts (Per 1994), and
8  the Courts refused to give legislation construct-
9  ion to it rule of thrumb, That is to, not
10  write no law that abridges the Constitut-
11  ion or the privileges and immunities of its
12  citizen in the Jurisdiction of the state; That
13  to enclude the State of California and those
14  that Conversed over the right of its People,
15  citizens

16     California. Penal Code 667(2)(1)(994) is
17  maintained an ongoing scheme, or tool, in
18  use by those whom practices techniques
19  in the court of law(s). that infringes on pro-
20  perty right and to enforce them therein
21  the administration of Constituted Protection
22  of american citizens.
23     Penal Code 667(2)(3), 1192.7, Statutes of
24  which the contracts was made and carried
25  into effect in the court of law. at which
26  time between 1982-1994 march 06. ) and
27  under no other law did Plaintiff give cause
28  to be subject to no other, or forms of punish-

6.

ments in no such plea Bargain "alleged Convict-
ion" to authorize. the laying hold on life,
Property to subject Punishment for life. only
to suffer 1-5 years additional punishment,
should the breach was broken.

The state legislatures of California caution
each and every citizen, mainly those that
would be targets for the support of the
communist movement, that to excluded
Courts, Judges, State officials, Government official
of the aims of the subversive groups, or and
Political Party to sell by: putting down or
overthrowing the constitution, and giving
aid, money, support and sanctuary to the
communist agents herein the Public, States
and Government agencies. (See California Gover-
nment code 1027.5 (a)(c). (1028 et seo).

The courts knew and ignored the knowing,
or having reason to know or intending language
of the statute which limits the scope of the
enactment by exempting innocent or inad-
vertenet conduct from its proscription (See Pen-
al code cd. 667(d)(1).) and should have know-
n whether his pupils will use their skills un-
lawfully or in a civil disorder (See 18 USCA §
231-233.) which in any way interferes with
interstate commerce was too broad and vague
and that this offense involves a conscious or

7.

or reckless risk of serious personal injury. In the
basic offense § 1091 title 18 (a), whoever, whether
in time of Peace or in time of war, in a circum-
stance described in subsection (d) and with the
specific intent to destroy, in whole or in substant-
ial part, a national, ethnic, social or religious
group as such. — (4) subjects the group to conditions
of life that are intended to cause the physical
destruction of the group in whole or in part; (5)
imposes measures intended to prevent births
within the group; or (see also § 3.); causes the
permanent impairment of the mental faculties
of members of the group through drugs, torture
or similar techniques. (6) transfer by force
children of the group to another group; or attemp-
ts to do so, shall be punished as provided in
Subsection (b)
      a (1) kills members of that group (b)(1) in the
case of an offense under subsection (a)(1) (A) —
where death results, by death or imprisonment
for life and a fine of not more than $1,000,
000 or both and; (C) Incitement offense —
whoever in a circumstance(s) described in sub-
section (d) directly and publicly incites a-
nother to violate subsection (a) shall be fined
not more than $500,000 or imprisoned not
more than five years or both. (d) required
circumstance for offenses — The circumstance

referred to in subsections (2) and (3) is that- (1) the
offense is committed within the United States (2)
the alleged offender(s) is a national of the United
States. As defined in section 101 of the immigrat-
ion and nationality act (8 USCA 1101.) (See
1093 title 18 definitions) (See also the Riots
Act --- The court went on to say that 18
USCA 231(a)(3) is markedly dissimilar from
the former "Resisting or interfering" ordinance
invalidated in Landry v. Daly (1968) DC. Ill
280 F.Supp 968. which involved a broad pro-
hibition of possible innocent acts and also
lacked the narrowing phraseology "lawfully
engaged in the lawful performance of their
official duties.

In a case where the defendant was in-
dicted inter alia, for obstructing, impeding, and
interfering with a member of the Metropolitan
Police Department, Washington DC. then law-
fully engaged in the lawful performance of
his official duties incident to and during
the commission of a civil disorder, which dis-
order obstructed, delayed and adversely af-
fected commerce in the conduct of performance
of a federally protected function in violation
of 18 USCA 231(a)(3). Provides; Who ever teach-
es or demonstrates to another person the
use, application, or technique capable of

causing injury or death to persons, knowing or
having reason to know or intending that the
same will be unlawfully employed for use in,
or in furtherance of, a civil disorder which may
in any way or degree obstruct, delay or adversely
affect commerce or the movement of any art-
icle or commodity in commerce or the conduct
or performance of any federally protected funct-
ion: (3) Function — The term "federal protected
function" means any function, operation, or act-
ion carried out under the laws of the United
States. (See 42 USCAS 1981, 1982, et seo.). Provide
the protections of a function in contracts, plea
bargains, (See Adam V. McDougal Ca. 52a (1983)
695 F.2d 104; Provide that federal function in
contracts, must be construed under United States
law and that state court is under sworn du-
ties to up-root slavery within its states and
in reference to federal law, and in the case
of Long V. Ford Motor Co. c.a.6 (mich) 1974,
496 F.2d 500; Supports Section 42 USCAS 1981,
intent to up-root slavery, institution of slavery
and to eradicate its badges and incidents
The Homeland Security act support and prohib-
it the political scheme (See 6 USCA S 101 et
seo (See also. Collin V. Hardy NNN 71 s.ct. 937,
in the case in question of courts being closed
by the now like attitudes found in sworn

10.

official to give comfort to the alleged invisible
empire as the subversive group 42 USCAS 1985
was intended to uproot. and its activities to
exclude the acts within the administration
of Justice.

Prayer.

That this Court declare miscarriage of Just-
ice, and release those from the paying of an
illegal debt in breaches of Contracts, enter alia
that incurred before (1994).

declare the right of citizens before this
court on this Class action complaint Rule 23
Federal Procedure

This application must be taken in good
faith and Good Cause appear for the relief
requested, Forfeiture of assets.

I Tyrall Farrow Connors et al. In this
action, that I have read and understand
the foregoing to be true and correct to the
best of my knowledge by my undersigned
and date. Pursuant to 28 USCAS 1746 (2).

Tyrall Farrow Connors;   Tyrall Flannin.

TRACY EVANS · K-16557   Tracy Evans

FREDDIE FERNAND WORTHAM-P-82065   Freddie Fernando Wortham

Dated: 8/19/2008   Plaintiffs, Appellants.

11.

# EXHIBIT COVER PAGE

<div style="border:2px solid black">*1*</div>

EXHIBT

Description of this Exhibit: *Complaint Referral.*

Case No. *December 22 2006*

Number of pages to this Exhibit ___*3*___ pages.

JURISDICTION:



UNITED STATES COMMISSION ON CIVIL RIGHTS

624 NINTH STREET, NW, WASHINGTON, DC 20425                    www.usccr.gov

## COMPLAINT REFERRAL

August 14, 2008

Tyrall Cannon
CDCR # T-91710 (ISP)
PO Box 2199 (D-1-110L)
Blythe, CA  92226

Dear Mr. Cannon:

The U.S. Commission on Civil Rights has received your supplemental correspondence. As stated in our initial response to you, if you have any additional information or questions concerning your complaint, please contact the agency to which you were referred (Department of Justice). We are returning your correspondence so that you may send it directly to that agency.

Sincerely,

Robert Lerner, Ph.D.
Assistant Staff Director
of Civil Rights Evaluation

Enclosures



UNITED STATES COMMISSION ON CIVIL RIGHTS

624 NINTH STREET, NW, WASHINGTON, DC 20425                    www.usccr.gov

## COMPLAINT REFERRAL

February 16, 2007

Tyrrall Cannon
CDCR # T-91710
Iron State Prison
PO Box 2199 (D-1-110L)
Blythe, CA  92226

Dear Mr. Cannon:

The U.S. Commission on Civil Rights has received your supplemental correspondence.
As stated in our initial response to you, if you have any additional information or
questions concerning your complaint, please contact the agency to which you were
referred (Department of Justice). We are returning your correspondence so that you
may send it directly to that agency.

Sincerely,

MARGARET BUTLER
Acting Deputy Assistant Staff Director
of Civil Rights Evaluation

Enclosures



UNITED STATES COMMISSION ON CIVIL RIGHTS

624 NINTH STREET, NW, WASHINGTON, DC 20425                                www.usccr.gov

December 22, 2006

Tyrrall Cannon
CDCR # T-9A10
(ISP)
PO Box 2199 (D-1-110L)
Blythe, CA  92226

Dear Mr. Cannon:

The United States Commission on Civil Rights recently received your complaint.

The Commission was established to conduct studies, hold hearings, issue reports, and serve as a national clearinghouse for civil rights information.  As such, the Commission has no authority to provide direct remedial assistance or offer an opinion as to the soundness of individual allegations.

In order to be helpful, we have forwarded your complaint to:

Assistant Attorney General
Civil Rights Division
US Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530

This agency is authorized to help resolve the problem you described.  We have requested that the agency notify you in writing concerning all actions taken to resolve your complaint.  Should you need to communicate further concerning this matter, please contact the above agency directly.

Sincerely,

MARGARET BUTLER
Acting Deputy Assistant Staff Director
of Civil Rights Evaluation

# EXHIBIT COVER PAGE 

EXHIBT

Description of this Exhibit: *U.S. Senators Corresponse's*

Case No.


Number of pages to this Exhibit _____ pages.


JURISDICTION:



**COMMITTEE:**
**ENERGY AND COMMERCE**

SUBCOMMITTEES:
**COMMERCE, TRADE AND**
**CONSUMER PROTECTION**
**ENERGY AND AIR QUALITY**
**ENVIRONMENT AND**
**HAZARDOUS MATERIALS**
**HEALTH**

**Mary Bono**
**Congress of the United States**
45th District, California

WASHINGTON OFFICE:
405 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-5330
FAX: (202) 225-2961

DISTRICT OFFICES:
707 EAST TAHQUITZ CANYON WAY
SUITE 9
PALM SPRINGS, CA 92262
(760) 320-1076
FAX: (760) 320-0596

1600 EAST FLORIDA AVENUE
SUITE 301
HEMET, CA 92544
(951) 658-2312
FAX: (951) 652-2562

June 23, 2008

Mr. Tyrrall F. Cannon
CDCR#T-91710 (ISP)
P.O. Box 2199
Blythe, CA 92226

Dear Mr. Cannon:

Thank you for contacting Congresswoman Mary Bono's Hemet
district office regarding the difficulties you have encountered
with your legal appeal.

As much as our office would like to be able to help you, the
matter you described does not fall within our jurisdiction. The
attorneys for the House Ethics Committee have informed our
office that it is inappropriate for the Congresswoman, or any of
her staff, to intervene in cases involving legal issues.

If our office can be of service in a matter within our federal
jurisdiction, please do not hesitate to contact our office.

Sincerely,

MARY BONO MACK
Member of Congress

MBM/cd

COMMITTEE:
**ENERGY AND COMMERCE**

SUBCOMMITTEES:
**COMMERCE, TRADE AND
CONSUMER PROTECTION**
**ENERGY AND AIR QUALITY**
**TELECOMMUNICATIONS
AND THE INTERNET**

WASHINGTON OFFICE:
104 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225–5330
FAX: (202) 225–2961

DISTRICT OFFICES:
707 EAST TAHQUITZ CANYON WAY
SUITE 9
PALM SPRINGS, CA 92262
(760) 320–1076
FAX: (760) 320–0596

1600 EAST FLORIDA AVENUE
SUITE 301
HEMET, CA 92544
(951) 658–2312
FAX: (951) 662–2562



# Mary Bono
## Congress of the United States
### 45th District, California

June 2, 2008

Mr. Tyrrall F. Cannon
CDCR#T-91710 (ISP)
P.O. Box 2199
Blythe, CA 92226

Dear Mr. Cannon:

Thank you for contacting Congresswoman Mary Bono's Palm Springs
district office regarding the difficulties you have encountered
with legal issues.

As much as our office would like to be able to help you, the
matter you described does not fall within our jurisdiction. The
attorneys for the House Ethics Committee have informed our
office that it is inappropriate for the Congresswoman, or any of
her staff, to intervene in cases involving legal issues.

If our office can be of service in a matter within our federal
jurisdiction, please do not hesitate to contact our office.

Sincerely,

MARY BONO
Member of Congress

MB/ha

2204 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-0530
(202) 225-3976
www.house.gov/waxman

DISTRICT OFFICE:
8436 WEST THIRD STREET
SUITE 600
LOS ANGELES, CA 90048-4183
(323) 651-1040
(818) 878-7400
(310) 652-3095

CHAIRMAN
COMMITTEE ON OVERSIGHT
AND GOVERNMENT REFORM

MEMBER
COMMITTEE ON
ENERGY AND COMMERCE

# Congress of the United States
## House of Representatives
### Washington, DC 20515-0530

**HENRY A. WAXMAN**
30TH DISTRICT, CALIFORNIA

March 3, 2008

Mr. Tyrrall F. Cannon
CDCR #F91710
PO Box 2199
Blythe, California 92226-2199

Dear Mr. Cannon:

Thank you for taking the time to write my district office about the problem you are having with the current administration. I am sorry to hear of the difficulties you are experiencing.

Although this is a matter of great concern to me, there is a longstanding policy of congressional courtesy which allows each Member of Congress the opportunity to serve his or her constituents. Since you do not reside in my Congressional district, I have taken the liberty of sending your correspondence to your federal representative, Congresswoman Mary Bono. Congresswoman Bono's office is located at 707 East Tahquitz Canyon Way, Suite 9, Palm Springs, CA 92262. Her office telephone number is (760) 320-1076.

With kind regards, I am

Sincerely,

HENRY A. WAXMAN
Member of Congress

HAW:dm
cc: Congresswoman Mary Bono

DIANNE FEINSTEIN
CALIFORNIA

COMMITTEE ON APPROPRIATIONS
COMMITTEE ON THE JUDICIARY
COMMITTEE ON RULES AND
   ADMINISTRATION—CHAIRMAN
SELECT COMMITTEE ON INTELLIGENCE

# United States Senate

WASHINGTON, DC 20510–0504
http://feinstein.senate.gov

January 21, 2008

Mr. Tyrrall Farrow Cannon
CDC #T-91710
P.O. Box 2199
Blythe, California 92226

Dear Mr. Cannon:

I have received your letter requesting additional assistance. I understand your desire to have this issue resolved, but I am limited in taking any further action on this matter.

If there is some way I can assist you with another federal matter, please feel free to contact me again. Thanks for giving me the opportunity to try to help.

With warmest personal regards.

Sincerely,

Dianne Feinstein
United States Senator

DF:dc

FRESNO OFFICE:
2500 TULARE STREET
SUITE 4290
FRESNO, CA 93721
(559) 485-7430

LOS ANGELES OFFICE:
11111 SANTA MONICA BOULEVARD
SUITE 915
LOS ANGELES, CA 90025
(310) 914-7300

SAN DIEGO OFFICE:
750 B STREET
SUITE 1030
SAN DIEGO, CA 92101
(619) 231-9712

SAN FRANCISCO OFFICE:
ONE POST STREET
SUITE 2450
SAN FRANCISCO, CA 94104
(415) 393-0707

COMMITTEE:
**ENERGY AND COMMERCE**

SUBCOMMITTEES:
**COMMERCE, TRADE AND
CONSUMER PROTECTION**

**ENERGY AND AIR QUALITY**

**ENVIRONMENT AND
HAZARDOUS MATERIALS**

**TELECOMMUNICATIONS
AND THE INTERNET**



**Mary Bono
Congress of the United States
45th District, California**

WASHINGTON OFFICE:
404 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-5330
FAX: (202) 226-2961

DISTRICT OFFICES:
707 EAST TAHQUITZ CANYON WAY
SUITE 9
PALM SPRINGS, CA 92262
(760) 320-1076
FAX: (760) 320-0596

1600 EAST FLORIDA AVENUE
SUITE 301
HEMET, CA 92544
(909) 658-2312
FAX: (909) 652-2562

April 2, 2007

Mr. Tyrrall Cannon
CDCR#T-91710 (ISP)
P.O. Box 2199
Blythe, CA 92226

Dear Mr. Cannon:

Thank you for contacting Congresswoman Mary Bono's Palm Springs district office regarding the difficulties you have with *your civil action #06-0387 request for assistant of counsel.*

As much as our office would like to be able to help you, the matter you described does not fall within our jurisdiction. The attorneys for the House Ethics Committee have informed our office that it is inappropriate for the Congresswoman, or any of her staff, to intervene in cases involving legal issues.

If our office can be of service in a matter within our federal jurisdiction, please do not hesitate to contact our office.

Sincerely,

Lorena DaCosta
Caseworker

COMMITTEE:
★ **ENERGY AND COMMERCE**

SUBCOMMITTEES:
**COMMERCE, TRADE AND
CONSUMER PROTECTION**

**ENERGY AND AIR QUALITY**

**ENVIRONMENT AND
HAZARDOUS MATERIALS**

**HEALTH**



### Mary Bono
### Congress of the United States
45th District, California

WASHINGTON OFFICE:
405 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-5330
FAX: (202) 225-2961

DISTRICT OFFICES:
707 EAST TAHQUITZ CANYON WAY
SUITE 9
PALM SPRINGS, CA 92262
(760) 320-1076
FAX: (760) 320-0596

1600 EAST FLORIDA AVENUE
SUITE 301
HEMET, CA 92544
(951) 658-2312
FAX: (951) 652-2662

May 30, 2008

Mr. Tyrrall F. Cannon
CDCR#T-91710 (ISP)
P.O. Box 2199
Blythe, CA 92226

Dear Mr. Cannon:

Thank you for contacting Congresswoman Mary Bono's Hemet
district office regarding the difficulties you have encountered
with legal issues.

As much as our office would like to be able to help you, the
matter you described does not fall within our jurisdiction. The
attorneys for the House Ethics Committee have informed our
office that it is inappropriate for the Congresswoman, or any of
her staff, to intervene in cases involving legal issues.

If our office can be of service in a matter within our federal
jurisdiction, please do not hesitate to contact our office.

Sincerely,

MARY BONO
Member of Congress

MB/kb



**NANCY PELOSI**
8TH DISTRICT, CALIFORNIA
SPEAKER OF THE HOUSE

H–232, THE CAPITOL
WASHINGTON, DC 20515–6501

One Hundred Tenth Congress
**U.S. House of Representatives**
**Office of the Speaker**

November 28, 2007

Mr. Tyrall Farrow Cannon
PO Box 2199
Blythe, California  92226-2199

Dear Mr. Cannon:

Thank you for contacting me to express your thoughts about an issue important to our nation.  I encourage you, if you have not already, to contact your particular Member of Congress on this issue as well.

Again, thank you for contacting me. I appreciate your comments and look forward to continuing to communicate on matters of concern.

Sincerely,

*Nancy Pelosi*

NANCY PELOSI
Speaker of the House

DIANNE FEINSTEIN
CALIFORNIA

COMMITTEE ON APPROPRIATIONS
COMMITTEE ON THE JUDICIARY
COMMITTEE ON RULES AND
ADMINISTRATION—CHAIRMAN
SELECT COMMITTEE ON INTELLIGENCE

# United States Senate

WASHINGTON, DC 20510–0504
http://feinstein.senate.gov

September 6, 2007

Mr. Tyrrall Farrow Cannon
CDC #T-91710
P.O. Box 2199
Blythe, California 92226

Dear Mr. Cannon:

Thank you so much for contacting my office and sharing your concerns with me. I appreciate your trust and am sorry to hear of your difficulties.

I sympathize with your concern and your desire to have your problem resolved. However, as a United States Senator I cannot intervene in, or comment on, a matter that is within the jurisdiction of the courts. This policy is to preserve the separation of powers doctrine, assigned by the Constitution to the branches of government, and the integrity of our system of justice.

I appreciate your contacting me and do wish I could be more helpful to you. If there is any way my office can assist you with problems involving the federal government, please get back in touch with me.

Sincerely,

Dianne Feinstein
United States Senator

DF:dc

FRESNO OFFICE:
2500 TULARE STREET
SUITE 4290
FRESNO, CA 93721
(559) 485-7430

LOS ANGELES OFFICE:
11111 SANTA MONICA BOULEVARD
SUITE 915
LOS ANGELES, CA 90025
(310) 914-7300

SAN DIEGO OFFICE:
750 B STREET
SUITE 1030
SAN DIEGO, CA 92101
(619) 231-9712

SAN FRANCISCO OFFICE:
ONE POST STREET
SUITE 2450
SAN FRANCISCO, CA 94104
(415) 393-0707

DIANNE FEINSTEIN
CALIFORNIA

COMMITTEE ON APPROPRIATIONS
COMMITTEE ON THE JUDICIARY
COMMITTEE ON RULES AND
ADMINISTRATION—CHAIRMAN
SELECT COMMITTEE ON INTELLIGENCE

# United States Senate

WASHINGTON, DC 20510-0504
http://feinstein.senate.gov

June 11, 2007

Mr. Tyrrall Farrow Cannon
CDC #T-91710
P.O. Box 2199
Blythe, California 92226

Dear Mr. Cannon:

Thank you so much for contacting my office and sharing your concerns with me. I appreciate your trust and am sorry to hear of your difficulties.

I sympathize with your concern and your desire to have your problem resolved. However, as a United States Senator I cannot intervene in, or comment on, a matter that is within the jurisdiction of the courts. This policy is to preserve the separation of powers doctrine, assigned by the Constitution to the branches of government, and the integrity of our system of justice.

I appreciate your contacting me and do wish I could be more helpful to you. If there is any way my office can assist you with problems involving the federal government, please get back in touch with me.

Sincerely,

Dianne Feinstein
United States Senator

DF:sl

FRESNO OFFICE:
2500 TULARE STREET
SUITE 4290
FRESNO, CA 93721
(559) 485-7430

LOS ANGELES OFFICE:
11111 SANTA MONICA BOULEVARD
SUITE 915
LOS ANGELES, CA 90025
(310) 914-7300

SAN DIEGO OFFICE:
750 B STREET
SUITE 1030
SAN DIEGO, CA 92101
(619) 231-9712

SAN FRANCISCO OFFICE:
ONE POST STREET
SUITE 2450
SAN FRANCISCO, CA 94104
(415) 393-0707

# EXHIBIT COVER PAGE 

EXHIBIT

Description of this Exhibit:  *FBI.*

Case No. *1-282-0*
       *036 RS601.07.*

Number of pages to this Exhibit _____ pages.

JURISDICTION:



U.S. Department of Justice



Federal Bureau of Investigation

In Reply, Please Refer to
File No.

11000 Wilshire Boulevard
Los Angeles, California 90024
310-477-6565
February 5, 2007

Tyrrall Cannon, CDCR T-91710
Ironwood State Prison
PO Box 2199
Blythe, California 92226

Dear Sir:

   This letter is to acknowledge receipt of your
complaint.

   The United States Department of Justice, Civil
Rights Division, and the Federal Bureau of Investigation (FBI)
have established certain threshold requirements that must be
met prior to the initiation of a federal, criminal, civil
rights investigation.  The information provided by you does
not meet those requirements.

   For the reason stated above, the FBI will not be
conducting an investigation into this allegation.

        Sincerely,

        J. Stephen Tidwell
        Assistant Director in Charge

        By:
        Robert       Buehler
        Supervisory Special Agent

1 - 282-0
036rsb01.07



**U.S. Department of Justice**

Federal Bureau of Investigation

In Reply, Please Refer to
File No.

11000 Wilshire Blvd
Los Angeles, California 90024
310-477-6565
March 3, 2006

Mr. Tyrrall Farrow Cannon
CDC #T-91710 (ISP)
P.O. Box 2199 (B-$ 202 UP)
Blythe, California 92226

Dear Mr. Cannon:

        This letter is to acknowledge receipt of your
complaint, dated February 22, 2006.

        The information provided in your letter does not
constitute a prosecutable violation within the investigative
jurisdiction of the FBI.  Therefore, the FBI will not take any
action regarding this matter.

                          Sincerely,

                          J. Stephen Tidwell
                          Assistant Director in Charge

                          By:
                          Susan E. O'Brien
                          Acting Supervisory Special Agent



**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D. C. 20535-0001

January 13, 2006

Mr. Tyrrall Cannon, #T91710
Post Office Box 2199
Blythe, CA   92226

Dear Mr. Cannon:

This letter is in response to your correspondence
addressed to the FBI.

The allegations that you have brought to our attention
do not constitute a prosecutable violation.  Therefore, we are
unable to take any action regarding this matter.  You may wish to
seek private legal counsel regarding this matter.

Sincerely yours,

Mark R. Vukelich /srct

Mark R. Vukelich
Chief, Civil Rights Unit
Criminal Investigative Division



U.S. Department of Justice

Federal Bureau of Investigation

In Reply, Please Refer to
File No.

1650 Spruce Street, Suite 200
Riverside, California  92507
(951) 686-0335

November 10, 2005

Tyrrall Farrow Cannon
CDC # T-91710
Ironwood State Prison
P.O. Box 2199
Blythe, CA 92226

Dear Mr. Cannon:

This letter is to acknowledge receipt of your correspondence
dated 8/31/2005.

The United States Department of Justice, Civil Rights Unit, and
the Federal Bureau of Investigation (FBI) require that specific
details of alleged civil rights violations, including
descriptions of the violation itself, injuries sustained, and
witness identities be provided prior to consideration being given
as to whether a criminal, civil rights investigation will be
initiated.

Your letter and the accompanying materials were reviewed,
however, they do not appear to support the initiation of a
federal, criminal investigation.  The criminal, appellate courts
appear to be the proper venue in which to address your concerns.

For the reason stated above, the FBI will not open an
investigation into your claims at this time.  You may submit
additional information to this office, if available, for further
review.

Sincerely,

FEDERAL BUREAU OF INVESTIGATION
RIVERSIDE RESIDENT AGENCY
CIVIL RIGHTS UNIT



U.S. Department of Justice



**Federal Bureau of Investigation**

*Washington, D.C. 20535*

December 2, 2005

Mr. Tyrrall Farrow Cannon
**T-91710
Post Office Box 2199
Blythe, CA   92226

Dear Mr. Cannon:

This is in response to your Freedom of Information Act (FOIA) request.

The FOIA provides for access to Government records where the records sought are "reasonably described" [Title 5, United States Code, Section 552(a)(3)(A)].  Your letter does not contain enough descriptive information to permit a search of our records.  In accordance with Title 28, Code of Federal Regulations, Part 16.3(b), please provide us more specific information.  Any information that would help locate the records with a reasonable amount of effort would be appreciated, such as complete names of individuals, organizations or events, dates and places of birth and the approximate time frame of the information sought, etc.

Sincerely yours,

David M. Hardy /erl

David M. Hardy
Section Chief
Record/Information
   Dissemination Section
Records Management Division



U.S. Department of Justice

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

January 23, 2008

Tyrrall Farrow Cannon
CDCR# T-91710
POST OFFICE BOX 2199
BLYTHE, CA 92226

Dear Requester:

This is in response to your Freedom of Information Act (FOIA) request.   Your request letter for records maintained by the FBI concerning another individual(s) is being returned to you.

Furthermore, before we process your request for records pertaining to another individual(s), we ask that you submit either proof of death or a privacy waiver from the subject(s) of your request. Proof of death can be a copy of a death certificate, Social Security Death Index, obituary or a recognized reference source. Death is presumed if the birth date of the subject is more than 100 years ago. Without proof of death or a privacy waiver, the disclosure of law enforcement records or information about another person is considered an unwarranted invasion of personal privacy. Such records, if they exist, are exempt from disclosure pursuant to Exemptions (b)(6) and/or (b)(7)(C) of the FOIA, Title 5, United States Code, Section 552.

Enclosed is a Privacy Waiver and Certification of Identity form. (You may make additional copies if you are requesting information on more than one individual.) The subject of your request should complete this form and then sign it or prepare a document containing the required descriptive data and have it notarized. The original privacy waiver or notarized authorization with the descriptive information and a legible, original signature must be provided to the FBI before an accurate search of our records can be conducted.

The FOIA provides for access to Government records where the records sought are "reasonably described" [Title 5, United States Code, Section 552(a)(3)(A)]. Your letter does not contain enough descriptive information to permit a search of our records. In accordance with Title 28, Code of Federal Regulations, Part 16.3(b), please provide us more specific information. Any information that would help locate the records with a reasonable amount of effort would be appreciated, such as complete names of individuals, organizations or events, dates and places of birth and the approximate time frame of the information sought, etc.

This response should not be considered an indication of whether or not records responsive to your request exist in FBI files.

Sincerely yours,

David M. Hardy
Section Chief,
Records Information
  and Dissemination Section
Records Management Division

# EXHIBIT COVER PAGE 

EXHIBIT

Description of this Exhibit:

Case No. *DHS/OS/PRI/OGC 08-014*

Number of pages to this Exhibit _____ pages.

JURISDICTION: *Homeland Security.*
*U.S. EEOC*
*NI of C.*
*F B of Prisons*

U.S. Department of Homeland Security
Washington, DC 20528



**Homeland Security**

August 15, 2008

Tyrrall Farrow Cannon
CDCR #T-91710 (ISP)
PO Box 2199 (D-1-110L)
Blyth, CA 92226

Re: **DHS/OS/PRIV/OGC 08-014**

Dear Mr. Cannon:

The portion of your complaint seeking access to records is being handled as a matter under the Freedom of Information Act (FOIA), Title 5 U.S.C. Section 552.

After careful review of your FOIA request, we determined that your request is too broad in scope or did not specifically identify the records which you are seeking. Records must be described in reasonably sufficient detail to enable government employees who are familiar with the subject area to locate records without placing an unreasonable burden upon the agency. For this reason, §5.3(b) of the DHS regulations, 6 C.F.R. Part 5, requires that you describe the records you are seeking with as much information as possible to ensure that our search can locate them with a reasonable amount of effort. Whenever possible, a request should include specific information about each record sought, such as the date, title or name, author, recipients, and subject matter of the records, if known, or the DHS component or office you believe created and/or controls the record. The FOIA does not require an agency to create new records, answer questions posed by requesters, or attempt to interpret a request that does not identify specific records.

Upon initial review of the subject matter, it appears that this may be a matter under the purview of the Department of Justice. Therefore, you may wish to submit a request directly to them at:

> FOIA/PA Mail Referral Unit
> Department of Justice
> Room 115
> LOC Building
> Washington, DC 20530-0001
> (301) 583-7354
> (301) 341-0772 fax

You may resubmit your request containing a reasonable description of the records you are seeking. Upon receipt of a perfected request, you will be advised as to the status of your request.

If we do not hear from you within 30 days from the date of this letter, we will assume you are no longer interested in this FOIA request, and the case will be administratively closed. Please be advised that this action is not a denial of your request and will not preclude you from filing other requests in the future.

Your request has been assigned reference number **DHS/OS/PRIV/OGC 08-014**. Please refer to this identifier in any future correspondence. You may contact this office at (202) 447-3120.

Sincerely,

Lisa J. Fedie
Paralegal Specialist



**U.S. OFFICE OF SPECIAL COUNSEL**
1730 M Street, N.W., Suite 218
Washington, D.C. 20036-4505
(202) 254-3600

Mr. Tyrrall F. Cannon                                            NOV 0 7 2007
CDCR #T-91710 (ISP)
PO Box 2199 (D-1-110C)
Blythe, CA 92226

### Re: OSC File No. MA-08-0249

Dear Mr. Cannon:

This letter acknowledges receipt of the complaint that you filed with this Office
against officials of the Federal Bureau of Prisons. You are seeking assistance in being
released from illegal restraint

The Office of Special Counsel is authorized to investigate allegations of
prohibited personnel practices and certain activities prohibited by civil service law, rule,
or regulation 5 U.S.C. §§ 1214(a)(1)(A), 1216(a) and 2302(b). We have carefully
reviewed your correspondence. However, based on our evaluation of the information you
submitted, we have made a determination to close our file in this matter for lack of
jurisdiction.

The provisions of 5 U.S.C. § 2302 establish that our authority to investigate
prohibited personnel practices extends only to employees or applicants for employment
to competitive or excepted service positions in Executive Branch departments and
agencies of the federal government. Employee is defined in 5 USC § 2105. The
information you provided indicates that you are not an employee or applicant for
employment to a civilian position in any federal agency. Your complaint also does not
appear to concern a federal employment matter or a prohibited personnel practice. Thus,
we can be of no further assistance to you.

Should you wish to discuss your complaint, please contact me at (202) 254-3600.

Sincerely,

J. Sandra Thomas
Complaints Examiner



**U.S. ● AL EMPLOYMENT OPPORTUNITY CO ● MISSION**

Los Angeles District Office

255 E. Temple Street, 4th Floor
Los Angeles, CA 90012
(213) 894-1096
TOLL-FREE (866) 408-8075
GENERAL INQUIRIES (800) 669-4000
TTY (213) 894-1121
FAX (213) 894-1118

*Tyrrall Farrow Cannon*
*CDCR# T-91710, Iron Wood State Prison*
*P.O. Box 2199*
*Blythe, CA, 92226*

Dear Sir/Madam:

This is in response to your recent telephone or mail inquiry.   Attached is a copy of a Pre-Complaint Questionnaire along with instructions.  Upon receipt of the completed questionnaire we will review it and determine whether you have a valid complaint under one of our laws.  If we determine that you have a valid complaint we will begin processing your complaint and will notify the organization you are filing against. We urge you to complete the questionnaire and return it to this office as charges of discrimination must be filed within 300 days from the date the alleged discrimination occurred.  Return the completed form to:

Brian Nelson, Enforcement Supervisor
255 East Temple Street, 4th Floor
Los Angeles, California  90012

Or by Fax: (213) 894-1118

Sincerely,

*Brian Nelson*

Brian Nelson, Enforcement Supervisor
Los Angeles District Office

Enclosures



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Los Angeles District Office**

255 E. Temple Street, 4th Floor
Los Angeles, CA 90012
National Contact Center: (800) 669-4000
National Contact Center TTY: (800) 669-6820
Direct Line: (213) 894-1077
Los Angeles Direct Dial: (213) 894-1096
TTY (213) 894-1121
FAX (213) 894-1118

Tyrrall F. Cannon
CDCR# T-91710 (ISP)
P.O. Box 2199 (D-1-1102)
Blythe, CA 92226

Re: Civil Rights Complaint Pursuant to 42 U.S.C. § 1983

Dear Mr. Cannon:

This letter shall serve as an acknowledgment of receipt of your correspondence regarding the above referenced complaint on 02/29/08.

We have carefully reviewed your submitted document and would like to advise you that the EEOC handles only those claims that reflect employee/employer relationship and all the possible issues arising out of such relationship.

Due to the nature of your complaint and causes alleged therein, we will not be able to assist you with the resolution of those claims.

Sincerely,

Derek Li,
EEOC Supervising Trial Attorney



**U.S. Equal Employment Opportunity Commission**
**Los Angeles District Office**

255 E Temple St., 4th Fl
Los Angeles, CA 90012
(213) 894-1000
TTY (213) 894-1121
FAX (213) 894-1118
1-800-669-4000

May 29, 2008

Tyrrall F.Cannon
CDCR# T-91719 (ISP)
Post Office Box 2199 (D-1-1102)
Blythe, California 92226

Dear Mr. Cannon:

This letter is in response to the letter that sent to the Equal Employment Opportunity Commission (EEOC). First of all, it is important for you to know that the EEOC does not investigate every complaint that is filed with us. The EEOC can only investigate complaints of discrimination over which we have jurisdiction, which means that before we can investigate, complaints must meet certain legal requirements. If we are able to meet those legal requirements, then we must be able to find the evidence to prove the employment discrimination. From the letter that you have provided, it appears that we will not be able to conclude that the harm that you are complaining about establishes a violation of the laws enforced by EEOC. The reason for this conclusion is:

❑    Your issues fall outside the statutes enforced by EEOC.

Again, our conclusion was based on the information you provided in your pre-complaint questionnaire. If you have any questions about how we reached this conclusion, you may contact the undersigned at the phone number identified in this letter.

I must also tell you that even though, we will not be able to investigate your complaint of discrimination you still have the right to pursue your complaint in federal court, but in order to do so you must get permission from the EEOC. If you wish to pursue the matter in court, you will need to check the box below and return this letter to the undersigned. Please note that the EEOC will process your request so that you do not lose your federal rights to go to court. The EEOC will not investigate your complaint. Once we receive this returned letter, we will process your complaint and issue your Dismissal and Notice of Rights. The Dismissal and Notice of Rights will give you permission to file in Federal District Court. If you wish to enforce your rights to file in court, you must file your lawsuit in U.S. District

PAGE 2 OF 2

Court within <u>90 days</u> from the date you received the Notice  It is important for you to remember that once this 90-day period is over, your right to sue is lost.

    Check this box to receive a Dismissal and Notice of Rights and return this letter to:

**Brian Nelson, CRTI Supervisor**
**255 East Temple Street, 4th Floor**
**Los Angeles, California   90012**

Thank you for attention to this matter.

Sincerely,

*Karrie L. Maeda*

Karrie L. Maeda,
EEOC Representative

 

**U.S. Department of Justice**

National Institute of Corrections

*Washington, DC 20534*

October 12, 2007

Tyrrall Farrow Cannon F91710
CDCR
P.O. Box 2199
Blythe, CA 92226

Dear Mr. Farrow Cannon:

Your letter has been referred to my office for response.

The National Institute of Corrections' mission is to provide information, technical assistance and other correlative services to state and local correctional agencies. NIC has no jurisdiction over state or local correctional facilities and, therefore, does not provide services directly to state or local inmates, and has no authority to conduct investigations. In addition, NIC does not have any statutory authority to regulate operations within state or local facilities.

The letter you sent is being returned to you.

Sincerely,

Rita Rippetoe
Executive Assistant



**U.S. Department of Justice**

**Federal Bureau of Prisons**

_____

*Western Regional Office*
*7950 Dublin Boulevard, Third Floor*
*Dublin, California 94568*
September 11, 2007

Tyrall Cannon
T-91710
P.O. Box 2199
Blythe, CA 92226

Dear Mr. Cannon:

     Enclosed please find the items you sent in error to the Federal Bureau of Prisons. We have no authority over state prisons.

                             Sincerely,

                             HARLAN W. PENN
                             Regional Counsel

HWP/jmv

CASE NO. _____08cv 4930_____

ATTACHMENT NO. _____1_____

EXHIBIT _____

TAB (DESCRIPTION) _____

# EXHIBIT COVER PAGE



EXHIBIT

Description of this Exhibit: *Aclu.*

Case No. *MArch 26, 2008*

Number of pages to this Exhibit _____ pages.

JURISDICTION:   *NAACP.*
*Alabama Univ. 20060901A*
*Loyola Univ.*
*AKRON Univ.*
*Prison law office, SAN Quentin*
*Att At law.*



**AMERICAN CIVIL LIBERTIES UNION**
**SAN DIEGO & IMPERIAL COUNTIES**

March 26, 2008

Mr. Tyrrall F. Cannon
CDCR #T-91710; D-1-1102
P.O. Box 2199
Blythe, CA 92226

Dear Mr. Cannon:

This is in response to your recent request for assistance from the ACLU Foundation
of San Diego & Imperial Counties. We apologize for responding to your request
for assistance with a form letter. However, because of the volume of requests we
receive, it is necessary for us to use this form.

ACLU FOUNDATION
SAN DIEGO & IMPERIAL COUNTIES
P.O. BOX 87131
SAN DIEGO, CA 92138-7131
619/232-2121
WWW.ACLUSANDIEGO.ORG

Based on the information you provided, we have concluded that the ACLU will not
be able to assist you in this matter. This decision reflects our own limited
resources, and in no way reflects on the worthiness of your case. The ACLU is a
non-governmental, non-profit organization that seeks to preserve and extend
constitutional rights and principles found mainly in the Bill of Rights. We lack the
staff and resources to act as a general legal clinic, however, and are able to accept
only a small percentage of the cases we are requested to take.

If you believe you have a potential lawsuit, you should consult with an attorney
immediately to ensure that you do not lose the right to bring a legal case due to any
applicable time deadlines.

We're sorry that our response could not be more favorable, and hope that you will
be able to resolve this matter satisfactorily.

# American Civil Liberties Union

OF NORTHERN CALIFORNIA

1663 MISSION STREET, SUITE 460

SAN FRANCISCO, CALIFORNIA 94103

November 8, 2005

Tyrrall Farrow Cannon, #T-91710
I.S.P
P.O. Box 2199 (B-4-202UP)
Blythe, CA 92226

Dear Tyrrall Farrow Cannon:

Your letter to the American Civil Liberties Union of Northern California has been received. Thank you for your comments. We will keep this correspondence on file as requested.

Sincerely,

Pat Johnson
Legal Assistant

# American Civil Liberties Union

OF NORTHERN CALIFORNIA
1663 MISSION STREET, SUITE 460
SAN FRANCISCO, CALIFORNIA 94103

October 25, 2005

Tyrall Farrow Cannon, CDC #T-91710 (ISP)
P.O. Box 2199
Blythe, CA 92226

Re: Request for Legal Assistance

Dear Tyrall Farrow Cannon:

Your letter to the American Civil Liberties Union of Northern California has been received. Unfortunately, we are unable to offer you legal advice or assistance. The ACLU is a private, non-profit organization and our limited resources do not allow us to function as a general provider of legal services. Nor can our small staff do research or investigate many of the problems that come to our attention, no matter how legitimate they may be. In general, we must confine our involvement to a limited number of cases which raise new constitutional issues or which affect large numbers of people, and these are usually at the appellate level. Because of these criteria, we will not be able to provide you with legal assistance.

Again, we regret that we cannot be of assistance to you.

Sincerely,

Pat Johnson
Legal Assistant



NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.
1444 Eye Street, NW, 10th Floor • Washington, DC 20005 • 202.682.1300 • Fax 202.682.1312 • www.naacpldf.org

November 6, 2006

Tyrrall Farrow Cannon
CDCR #T-91710 (ISP)
P.O. Box 2199
Blythe, CA 92226

Dear Mr. Cannon:

This is in response to your request for assistance in locating an attorney who may be able to assist you with the legal problem that you are having.

The Legal Defense Fund has a very limited staff and budget and is unable to become involved in many of the cases in which our assistance is sought. Therefore, we cannot assist you in this matter. We do not have salaried attorneys around the country to whom we can assign cases, nor do we operate a lawyer referral service. Which means we are unable to identify attorneys in your area who have relevant experience in dealing with the kind of problem you are having or attorneys who will definitely be able to offer you consultation, advice, or representation. Furthermore, I regret that we are unable to be of any assistance to you. However, you may wish to contact your state/local bar association.

I am not expressing any view on the merits of your case and I wish you the best in its resolution.

Lastly, although your envelope is addressed to the NAACP Legal Defense Fund, often times people contact us believing that we are the NAACP. For your information, we are a totally separate organization from the NAACP. Just in case you have reached us in error, their address is:

NAACP
4805 Mount Hope Drive
Baltimore, MD 21215

Sincerely,

The NAACP Legal Defense Fund

National Office
99 Hudson Street, Suite 1600
New York, NY 10013
212.965.2200 Fax 212.226.7592

Western Regional Office
1055 Wilshire Boulevard, Suite 1480
Los Angeles, CA 90017
213.975.0211 Fax 213.202.5773

The NAACP Legal Defense and Educational Fund, Inc. (LDF) is not a part of the National Association for the Advancement of Colored People (NAACP) although LDF was founded by the NAACP and shares its commitment to equal rights. Since 1957, LDF has been a completely separate organization. Contributions are deductible for U.S. income tax purposes.

...ional Association for the Advancement of Colored People
NAACP Headquarters
4805 Mt. Hope Drive
Baltimore, MD 21215



UNITED STATES POSTAGE
PITNEY BOWES
02 1A          $ 00.23<sup>0</sup>
0004392438    OCT 27 2005
MAILED FROM ZIP CODE 21215

**"THE RACE IS ON"**

B4 2020

Tyrrall Farrow Cannon
CDC #T-91710 A-1-126UP
Ironwood State Prison
P.O. Box 2199
Blyth, California 92226

B022   ||l|ll||l||l|l|l|l|l||ll||l|ll|ll|l|ll|l|l|l|l|l|l|ll|l|l|l|l|ll||l|l|l|l|l

---

## CHOOSE FREEDOM

*"I felt that one had better die fighting against injustice than to die like a dog or rat in a trap."*

Ida B. Wells (1862-1931)



Thank you for contacting the National Association for the Advancement of Colored People. Although we are unable to accept your case, the NAACP will enter pertinent data from your correspondence into our database of complaints, which may assist us in helping others in the future. Thank you for bringing this matter to our attention.

*General Counsel*

NAACP Legal Department
4805 Mt. Hope Drive
Baltimore, MD 21215
Phone 410-580-5790 · Fax 410-368-9860

Law Clinic Programs

March 12, 2008

Mr. Tyrrall F. Cannon
#T-91710, D-1-110L
ISP
P.O. Box 2199
Blythe, CA 92226

THE UNIVERSITY OF
**ALABAMA**
S C H O O L   O F   L A W

re:　　your correspondence

Dear Mr. Cannon:

Capital Defense Law Clinic

Civil Law Clinic

Community Development Law Clinic

Criminal Defense Law Clinic

Domestic Violence Law Clinic

Elder Law Clinic

I am in receipt of your correspondence post-dated March 7, 2008. The law school has asked me to respond. Our Clinical Department does not have any programs that handle cases such as yours. Our programs are limited in scope and we cannot accept any cases which do not fit within our parameters. It appears from the documentation that you sent that you are involved in post conviction litigation with the State of California. The only Clinics which handle appeals of any sort are restricted to handling Alabama cases in which the death penalty has been imposed. Because of the limits of our program we cannot consider your case for acceptance.

Good luck with your case.

Yours very truly,

Talitha Powers Bailey

Box 870392
Tuscaloosa, Alabama 35487-0392
PHONE (205) 348-4960
FAX (205) 348-6851



Los Angeles, CA 90015-1211
www.lls.edu/community/ccr

**LOYOLA**
LAW SCHOOL | LOS ANGELES

THE CENTER FOR
CONFLICT RESOLUTION

Mary B. Culbert, *Director*
Marta S. Gallegos, *Associate Director*
Bill Hobbs, *Founding Director*

*Mediators:*
Sara Campos
Monica Ruvalcaba Gerken
Claudia A. Natera
Patrick Quinlan
John S. Rodriguez

November 27, 2006

Tyrrall Cannon, T-91710
Ironwood State Prison
P.O. Box 2199
Blythe, CA, 92226

> **RE:    Appellate Referrals**
> **File #: 200609019**

Dear Mr. Cannon:

Thank you for contacting **The Center For Conflict Resolution.** I am sorry that we cannot provide any legal advice nor legal representation. In reference to your request for an attorney referral, you may contact the following programs or projects. These programs help people in need of appellate representation, accordingly, we are enclosing all of the materials that you have previously sent to us. Please see the enclosed page for the list of referrals.

When writing, please include:

1. Your full name and address, including ID#.
2. Your date of birth.
3. County you were sentenced in
4. Date you were sentenced
5. Superior Court case number.

Please contact them right away in case there is a time limit that might affect your case. We wish you the very best of luck in your efforts to prove your innocence

Sincerely,

Marta S. Gallegos
Associate Director

MSG/mjb
Enclosures: Criminal Appellate Referrals



LOYOLA

LAW SCHOOL | LOS ANGELES

213.736.___  Los Angeles, CA 90015-1211
F___ 2.5403  www.lls.edu/community/ccr

THE CENTER FOR
CONFLICT RESOLUTION

Mary B. Culbert, *Director*
Marta S. Gallegos, *Associate Director*
Bill Hobbs, *Founding Director*

*Mediators*
Sara Campos
Monica Ruvalcaba Gerkun
Claudia A. Natera
Patrick Quinlan
John S. Rodriguez

March 16, 2007

Tyrrall Cannon, T-91710
Ironwood State Prison
P.O. Box 2199
Blythe, CA 92226

     **RE:**    **Original Documents**
            **File Number: 200609019**

Dear Mr. Cannon:

     This letter is to inform you that we received the original documents that you sent us in reference to your case. Unfortunately we are a neutral mediation service that cannot provide any legal advice nor legal representation. Accordingly we are returning all of the original documents to you. In reference to your request for courses on legal studies, we are enclosing referrals for correspondence courses.

     We wish you the best of luck in pursuing your appeal.

                       Sincerely,

                       Marta S. Gallegos
                       Associate Director

MSG/aa
Enclosures: Correspondence Courses Referrals



March 10, 2008


Mr. Tyrrall F. Cannon
CDCR # T-91710
P.O. Box 2199
Blythe, California 92226

Dear Mr. Cannon:

I received your letter dated March 2, 2008, in which you
requested assistance.  Unfortunately, I am not in a
position to assist you at this time.  Due to a heavy
workload, I simply cannot devote any resources to your
request.  I am, therefore, returning your letter to you.

Sincerely,


J. Dean Carro
Attorney at Law
DIRECTOR, APPELLATE REVIEW OFFICE


jdc/slg


Enc.

PRISON LAW OFFICE
General Delivery, San Quentin, CA 94964-0001
Telephone (415) 457-9144 • Fax (415) 457-9151
www.prisonlaw.com

*Director:*
Donald Specter

*Staff Attorneys:*
Susan Christian
Steven Fama
Rachel Farbiarz
Brittany Glidden
Penny Godbold
Megan Hagler
Alison Hardy
Millard Murphy
Sara Norman
Judith Rosenberg
Zoe Schonfeld
E. Ivan Trujillo

Re:  Request for Legal Assistance

Dear Sir or Madam:

We received your letter, asking for our help, information, or legal advice.  Unfortunately, we cannot help you at this time.  We receive many more requests than we can possibly handle.  We must choose our cases very carefully to ensure that we use our limited resources in the most efficient way.

This means there are going to be many cases that have merit that we cannot pursue, and cases in which we cannot provide requested information or advice.  This is unfortunate but necessary, given the large number of cases and requests we handle.  We do not like the fact that we can't help everyone who writes.  Please understand that our decision not to help does not necessarily mean that you do not have a real problem or worthy case.  It is just that we have a small office and can't help everybody who writes.

To help you determine whether your case is worth pursuing on your own, we have enclosed any self-help material that is relevant to your problem.  If no material is enclosed, we do not have any helpful information.  You may be able to find useful information in the <u>California State Prisoners' Handbook</u> (3rd Edition) published in 2001.  Ask for the Handbook in the prison law library.  If you want information on how to order a copy of the Handbook, write to us.

We are sorry that we cannot help you.  We hope that in the future we will be able to expand our services to help more prisoners throughout California.

Sincerely,

Prison Law Office

Board of Directors
Penelope Cooper, President • Michele WalkinHawk, Vice President • Marshall Krause, Treasurer
Honorable John Burton • Felecia Gaston • Christine Hipps • Margaret Johns
Cesar Lagleva • Laura Magnani • Michael Marcum • Ruth Morgan • Dennis Roberts

**BLECKMAN & BLAIR**
ATTORNEYS AT LAW
SUITE 3 OCEAN PLAZA
302 WEST GRAND AVENUE
EL SEGUNDO, CALIFORNIA 90245

MARTIN JERRY BLECKMAN
JANYCE KEIKO IMATA BLAIR

TELEPHONE (310) 606-9262
FACSIMILE (310) 606-9267

April 17, 2007

<u>VIA UNITED PARCEL SERVICE</u>

Tyrrall F. Cannon T91710
Ironwood State Prison
19005 Wiley's Well Road
Blythe, CA 92225

Dear Mr. Cannon:

I return under cover of this letter your mailing to me, comprising multiple legal documents, postmarked March 29, 2007, in its entirety.

My records do not show that I ever represented you in any capacity. I am at a loss to understand why these materials were forwarded to me, nor did the materials contain any explanation as to why they were directed to me.

Please do not forward any more mailings to me.

Very truly yours,

JANYCE KEIKO IMATA BLAIR

---

**FROM**

**BLECKMAN & BLAIR**
ATTORNEYS AT LAW
SUITE 3 OCEAN PLAZA, 302 WEST GRAND AVENUE
EL SEGUNDO, CALIFORNIA 90245

**TO**

Tyrrall F. Cannon T91710
Ironwood State Prison
19005 Wiley's Well Road
Blythe, CA 92225

# EXHIBIT COVER PAGE 

EXHIBT

Description of this Exhibit: *State of California Government official*

Case No.
*05-12473/E033596*

Number of pages to this Exhibit _____ pages.


JURISDICTION:

**CCB RECEIVED**

PROOF OF SERVICE

JUN 1 0 2008

Declaration of Service by Mail

RECEIVED BY

RECEIVED
JUN - 9 2008
COMMISSIONER'S OFFICE
SACRAMENTO, CA

I, _Terrall Farrow Cannon_ , declare that I am over the age of eighteen (18) and that I (am/~~am not~~) a party to this action. On _June 3_ ,

_2008_ , I deposited a copy of the following document(s):

Citizen, Civil Rights Complaint;
Request for Change of Venue to District
of Columbia.
Copy of 602 Prisoner Complaint form.

In a sealed envelope with the postage prepaid into the United States mail outlet via an authorized California Department of Corrections employee at _____ State Prison, in _____ , California, and addressed as follows: State of California, Superior Court, San Bernardino County, 8303, Haven Ave, Rancho Cucamonga, Ca. 91730.
President of the United States. Mr. George Bush. 1600 Pennsylvania
Ave. NW. Washington DC. 20001.
        U.S. Attorney General, Mr. Mukasy 950 Pennsylvania
Ave. NW. Washington DC. 20540.
        U.S. Dept of Justice. Chief FBI. 935 Pennsylvania Ave.
NW. Washington DC. 20540.
        U.S. Dept of Justice. Homeland Security. 3801 Nebraska
Ave NW. Washington DC. 20528.
        U.S. District Court Central District 312 N. Spring st. Los
Angeles, Calif. 90012.
        U.S. District Court, District of Columbia 333 Constitution
Ave NW. Washington DC. 20001.
"United Nation", Insurance Dept. Rehabilitation Dept. "S.S. Dept"

I declare under penalty of perjury by the laws of the State of California that the foregoing is true and correct (pursuant to 28 USCA §1746(2)).

DATE _June 3 2008_          SIGNATURE _Terrall Hannon_
                                            Prisoner.

TO: World Criminal Court, United nation

**APPELLATE DEFENDERS, INC.**

555 WEST BEECH STREET
SUITE 300
SAN DIEGO, CA 92101-2939

(619) 696-0282
Automated Attendant: (619) 696-0284

August 19, 2003

Tyrall Farrow Cannon
CDC # T91710
I.S.P.
P.O. Box 2199
Blythe, CA 92226

Re:    People v. Cannon, Case No. E033596

Dear Mr. Cannon:

Thank you for your letter dated August 13, 2003, inquiring about the transcripts of your trial level proceedings. Our records show the record is not yet completed and has not yet been certified to the Court of Appeal.

As you know, you are entitled to one free copy of the record, which your appointed counsel will need in order to handle your appeal. Thus, the court will forward a copy of the record directly to your appellate attorney when it is completed. Usually, the appellate attorney must retain the record throughout the appeal in order to file the briefs on your behalf, and to address assertions made by the government in its brief. When Mr. Stuetz is finished with the records, he will forward them to you.

If you have any questions, please contact Mr. Stuetz directly.

Sincerely,

Carmela F. Simoncini
Staff Attorney

CFS:mb
cc: Jeffrey Stuetz, Esq.



THE STATE BAR
OF CALIFORNIA

1149 SOUTH HILL STREET, LOS ANGELES, CALIFORNIA 90015-2299

OFFICE OF THE CHIEF TRIAL COUNSEL
INTAKE

TELEPHONE: (213) 765-1000
TDD: (213) 765-1566
FAX: (213) 765-1168
http://www.calbar.ca.gov

October 13, 2005

Tyrall Cannon
ISP 91710 B-4-2002 up
P.O. Box 2199
Blythe, CA. 92226

RE:    Inquiry Number:    05-12973
       Respondent:        Jeffrey John Stuetz

Dear Mr. Cannon:

We have received your complaint, on 8/16/05, against Jeffrey John Stuetz.  Your allegations may be
grounds for a criminal appeal or a civil claim for damages but they do not form the basis for discipline.
You may wish to consult with an attorney with regard to the criminal appeal or any civil remedies.

Our decision to close your complaint is not a determination that the attorney acted properly, it is only a
determination that there is insufficient evidence that the attorney wilfully violated the applicable ethical
rules.  In the event that the court makes a finding that the attorney(s) committed misconduct, please
provide that information along with copies of any relevant court papers and we will re-evaluate your
complaint at that time.

OFFICE OF THE CHIEF TRIAL COUNSEL/INTAKE
N11

OFFICE OF THE GOVERNOR

July 21, 2004

Mr. Tyrall F. Cannon
T-91710, Cell 126
Post Office Box 2199
Blythe, CA 92226

Dear Mr. Cannon:

　　　This office has received your correspondence concerning your application for executive clemency.

　　　This Governor's administration is working on reducing the backlog of hundreds of pardon applications that have accumulated during previous administrations. Due to the volume of applications that have been submitted and continue to be submitted to this office each week, it is impossible to provide you with an estimate of when your application will be considered for review.

                              Sincerely,

                              N. Dow

                              N. DOW
                              Legal Assistant



State of California
Commission on Judicial Performance
455 Golden Gate Avenue, Suite 14400
San Francisco, CA 94102-3660
(415) 557-1200
FAX (415) 557-1266
Web Site: http://cjp.ca.gov

December 14, 2005

Tyrall F. Cannon, T-91710
Ironwood State Prison
P.O. Box 2199 (A-1-126up)
Blythe, CA 92226

Dear Mr. Cannon:

Your further correspondence concerning a California judge has been considered in order to determine whether there is any basis for action by this commission.

It has been concluded that the contents of your submissions do not provide grounds for proceeding further. In order to go forward with a judicial investigation, a basis for such an investigation must be shown. Conclusions about a judge's behavior, or categorizations of a judge's behavior, without specifics, are insufficient to warrant an investigation by this agency. Specific allegations may be supported by transcripts, tapes, orders or other evidence. A sufficient basis to go forward with an investigation is required; which means that the factual information presented indicates that an investigation is warranted. Your submissions do not contain this type of information.

The rules which govern commission proceedings do not provide for a formal appeal from a commission decision not to take further action on a complaint. However, if you wish to provide further information, the decision to close your complaint will not preclude consideration of further information.

We regret the delay in responding to your correspondence.

Very truly yours,

Karen Clay
Staff Counsel

KC:al/L1214cannon

Confidential under California Constitution,
Article VI, Section 18, and Commission Rule 102



## CALIFORNIA DEPARTMENT OF
# Mental Health

Office of Legal Services
1800 Ninth Street
Sacramento, CA 95814
916-654-2319

June 10, 2008

Tyrrall F. Cannon
CDCR #T-91710
Ironwood State Prison
P.O. Box 2199
Blyth, CA 92226

Dear Mr. Cannon:

The California Department of Mental Health is not charge with authority to address the attached items.

Sincerely,

Daniel Lapham
Legal Secretary



Chambers of
**RICHARD T. FIELDS**
Presiding Judge

4050 Main Street
Riverside, CA  92501

## Superior Court of California
County of Riverside

September 25, 2007

Tyrrall Farrow Cannon
CDCR # T-91710
P.O. Box 2199
Blythe, CA 92226

Dear Mr. Cannon:

I am in receipt of your letter dated August 6, 2007.  In your letter, you complain about prison conditions.  Please be advised that, as Presiding Judge, I do not supervise the operations of the prison system.  I would suggest you seek the legal representation of an attorney or a pro bono group to assist you.

Sincerely,

RICHARD T. FIELDS
Presiding Judge

RTF:js



Chambers of
**RICHARD T. FIELDS**
Presiding Judge

4075 Main Street, Suite 310
Riverside, CA 92501

# Superior Court of California
## County of Riverside

June 26, 2007

Tyrrall Farrow Cannon
CDCR# T-91710
P.O. Box 2199
Blythe, CA 92226

Dear Mr. Cannon:

I am in receipt of your letter dated June 21, 2007. In your letter, you complain about the actions of Justice Gaut.   As Presiding Judge of the Riverside Superior Court, I do not have any supervisory authority over Justice Gaut.   I note that you did send your complaint to the Court of Appeal also.  As you know, Justice Gaut is a justice of the California Court of Appeal.

This will conclude my review of this matter.  I am sorry that I am unable to assist further in this matter.

Sincerely,

RICHARD T. FIELDS
Presiding Judge

RTF:js

STATE OF CALIFORNIA—DEPARTMENT OF CORRECTIONS AND REHABILITATION                                    ARNOLD SCHWARZENEGGER, *GOVERNOR*

**OFFICE OF INTERNAL AFFAIRS**

Headquarters Office
10111 Old Placerville Road, Ste 200
Sacramento, CA 95827



January 18, 2007

Mr. Tyrrall Cannon
T-91710, D1-110L
P.O. Box 2199
Blythe, CA, 92226

Dear Mr. Cannon:

The California Department of Corrections (CDCR), Office of Internal Affairs (OIA) is in receipt of your correspondence which appears to be your notice of appeal to the United States Court of Appeals for the Ninth Circuit. I am at a lost as to why you have sent your court information to the OIA; therefore, we are returning your information back to you.

Sincerely,

WILLIAM WELLS
Special Agent
Office of Internal Affairs - Headquarters

**DEPARTMENT OF INSURANCE**
CONSUMER COMMUNICATIONS BUREAU
300 S. SPRING STREET, SOUTH TOWER
LOS ANGELES, CA 90013

June 12, 2008

Tyrrall Farrow Cannon
CDCR# T-91710 (ISP)
P.O. Box 2199 (D1-110L)
Blythe, CA  92226

RE: File# 6341103

Dear Mr. Cannon:

Thank you for contacting the California Department of Insurance (CDI).  We received your documents regarding your appeal.

The CDI does not have jurisdiction in the matters of your conviction, sentencing, incarceration, or appeal.  We are not able to assist you in your process.  We would recommend for you to discuss your matters with your attorney and submit your appeal to the appropriate court.

We are returning your submitted documents along with this letter.

If we can assist you in the future with an insurance problem, please contact us though the e-mail system or you may reach the Consumer Communications Bureau at 1-800-927-4357.

Sincerely,

Sean Liang
Associate Insurance Compliance Officer
California Department of Insurance
Consumer Communications Bureau
Phone: (866) 225-6865, Ext. 6864
FAX: (213) 897-5961
email: liangs@insurance.ca.gov

# HUMAN RESOURCES/RISK MANAGEMENT

COUNTY OF SAN BERNARDINO

222 West Hospitality Lane, Third Floor • San Bernardino, CA 92415-0016
Fax (909) 386-8711 – Workers' Compensation
Fax (909) 386-8670 – Liability
Fax (909) 386-8677 – Safety
Fax (909) 386-8948 – Administration

MARCEL TURNER
Director of Human Resources

**January 10, 2003**

Tyrrall Cannon
Bk# 0209342301
9500 Etiwanda Ave
Rancho Cucamonga, CA 91739

**Attention:  Tyrrall Cannon**

RE:   CLAIMANT: .................... Tyrrall Cannon
      DATE OF LOSS: ............ Not Provided
      AMOUNT OF CLAIM:...... Undetermined
      OUR FILE: ....................... 0190-94-01113-01-40

Notice is hereby given that the claim which you presented to the County of San Bernardino on December 7, 2002
is insufficient on one or more of the following grounds:

___  Claim lacks the name and address of the claimant;

___  Claim lacks the post office address to which the person presenting the claim desires notices to be
      sent;

**X**   Claim lacks date, place and other circumstances of the occurrence or transaction which gave rise
___  to claim against the County of San Bernardino; **(see "Reasons" below);**

___  Claim lacks general description of indebtedness, obligation, injury, damage or loss incurred so far
      as it may be known;

___  Claim lacks the name or names of the public employee or employees causing injury or damage;

___  Claim lacks amount of claim or whether jurisdiction rests with the Municipal or Superior Court.

**REASONS:**   Failure to indicate the date of the incident

This notice is being given pursuant to Government Code Section 910.8.  In accordance with said Section, the
County of San Bernardino is precluded from taking any action for a period of fifteen (15) days after such notice
is given.

Claimant is asked to amend the Claim so as to correct the insufficiencies noted above.

The amendment should be directed to the County of San Bernardino.

Richard Bonnevie, Liability Claims Representative II
RISK MANAGEMENT DIVISION
(909) 386-8634

INSUFF

Board of Supervisors

JOHN L. MICHAELSON                BILL POSTMUS ............... First District        DENNIS HANSBERGER ......... Third District
County Administrative Officer      JON D. MIKELS ............... Second District      FRED AGUIAR ................ Fourth District
                                                        JERRY EAVES ............... Fifth District

*Steve White, Inspector General*



### OFFICE OF THE INSPECTOR GENERAL

May 27, 2003

Tyrrall R. Cannon, T-91710
Wasco State Prison
PO Box 7700
Wasco, CA  93280

Dear Mr. Cannon:

Thank you for bringing your concerns to our attention.  This letter is simply to inform you that we received your letter postmarked May 7, 2003, and are reviewing the matter.  We will write to you as soon as possible to let you know when our review is completed.  Please be advised that if we have to conduct extensive research to address your concerns, our response may be delayed.  It is not necessary for you to respond to this letter.

Because of confidentiality laws, we may not be able to tell you the details of any inquiry that we may initiate, but you may be contacted for additional information.

Thank you for bringing this matter to our attention.

Very truly yours,

STEVE WHITE
Inspector General

By JOHN CHEN
Chief Deputy Inspector General

JC:ac:03-8248-1

*Matthew L. Cate, Inspector General*



*Office of the Inspector General*

April 11, 2007

Tyrall Cannon, T-91710
Ironwood State Prison
P. O. Box 2199
Blythe, CA 92226

Dear Mr. Cannon:

The Office of the Inspector General has received your correspondence.

After reviewing your correspondence, we determined that the issues you raise could be more
effectively addressed through a general approach rather than individually. Given the volume and
complexity of the complaints we receive, it is not possible for us to fully research and respond
separately to each complaint. Therefore, we attempt to focus our audit and investigative
resources on issues where the greatest needs exist. We believe that in this way we can provide
the greatest benefit to you and others who have been affected. If we conduct an audit or
investigation of the issues you raise, you may be contacted later.

The Office of the Inspector General considers this matter closed. Thank you for bringing your
concerns to our attention.

Sincerely,

DEMETRI DARTIS
Deputy Inspector General

DD:vh:07-0008246-01

*Arnold Schwarzenegger, Governor*



*Matthew L. Cate, Inspector General*

*Office of the Inspector General*

January 23, 2007

Tyrrall Cannon, T-91710
Ironwood State Prison
P.O. Box 2199
Blythe, CA 92226

Re:   Appellate Referral

Dear Mr. Cannon,

This is in response to your request for appellate representation.  The Inspector General does not provide legal representation.  The Inspector General is authorized to conduct audits of investigatory practices and other audits, and conduct investigations of the Department of Corrections and Rehabilitation. (Penal Code § 6126.)

It appears by the documents you provided that one of your contacts recently forwarded your complaint to the Assistant Attorney General in Washington D.C. with a request that they contact you concerning all actions taken to resolve your complaint.

No action will be taken by this agency. The documents you provided are returned to you with this letter.

Sincerely,

*Ann Bordenkircher*

Ann Bordenkircher
Legal Analyst

Enclosures

*Arnold Schwarzenegger, Governor*

## Declaration

1. My name is Craig Wimberly cdc# P.04999
2. Criminal Case# BA156752 County of Sentencing: Los
3. Angeles                      Sentencing Date: July 6, 1998
4. I declare that I have to life pursuant to the
5. 667 (b) thru(i) Three Strikes Law Penal Code. I am Poor
6. And a United States Citizen And by my undersigned
7. d I am unable to afford the cost of this civil
8. Right Complaint. And can not afford the cost of
9. An Attorney to help me in the civil, Human, And
10. Citizen Rights Violation Complaint Pursuant to
11. 42 USC 1983 for damages. Pursuant to 28USC1343
12. I declare that I am a Prisoner in Department
13. of Correction in the State of California under
14. the Custody of the Director and its Warden(s)
15. who is Responsible for the holding or arrest
16. after State Court Judges in the County above
17. passed upon me the illegal sentence of
18. 25 years to life or 25 to life.
19. I Craig Wimberly also declare that this im-
20. prisonment is an direct Result Prior negotiated
21. Plea bargain's agreements that incurred before
22. the new Amended 667 (b)thru(i) enactment in
23. the State of California and I declare that the
24. Priors that is being alleged as Strikes incurred
25. in the year of:
26. 1. Year: 1985   case# A756533   County: L.A.
        A972571
27. 2. Year: 1988   case# A962035   County: L.A.
28. I am convinced that I am without Remedy
29. concerning my Constitutional Rights involving
30. such issue's as 1.) Unduly Punishment. 2.) deprive-
31. d of life, liberty 3.) Cruel and unusual Punishment
32. 4.) Denial of Equal Protection of the law.-

        511
        111
        111                    pg 1 of 2.

1. 5) Denial of Due Process of Law 6.) Once or
2. twice in Jeopardy 7.) Obstruction of Justice.
3. 8.) Negligent by the State of California to Prevent
4. the violation of Constitutional Rights, Human,
5. and Civil. 9.) Reduce its United States Citizen
6. to Condition of Slavery. 10.) Sentenced to an
7. Death or Condemn to die. 11.) by way of
8. conspiracy to interfere with Constitutional Rights
9. the above information attaches to my case all or
10. in part "all Part of Slavery is attached" and will
11. be the issue(s) brought in this Civil, Human
12. Rights Complaint 42 USC 1983
13.                    Declaration
14.      I declare that by my undersigned that I
15. am served by this 42USC 1983, and that I have
16. agreed to allow Tyrall Farron Cannon to file
17. in Eastern Federal Court this Classaction
18. Suite for an redress of my Civil, Human, and
19. Constitutional and Federally Protected Rights
20. to not to be Placed in Condition of Peonage
21. by the State of California.
22.      I further declare that I have given the Right
23. to Tyrall E. Cannon to Release the above information
24. to the United States Federal Court to join me in an Civil
25. Classaction Suite against any and all State officials
26. Responsible for the Holding Declarant in Condition
27. of Slavery in California State Prison(s)
28. and Request assistance of Counsel Persuant to 42-
29. USC 1988
30. Under Penalty of Perjury the foregoing is true and correct
31.    Dated: 7-13-03          Craig Kimberly
32.                            Prisoner Declarant

      ///
      ///
      ///              — Pg. 2 —

*ORIGINAL*

*ORIGINAL*

## Declaration

My Name is; ERic D. RADfoRd

Prisoner # P-94598

Criminal Case #

County of Sentencing: SAN BERNARDiNo

Name of Court: SAN BERNARDiNo SuperioR couRt

Name of Sentencing Judge: LiNDA M. WiLDE

District Attorney Name: ~~OfficiAl~~ DAN DeTieNNe

Public Defender's Name(s): JuLiENe DUCESE

Date of Sentencing : 10·27·00    Term: 25 yrs. To LiFe

### Prior INformation.

Year; 1990    Case # NA 002674    County Los Angeles

Year; 1992    Case# SCR56285    County, SAN BERNARDiNo

### Employment

At the time of arrest: Yes / (NO).

While IN Prison on this Commitment (Yes)/ No.

Pay Rate $. 18cents  Monthly. Estimate Total. 13.87

### Marriage.

Marriage. yes /(No), "at time of arrest." No

Children(s) "age at the time of arrest" N/A

### Restitution.

or Fine's $ 200.00 / STAYED

Restitution $. 10,000

"Continue on Next
Page. 2

1

## Affidavit.

I Eric D. Radford P94598 declare that I am a Prisoner whom is being held or hold in Prison industory in the state of California and under the Three Strikes law, "Cal. Penal Code" 667 b - i amended by Proposition 184 (1994) called to vote.

I am suffering an life Sentence. I am a Poor, indigent born United States Citizen, at the Present Age 39 , Per. to 8 USCA8 1101 et Seq.

I declare that I am unable to afford the Cost of a attorney to bring this matter to the Proper authority of the Court Per. to 18 USCA8 2381- 2385, and 2386. Smith act among other alleged Civil, Human, Federal Constitutional Violations of both State and Federal laws, treaties, and international laws Pursuant to 18 USCA 371, 18 USCA8 1001, 18 USCA8 1031 et seq. 18 USCA8 1091 et seq. 28 USCA8 1331, 1350 et seq. 42 USCA 8 1971, 1973, et seq. 42 USCA8 1981.(2), 1985.(3) 1986, 1994 1997(e). Home land Security act 6 USC-A 8 101 et seq. State of California Government Code 1027.5.a.c., California Penal Code 37, 38, 181 et seq. 182 et seq. 186 et seq. 207, et seq. and for damages Pursuant to 28 USCA 8 1343. Per cost of the Court 42 USCA8 1988 attornies fee for vindication of the Constitu-

NAME; ERIC D. RADFORD
CDCR # P-94598        2.

Continue on next Page 3

tional Rights, and civil Rights.

I also acknowledge that this Three (3) Strikes imprisonment is an direct result of Plea negotiation in Prior Criminal Case that incurred before the amended State Statute Penal Code 667(a)(b). Plea Bargains Per. P.C. 1192.6(a) Proposition 8 (1982).

I am without remedy in this state Program in violation of Congressional acts of the United States (newly) Homeland Security act and that I am being held or hold to pay off an illegal debt by the taken clause 5th "USCA". 1st amendment Right to Grievance, 4th USCA denied Protected rights to illegal holding. 5th USCA denied eklupl Protection to make and enforce Contracts. 6th USCA denied right to adequate representation of Counsel, 8th USCA Cruel and/or unusual Punishment to be duly punished, by Sworn state official owing allegiance to the Constitution. 10th USCA Protection form all Foreign Power in the State of California, 11th USCA denied Sworn Judicial Protection from Foreign enemy within the administration of State law. 13th USCA denied Civil and Constitution right to be Free from Condition of Peonage, Slavery herein the State of California.

NAME ERIC D. RADFORD
CDCR# P-94598
3
Continue on next page. 4

14th USCA denied Liberties, immunities,
privilege, and to make and enforce Contracts
with the State of California.
    15th USCA denied and or deprived the
right to vote, in the election of President,
or vice President.
        I declare that by my undersigned
that I am saved by this Court Ninth Circuit
court of Appeals.        So order.

    That I have agreed and read the above
statement in this declaration/affidavit to
allow Prisoner Tyrrall Farrow Crawson) to
file with the above Court, this information,
and for demand of the Courts attention
for relief from this illegal hold based on
the United States ruling and decisions,
congressional act Prohibiting the ongoing
activities for Profit 18 USCA 1581, 18 USCA
1961, 1962. Slavery, Rico act, enter alia.
    I have given Tyrrall Farrow Crawson, the
right to release the information in this appli-
cation to the United States Court, for the appoint-
ment of Counsel, and or the joining in the
Case number # 08-55014, if so ordered
by the Court.
    The foregoing is true and correct Per. 28 USCA 1746.2
Dated: 7/28/68 2008,    Respectfully, Eric D. Radford P-94598
                        Delavant. COR2# P 94598

4.
End.                    ORIGINAL

ORIGINAL

ORIGINAL

## Declaration

1.
2. My name is: Michael J. Brown Sr.
3. Prisoner # D-02178
4. Criminal Case # FSB06591
5. County of Sentencing: San Bernardino
6. Name of Court: San Bernardino County Superior Court
7. Name of Sentencing Judge: Raymond C. Youngquist
8. District Attorney name: Cheryl Kersey
9. Public Defender's name(s): Andrew J. Haymal
10.
11. Date of Sentencing: 9-26-95   Term: 31 to life
12. Prior Information.
13. Year: 1984    Case # SCR 42180    County San Bernardino
14. Year: 1984    Case # SCR 72142    County San Bernardino
15.
16. Employment
17. At the time of arrest:    Yes / NO.
18. While IN Prison on this Commitment   Yes / NO.
19. Pay Rate $ .84   Monthly. Estimate Total $17.00
20.
21. Marriage.
22. Marriage   Yes / No, "at time of arrest" NO
23. Children(s) "age at the time of arrest" 4
24. Restitution.
25. or fine's $ 0
26. Restitution $ 5,000.00
27.
28.                                    Continue on Next
                                       Page. 2

1

## affidavit.

I Michael J. Brown declare that I am a Prisoner whom is being held or hold in Prison endustory in the state of California and under the Three Strikes law. "Cal. Penal Code." 667.5 - i amended by Proposition 184 (1994) called to vote.

I am suffering an life Sentence, I am a Poor, indigent born United States citizen, at the Present age 46, Per. to 8 USCA § 1101. et seo

I declare that I am unable to afford the Cost of a attorney to bring this matter to the Proper authority of the Court Per. to 18 USCA § 2381- 2385, and 3386 Smith act among other alleged Civil, Human, Federal Constitutional violations of both State and Federal laws, treaties, and international laws Pursuant to 18 USCA 371, 18 USCA § 1001, 18 USCA § 1031 et seo. 18 USCA § 1091 et seo. 28 USCA § 1331, 1350 et seo. 42 USCA § 1971, 1973, et seo. 42 USCA § 1981. (2), 1985. (3) 1986, 1994. 1997 (e). Home Land Security act 6 USC- A § 101 et seo. State of California Government Code 1027.5.2 c., California Penal Code. 37, 38, 181 et seo. 182 et seo. 186 et seo. 207, et seo. and for damages Pursuant to 28 USCA § 1343. for cost of the Court 42 USCA § 1988 attornies fee for vindication of the Consti-

Name: Michael J. Brown
CDCR # B-02178        2.

Continue on next Page. 3

tional Rights, and Civil Rights.

    I also acknowledge that this Three (3) Strikes imprisonment is an direct result of Plea Negotiation in Prior Criminal Case that incurred before the amended State Statute Penal Code 667 (a)(b). Plea Bargains Per. P.C. 1192.6.5(a) Proposition 8 (1982).

    I am without remedy in this State Program in violation of Congressional acts of the United States (newly) Homeland Security act and that I am being held or hold to pay off an illegal debt by the taken clause 5th "USCA" 1st amendment Right to Grievance, 4th USCA denied Protected rights to illegal holding. 5th USCA denied equal Protection to make and enforce Contracts. 6th USCA denied right to adequate representation of Counsel. 8th USCA Cruel and or unusual Punishment to be duly punished, by sworn state official owing allegiance to the Constitution. 10th USCA. Protection form all foreign Power in the State of California. 11th USCA denied Sworn Judicial Protection from foreign enemy within the administration of State law. 13th USCA. denied civil and Constitution right to be Free from condition of Peonage, Slavery herein the State of California.

Name Michael E Brown
CDCR # D-02178

3

Continue on next page. 4

14th USCA denied liberties, immunities,
privilege, and to make and enforce Contracts
with the State of California.

15th USCA. denied and/or deprived the
right to vote, in the election of President,
or vice President.

I declare that by my undersigned
that I am saved by this Court Ninth Circuit
court of Appeals . So order.

That I have agreed and read the above
Statement in this Declaration, affidavit to
allow Prisoner, Tyrall Farrow Cannion) to
file with the above Court, this information,
and for demand of the Court's attention
for relief from this illegal hold based on
the United States ruling and decisions,
Congressional act Prohibiting the ongoing
activities for Profit. 18 USCA 1581, 18 USCA
1961, 1962. Slavery, Rico act. enter alia.

I have given Tyrall Farrow Cannion, the
right to release the information in this appli-
cation to the United States Court, for the appoint
ment of Counsel, and or the joining in the
Case number # 08-55014 , if so ordered
by the Court.

The foregoing is true and correct Per. 28 USCA 17462

Dated: 07-29-182008,    Respectfully, Michael J. Brown Sr.
                        Delaware. CDP2 # B-02178

4.
END.

ORIGINAL

*June 26, 2008*

# Democrats reject a pair of parole board nominees

**By Shane Goldmacher**
*sgoldmacher@sacbee.com*

Senate Democrats blocked two appointees to the state's parole board and voted to confirm two others on Wednesday, continuing to battle with the Schwarzenegger administration over the shape of the prison panel.

Senate President Pro Tem Don Perata, D-Oakland, has complained that the board – heavily populated by ex-law enforcement officials – has a low rate of granting parole.

"There's something wrong with this system," Perata said at last week's hearing. The board granted parole to 129 prisoners out of 5,520 scheduled hearings in 2007. Nearly one-third of those hearings were postponed.

Already in 2008, the Senate Rules Committee has rejected four appointees to Board of Parole Hearings, whose members decide when, and if, California's life-term prisoners can be set free.

As Perata joined other Democrats to vote down the nominees, he acknowledged the job of a parole commissioner is "one of the hardest and most thankless" in the state.

Republican Gov. Arnold Schwarzenegger responded to the party-line vote by promptly naming two new members – each with law enforcement credentials – to the parole panel and urged the Senate to quickly confirm them.

The vote Wednesday came a week after a long hearing at which district attorneys touted the parole commissioners' record and defense attorneys urged their rejection.

The showdown had been expected since January, when Perata threatened to block law enforcement appointees to



**GOV. ARNOLD SCHWARZENEGGER**

He criticized the rejection of his appointees and quickly chose two replacements.

the board. He later backed away from that stance, insisting he "wasn't saying there is something fundamentally wrong with being in law enforcement," arguing instead, "There are other points of view that I think have legitimacy."

The two Perata-supported commissioners, Robert Doyle, a former Riverside County sheriff, and Sandra Bryson, a former reserve deputy in Alpine County, both hail from law enforcement. Their nominations now go before the full Senate.

One rejected appointee, Janice Eng, a former operations manager for a marketing firm, has no law enforcement background. The panel also rejected Edward Martinez, a former deputy sheriff in Stanislaus and Orange counties.

Five Schwarzenegger appointees with police credentials still await confirmation. The incoming Senate leader, Sacramento Democratic Sen. Darrell Steinberg, will likely chair those confirmation hearings. His office did not commit to any specific confirmation policy.

"Sen. Perata has dealt with this in a thoughtful way," said Steinberg spokesman Jim Evans. "When Sen. Steinberg takes over, he will do the same."

■ ■ ■

*Call Shane Goldmacher, Bee Capitol Bureau, (916) 326-5544.*

---

*June 28, 2008*

**Prison proposal fizzles**

SAN FRANCISCO – A proposed settlement seeking to reduce California's prison population collapsed Friday, setting the stage for a trial that could result in the court-ordered release of thousands of inmates.

A court-appointed referee told a panel of federal judges that the Schwarzenegger administration and attorneys for inmate-advocacy groups have been unable to agree on the optimum size of California's prison population or on ways to reduce crowding.

The referee had proposed reducing the population by 26,500 inmates by diverting many parole violators and inmates with relatively short sentences to county-run programs. The parties now will move toward a trial, set to begin Nov. 17.

– *From the Associated Press*

ORIGINAL

*Declaration*

1  
2  My Name is; Gordan Tripp
3  Prisoner # P 96325
4  Criminal Case # KA046349
5  County of Sentencing: Los Angeles
6  Name of Court: Pomona
7  Name of Sentencing Judge: Robert C. Gustaveson
8  District Attorney Name: Melissa Reinhold
9  Public Defender's Name(s): IRa Kwatcher

11  Date of Sentencing : 9-28-00    Term: 25 to Life
12  Prior Information.
13  Year; 78    Case # A522673    County Los Angeles
14  Year; 88    Case # A888244    County, Las Angeles

16  Employment
17  At the time of arrest: Yes / NO.
18  While IN Prison on this Commitment  yes / no.
19  Pay Rate $.    Monthly. Estimate Total

21  Marriage.
22  Marriage. yes / no, "at time of arrest" yes
23  Children(s) 'age at the time of arrest' young 10. olds 23
24  Restitution.
25  or fine's $    2
26  Restitution $    2000

28                    "Continue on Next
                       Page. 2

1

Affidavit.

1. I _____ declare that I am a Prisoner
2. whom is being held or hold in Prison endustry
3. in the State of California and under the Three
4. Strikes Law "Cal. Penal Code" 667 b-i amended
5. by Proposition 184 (1994) called to vote.
6. I am suffering an life Sentence, I am
7. a Poor, indigent born United States citizen,
8. at the Present age 50, Per. to 8USCA§1101.et
9. Sea.
10. I declare that I AM unable to afford
11. the Cost of a attorney to bring this matter
12. to the Proper authority of the Court Per. to
13. 18USCA§ 2381-2385, And §386 Smith act
14. among other alleged Civil, Human, Federal
15. Constitutional Violations of both State and
16. Federal laws, treaties, and international laws
17. Pursuant to 18 USCA 371. 18 USCA§ 1001,
18. 18USCA§ 1031 et Sea. 18 USCA§ 1091 et Sea.
19. 28 USCA§ 1331, 1350 et Sea. 42 USCA § 1971,
20. 1973, et Sea. 42 USCA§1981.(2), 1985.(3), 1986,
21. 1994. 1997(c). Home Land Security act 6USC-
22. A§ 101 et Sea. State of California Government
23. Code 1027.5, 2c., California Penal Code. 37,
24. 38, 181 et Sea, 182 et Sea. 186 et Sea, 207,
25. et Sea. And For damages Pursuant to 28 USCA
26. § 1343. For cost of the Court 42 USCA 1988
27. attornies fee for vindication of the Constitu-

NAME: Gordon Tripp
CDCR # P-96325    2.

Continue on next page. 3

1  tional Rights, and Civil Rights.

2

3    I also acknowledge that this Three (3) Strikes

4  imprisonment is an direct result of Plea Neg-

5  otiation in Prior Criminal Case that incurred

6  before the amended State Statute Penal Code

7  667 (a).(b). Plea Bargains Per. P.C. 1192.6)(a) Prop-

8  osition 8 (1982).

9    I am without remedy in this State Prog-

10  ram in violation of Congressional acts of the

11  United States (newly) Homeland Security act and

12  that I am being held or hold to pay off an

13  illegal debt by the taken clause 5th "USCA"

14  1st amendment Right to Grievance, 4th

15  USCA denied Protected rights to illegal hold-

16  ing. 5th USCA denied equal Protection to

17  make and enforce Contracts. 6th USCA denied

18  right to adequate representation of counsel.

19  8th USCA Cruel and/or unusual Punishment

20  to be duly punished, by sworn state

21  official owing allegiance to the Constitution.

22  10th USCA. Protection from all foreign Power

23  in the State of California. 11th USCA denied

24  Sworn Judicial Protection from foreign en-

25  emy within the administration of State law.

26  13th USCA, denied civil and Constitution

27  right to be free from condition of Peonage,

28  Slavery herein the State of California.

NAME Borden Tripp                    Continue on Next
CDCR# P96325            3            Page. 4

14th USCA denied liberties, immunities,
privilege, and to make and enforce contracts
with the State of California.

15th USCA denied and/or deprived the
right to vote, in the election of President,
or vice President.

I declare that by my undersigned
that I am saved by this Court Ninth Circuit
court of Appeals.     , So order.

That I have agreed and read the above
statement in this declaration/affidavit to
allow Prisoner, Tyrrell Farrow Conavon to
file with the above Court, this information,
and for demand of the Courts attention
for relief from this illegal hold based on
the United States ruling and decisions,
congressional act Prohibiting the ongoing
activities for Profit. 18 USCA 1581, 18 USCA8
1961, 1962. Slavery, Rico act. enter alia.

I have given Tyrrell Farrow Conavon, the
right to release the information in this applic-
ation to the United States Court, for the appoint-
ment of Counsel, and or the joining in the
case number # 08-55014.    , if so ordered
by the Court.

The foregoing is true and correct Per. 28 USCA 1746 2.

Dated:    2008,    Respectfully; Gordon Tripp

Delavan + CDI2 # Gordon Tripp

4.
End.

ORIGINAL    P 96325

ORIGINAL

**ORIGINAL**

## Declaration

1. 
2. My NAME is; Rodney W. Henderson
3. Prisoner # K:58552
4. Criminal Case # YA029718
5. County of Sentencing: Los Angeles
6. Name of Court: Southwest Judicial District
7. Name of Sentencing Judge: Stephen E. O'Neil
8. District Attorney name: Tracy Waxman
9. Public Defender's Name(s): Alan Belfand Torelli
10. 
11. Date of Sentencing: June 23, 1997   Term: 40 to Life
12. ### Prior Information.
13. year; 1987       Case # A792.805     County Los Angeles
14. year; 1993       Case # BA075843    County, Los Angeles
15. 
16. ### Employment
17. At the time of arrest:   Yes / (NO)
18. While IN Prison on this Commitment (Yes) / NO.
19. Pay Rate $ .12¢       Monthly. Estimate Total $ 17.47
20. 
21. ### Marriage.
22. Marriage.  Yes / (NO), "at time of arrest." NO
23. Children(s) "age at the time of arrest" 2½, 5, 9
24. ### Restitution.
25. or fine's $.
26. Restitution $ 200.00
27. 
28. 

"Continue on Next Page. 2

1

# affidavit

I Rodney, Henderson declare that I am a Prisoner whom is being held or hold in Prison industry in the state of California and under the Three Strikes law, "Cal. Penal Code" 667.5 - i amended by Proposition 184 (1994) called to vote. I am suffering an life Sentence, I am a Poor, indigent born United States citizen, at the Present age 42, Per. to 8USCA8 1101.et Seq

I declare that I am unable to afford the cost of a attorney to bring this matter to the Proper authority of the Court Per. to 18 USCA8 2381 - 2385, AND 2386 Smith act among other alleged Civil, Human, Federal Constitutional Violations of both State and Federal laws, treaties, and international laws Pursuant to 18 USCA 371, 18 USCA 8 1001, 18USCA8 1031 et Seq. 18 USCA 8 1091 et Seq. 28 USCA8 1331, 1350 et Seq. 42 USCA 8 1971, 1973, et seq. 42 USCA8 1981. (2), 1985. (3), 1986, 1994. 1997(e). Home Land Security Act 6 USC. A8 101 et Seq. State of California Government Code 1027.5.7C., California Penal Code. 37, 38, 181 et seq, 182 et seq. 186 et seq. 207, et seq and for damages Pursuant to 28 USCA 8 1343. For cost of the Court 42 USCA8 1988 Attornies fee for vindication of the Constitu-

NAME; Rodney Henderson
CDCR# K-58552       2.

Continue on next Page. 3

1  tional Rights, and civil Rights.

2

3      I also acknowledge that this Three (3) Strikes
4  imprisonment is an direct result of Plea neg-
5  otiation in Prior Criminal Case that incurred
6  before the amended State Statute Penal Code
7  667 (a)(b). Plea Bargains Per P.C. 1192.6)(7) Prop-
8  osition 8 (1982),.

9      I am without remedy in this State Prog-
10  ram in violation of Congressional acts of the
11  United States (newsly) Homeland Security act and
12  that I am being held or hold to pay off an
13  illegal debt by the token clause 5th "USCA"
14  1st amendment Right to Grievance, 4th
15  USCA denied Protected rights to illegal hold-
16  ing. 5th USCA denied equal Protection to
17  make and enforce Contracts. 6th USCA denied
18  right to adequate representation of Counsel.
19  8th USCA Cruel and or unusual Punishment
20  to be duly punished, by sworn state
21  official owing allegiance to the Constitution.
22  10th USCA. Protection form all Foreign Power
23  in the State of California, 11th USCA denied
24  Sworn Judicial Protection from Foreign En-
25  emy within the administration of State Law.
26  13th USCA denied civil and Constitution
27  right to be Free from condition of Peonage,
28  Slavery herein the State of California.

Name Rodney Henderson
CDCR # K-58552

3

Continue on next page. 4

1  14th USCA denied liberties, immunities,
2  privilege, and to make and enforce Contracts
3  with the State of California.
4      15th USCA. denied and or deprived the
5  right to vote, in the election of President,
6  or vice President.
7      I declare that by my undersigned
8  that I am saved by this Court Ninth Circuit
9  court of appeals    , So order,

11     That I have agreed and read the above
12  Statement in this Declaration / affidavit to
13  allow Prisoner, Tyrrall Farrow Cannon to
14  file with the Above Court, this information,
15  and for demand of the Courts attention
16  for relief from this illegal hold based on
17  the United States ruling and decisions,
18  Congressional act Prohibiting the ongoing
19  activities for Profit. 18 USCA 1581, 18 USCA S
20  1961, 1962 Slavery, Rico act. enter alia.
21     I have given Tyrrall Farrow Cannon, the
22  right to release the information in this applic-
23  ation to the United States Court, for the appoint-
24  ment of Counsel, and or the joining in the
25  Case number # 08-55014.   , if so ordered
26  by the Court.
27  The foregoing is true and correct Per. 28 USCA 1746.2
28  Dated: 7.06.2008,    Respectfully, Rodney Henderson
                          Delaware H. C.D.R. # K-58552

4.
End.

**ORIGINAL**

ORIGINAL

## Declaration

My Name is; Frank Garcia Cardenas

Prisoner # D-35907

Criminal Case # FCHO2428

County of Sentencing: San Bernardino, California

Name of Court: San Bernardino County Municipal Court

Name of Sentencing Judge: HON. Fred L. Heene

District Attorney Name: J. Powell & Dennis L. Stout

Public Defender's Name(s): M.J. dela Pena

Date of Sentencing : 9-29-97   Term: 25 Years to life

### Prior Information.

Year; 7/30/1986   Case #SCR44026   County San Bernardino

Year; 3/7/92   Case #RCR21071   County San Bernardino

### Employment

at the time of arrest:   (Yes) / NO.

While IN Prison on this Commitment   Yes /(No)

Pay Rate $.8.50   Monthly. Estimate Total.

### Marriage.

Marriage  (Yes)/ No.  "at time of arrest" Yes

Children(s)  "age at the time of arrest" 12/10/14

### Restitution.

or Fine's $.10,000

Restitution $.10,000

"Continue on Next Page. 2

1

Affidavit.

1  I Frank Cardenas   declare that I am a Prisoner
2  whom is being held or hold in Prison industory
3  in the state of California and under the Three
4  Strikes law "Cal. Penal Code" 667 b - i amended
5  by Proposition 184 (1994) called to vote.
6  I am suffering an life Sentence, I am
7  a Poor, indigent born United States citizen,
8  at the Present Age 49 , Per. to 8USCA81101.et
9  Seo
10  I declare that I am unable to afford
11  the Cost of a attorney to bring this matter
12  to the Proper authority of the Court Per. to
13  18USCA8 2381-2385, AND 2386 Smith act
14  among other alleged Civil, Human, Federal
15  Constitutional violations of both State and
16  Federal laws, treaties, and international laws
17  Pursuant to 18 USCA 371, 18 USCA8 1001,
18  18USCA8 1031 etseo 18 USCA8 1091 et seo.
19  28USCA8 1331, 1350 etseo. 42USCA8 1971,
20  1973, etseo 42USCA81981.(2), 1985.(3), 1986,
21  1994  1997(e). Home Land Security act 6USC-
22  A8 101 etseo. State of California Government
23  Code 1027.5.2C, California Penal Code.37,
24  38, 181 etseo, 182 etseo. 186 etseo 207,
25  etseo And for damages Pursuant to 28USCA
26  8 1343. For Cost of the Court 42USCA8 1988
27  attornies fee for vindication of the Constitu-

NAME: Frank Cardenas
CDCR # D-35907    2.

Continue on next page. 3

tional Rights, and Civil Rights.

I also acknowledge that this Three (3) Strikes imprisonment is an direct result of Plea negotiation in Prior Criminal Case that incurred before the amended State Statute Penal Code 667 (a)(b). Plea Bargains Per P.C. 1192.5)(d) Proposition 8 (1982).

I am without remedy in this state Program in violation of Congressional acts of the United States (newly) Homeland Security act and that I am being held or hold to pay off an illegal debt by the token clause 5th "USCA" 1st Amendment Right to Grievance, 4th USCA denied Protected rights to illegal holding. 5th USCA denied equal Protection to make and enforce Contracts. 6th USCA denied right to adequate representation of Counsel. 8th USCA Cruel and/or unusual Punishment to be duly punished, by sworn state official owing allegiance to the Constitution. 10th USCA Protection form all Foreign Power in the State of California. 11th USCA denied Sworn Judicial Protection from Foreign Enemy within the administration of State Law. 13th USCA, denied civil and Constitution right to be Free from condition of Peonage, Slavery herein the State of California.

Name Frank Cardenas
CDCR # D-35907                3                Continue on next
                                              page. 4

1  14th USCA denied Liberties, immunities,
2  privilege, and to make and enforce contracts
3  with the State of California.
4      15th USCA denied and/or deprived the
5  right to vote, in the election of President,
6  or Vice President.
7          I declare that by my undersigned
8  that I am saved by this Court Ninth Circuit
9  court of appeals      , so order,
10
11      That I have agreed and read the above
12  statement in this declaration, affidavit to
13  allow Prisoner, Tyrrall Farrow Cannon to
14  file with the above Court, this information,
15  and for demand of the Courts attention
16  for relief from this illegal hold based on
17  the United States rulings and decisions,
18  congressional act Prohibiting the ongoing
19  activities for Profit. 18 USCA 1581, 18 USCA 8
20  1961, 1962. Slavery, Rico act. enter alia.
21      I have given Tyrrall Farrow Cannon, the
22  right to release the information in this applic-
23  ation to the United States Court, for the appoint-
24  ment of Counsel, and or the joining in the
25  Case Number # 08-55014.  , if so ordered
26  by the Court.
27      The foregoing is true and correct Per. 28 USCA 1746.2.
28  Dated: 7/22/2008,      Respectfully, Frank Cardenas
                          Delavant. CDR2# D-35902

                    4.
                  END.          ORIGINAL

ORIGINAL

*Declaration*

My Name is; KHANH - CAO

Prisoner # K-87774

Criminal Case # BA 138766

County of Sentencing: Los Angeles

Name of Court: Criminal Court Building

Name of Sentencing Judge: CHARLES E. HORAN

District Attorney name: Daniel,

Public Defender's Name(s): CATHERINE LOMBARDO

Date of Sentencing :     1, 1998     Term: 25 yrs 4 months

*Prior Information.*

year; 1989     Case # A892594     County Los Angeles

year;          Case #          County,

*Employment*

At the time of arrest: Yes / NO?

While IN Prison on this Commitment (Yes) / NO.

Pay Rate $ 24.00 Monthly. Estimate Total

*Marriage.*

Marriage. Yes / (NO), "at time of arrest." NO

Childern(s) "age at the time of arrest" NA

*Restitution, $1,000*

or fine's $ 1,000

Restitution $ 1,000

"Continue on Next
Page. 2

1

Affidavit.

1.

2. I KHANH - CAO declare that I am a Prisoner

3. whom is being held or hold in Prison industory

4. in the state of California and under the Three

5. Strikes law "Cal. Penal Code" 667.5 - i amended

6. by Proposition 184 (1994) called to vote.

7. I am suffering an life Sentence, I am

8. a Poor, indigent born United States citizen,

9. at the Present age 38 , Per. to 8USCA81101.et

10. Seo

11. I declare that I am unable to afford

12. the Cost of a attorney to bring this matter

13. to the Proper authority of the Court Per. to

14. 18USCA8 2381- 2385 AND 2386 Smith act

15. among other alleged Civil, Human, Federal

16. Constitutional violations of both State and

17. Federal laws, treaties, and international laws

18. Pursuant to 18 USCA 371, 18 USCA8 1001,

19. 18USCA8 1031 et seo. 18USCA8 1091 et seo.

20. 28USCA8 1331, 1350 et seo. 42 USCA 8 1971,

21. 1973, et seo. 42 USCA81981.(2), 1985.(3), 1986,

22. 1994 1997(e). Homeland Security act 6 USC.

23. A8 101 et seo. State of California Government

24. Code 1027.5.2c, California Penal Code. 37,

25. 38, 181 et seo 182 et seo. 186 et seo 207,

26. et seo. And for damages Pursuant to 28 USCA

27. 8 1343. For Cost of the Court 42USCA8 1988

28. attornies fee for vindication of the Consti-

NAME; KHANH - CAO

CDCR # K87774     2.

Continue on next Page. 3

1  tional Rights, and civil Rights.

3     I also acknowledge that this Three (3) strikes
4  imprisonment is an direct result of Plea neg-
5  otiation in Prior criminal Case that incurred
6  before the amended State Statute Penal Code
7  667 (a)(b). Plea Bargains Per. P.C. 1192(c)(d) Prop-
8  osition 8 (1982).

9     I am without remedy in this State Prog-
10  ram in violation of Congressional acts of the
11  United States (newly) Homeland Security act and
12  that I am being held or hold to pay off an
13  illegal debt by the taken clause 5th "USCA"
14  1st amendment Right to Grievance, 4th
15  USCA denied Protected rights to illegal hold-
16  ing. 5th USCA denied equal Protection to
17  make and enforce Contracts. 6th USCA denied
18  right to adequate representation of Counsel.
19  8th USCA Cruel and/or unusual Punishment
20  to be duly punished, by Sworn State
21  official owing allegiance to the Constitution.
22  10th USCA. Protection form all foreign Power
23  in the State of California. 11th USCA denied
24  Sworn Judicial Protection from foreign en-
25  emy within the administration of State law.
26  13th USCA, denied civil and Constitution
27  right to be Free from condition of Peonage,
28  Slavery herein the State of California.

NAME Kamit-Cao
CDCR # K87714                    3                    Continue on next
                                                      page. 4

14th USCA denied liberties, immunities,
privilege, and to make and enforce contracts
with the State of California.

15th USCA denied and/or deprived the
right to vote, in the election of President,
or vice President.

I declare that by my undersigned
that I am saved by this Court Ninth Circuit
court of Appeals       So order.

That I have agreed and read the above
statement in this declaration / affidavit to
allow Prisoner, Tyrrall Farrow Cannon to
file with the above Court this information,
and for demand of the Courts attention
for relief from this illegal hold based on
the United States ruling and decisions,
Congressional act Prohibiting the ongoing
activities for Profit. 18 USCA 1581, 18 USCA
1961, 1962 Slavery, Rico act. enter alia.

I have given Tyrrall Farrow Cannon, the
right to release the information in this applica-
tion to the United States Court, for the appoint-
ment of Counsel, and or the joining in the
case number # 08-55014, if so ordered
by the Court.

The foregoing is true and correct Per 28 USCA 1746 2.

Dated: 7/22 2008,     Respectfully,

Delavant. CDI2 # K87774

4.
END.

ORIGINAL

ORIGINAL

# Declaration

1  
2  My Name is; ROBERT L. FOSTER  
3  Prisoner # K76908  
4  Criminal Case # RIF-085673  
5  County of Sentencing: RIVERSIDE  
6  Name of Court: SUPERIOR COURT  
7  Name of Sentencing Judge: W. CHARLES MORGAN  
8  District Attorney Name: ROBERT HARTON  
9  Public Defender's Name(s): BERNARD SCHWARTZ  
10  
11  Date of Sentencing: 4-21-2000   Term: 45 YRS. - LIFE  
12                          Prior Information.  
13  Year; 12-1-97   Case # FVA08076   County SAN BERNARDINO  
14  Year; 11-30-70   Case # CR-8449   County, RIVERSIDE  
15  
16                          Employment  
17  At the time of arrest: (YES) / NO.  
18  While IN Prison on this Commitment (YES) / NO.  
19  Pay Rate $. 0   Monthly. Estimate Total.  
20  
21                          Marriage.  
22  Marriage (YES) / NO, "at time of arrest" YES  
23  Childern(s) age at the time of arrest' 39-38-25  
24                          Restitution.  
25  or fine's $  
26  Restitution $. 1000 00 / $400 00  
27  
28                                  Continue on Next Page. 2

1

Affidavit.

I, ROBERT L. FOSTER declare that I am a Prisoner whom is being held or hold in Prism endustory in the state of California and under the Three Strikes law "Cal. Penal Code" 667 5 - i amended by Proposition 184 (1994) called to vote.

I am suffering an life sentence, I am a Poor, indigent born United States citizen, at the Present age 58 , Per. to 8USCA§ 1101 et Seo

I declare that I am unable to afford the Cost of a attorney to bring this matter to the Proper authority of the Court Per. to 18 USCA§ 2381- 2385, And 2386 Smith Act among other alleged Civil, Humon, Federal Constitutional violations of both State and Federal laws, treaties, and international laws Pursuant to 18 USCA 371, 18 USCA§ 1001, 18 USCA§ 1031 et seo 18 USCA§ 1091 et seo. 28 USCA§ 1331, 1350 et seo. 42 USCA § 1971, 1973, et seo. 42 USCA § 1981. (2), 1985. (3), 1986, 1991. 1997(c). Homeland Security Act 6 USC- A§ 101 et seo. State of California Government Code 1027.5. 2.C., California Penal Code. 37, 38, 181 et seo. 182 et seo. 186 et seo 207, et seo. And for damages Pursuant to 28 USCA § 1343. For Cost of the Court. 42 USCA§ 1988 attornies fee for vindication of the Constitu-

NAME: Robert Foster

CDCR # K76908      2.

Continue on next Page. 3

1  tional Rights, and civil Rights.

3  I also acknowledge that this Three (3) Strikes
4  imprisonment is an direct result of Plea neg-
5  otiation in Prior Criminal Case that incurred
6  before the amended State Statute Penal Code
7  667 (a)(b). Plea Bargains. Per P.C. 1192.6 (a) Prop-
8  osition 8 (1982).

9  I am without remedy in this State Prog-
10  ram in violation of Congressional acts of the
11  United States (newly) Homeland Security act and
12  that I am being held or hold to pay off an
13  illegal debt by the token clause 5th "USCA"
14  1st amendment Right to Grievance, 4th
15  USCA denied Protected rights to illegal hold-
16  ing. 5th USCA denied equal Protection to
17  make and enforce Contract. 6th USCA denied
18  right to Adequate representation of Counsel.
19  8th USCA Cruel and/or unusual Punishment
20  to be duly punished, by sworn State
21  official owing allegiance to the Constitution.
22  10th USCA Protection form all Foreign Power
23  in the State of California, 11th USCA denied
24  Sworn Judicial Protection from foreign en-
25  emy within the administration of State law.
26  13th USCA, denied civil and Constitution
27  right to be free from condition of Peonage,
28  Slavery herein the State of California.

NAME  Robert Jost
CDCR #  K76908        3

Continue on next
page. 4

1  14th USCA denied liberties immunities,
2  privilege, and to make and enforce contracts
3  with the State of California.
4      15th USCA denied and or deprived the
5  right to vote, in the election of President,
6  or vice President.
7      I declare that by my undersigned
8  that I am saved by this Court Ninth Circuit
9  Court of Appeals   , So order.

11      That I have agreed and read the above
12  statement in this declaration, affidavit to
13  allow Prisoner, Tyrrall Farrow Cannon to
14  file with the above Court, this information,
15  and for demand of the Court's attention
16  for relief from this illegal hold based on
17  the United States ruling and decisions,
18  congressional act Prohibiting the ongoing
19  activities for Profit 18 USCA 1581, 18 USCA
20  1961, 1962 Slavery, Rico act, enter alia.
21      I have given Tyrrall Farrow Cannon, the
22  right to release the information in this applic-
23  ation to the United States Court, for the appoint-
24  ment of Counsel, and or the joining in the
25  Case number # 08-55014, if so ordered
26  by the Court.
27  The foregoing is true and correct Per. 28 USCA 1746 2
28  Dated: 7-22-2008,    Respectfully; Robert Foster
        Delarowt. CDP 2 # K76908

4.
END.

ORIGINAL

**ORIGINAL**

*Declaration*

1
2  *My name is: MR. PAUL STANFiELD*
3  *Prisoner # P-42314*
4  *Criminal Case # BA172595-01*
5  *County of Sentencing: LOS ANGELES*
6  *Name of Court: CRIMINAL COURT BUliDiNG*
7  *Name of Sentencing Judge: HONORable Frederick N. Wapner*
8  *District Attorney name: MS. LiSA FOX*
9  *Public Defender's name(s): MR. Frederick BRENNAN*
10  *STATE BAR NO. 128678*
11  *Date of Sentencing: 5-24-99    Term: 25 TO LIFE*
12  *Prior information.*
13  *Year: 9-13-93    Case # BA078794 county LOS ANGELES*
14  *Year:           Case #           County.*
15
16  *Employment*
17  *At the time of arrest:    Yes / (NO)*
18  *While IN Prison on this Commitment  (Yes) / NO.*
19  *Pay Rate $.13    Monthly. Estimate Total. 19.50*
20
21  *Marriage.*
22  *Marriage    Yes / (NO), "at time of arrest."*
23  *Children(s) "age at the time of arrest"         1*
24  *Restitution.*
25  *or fine's $.*
26  *Restitution $. 200.00*
27
28                              *Continue on Next*
                                *Page. 2*

1

## Affidavit.

I MR. PAUL STANFIELD declare that I am a Prisoner whom is being held or hold in Prison industry in the state of California and under the Three Strikes Law "Cal. Penal Code" 667 b - i amended by Proposition 184 (1994) called to vote.

I am suffering an life sentence, I am a Poor, indigent born United States Citizen, at the Present age 37 , Per. to 8 USCA § 1101. et Seo

I declare that I am unable to afford the cost of a attorney to bring this matter to the proper authority of the court Per. to 18 USCA § 2381- 2385, and 2386 Smith act among other alleged civil, Human, Federal Constitutional violations of both State and Federal laws, treaties, and international laws Pursuant to 18 USCA 371, 18 USCA § 1001, 18 USCA § 1031 et seo. 18 USCA § 1091 et seo. 28 USCA § 1331, 1350 et seo. 42 USCA § 1971, 1973, et seo. 42 USCA § 1981. (2), 1985. (3), 1986, 1994, 1997 (c). Home land Security act 6 USC- A § 101 et seo. State of California Government Code 1027.5. 2 C., California Penal Code. 37, 38, 181 et seo. 182 et seo. 186 et seo. 207, et seo. and for damages Pursuant to 28 USCA § 1343. for cost of the court 42 USCA § 1988 attornies fee for vindication of the Constitu-

NAME: PAUL STANFIELD
CDCR # P 42314      2.

continue on next Page : 3

1  tional Rights, and Civil Rights.

3  I also acknowledge that this Three (3) Strikes
4  imprisonment is an direct result of Plea neg-
5  otiation in Prior Criminal Case that incurred
6  before the amended State Statute Penal Code
7  667 (a).(b). Plea Bargains Per. P.C. 1192 6)(a) Prop-
8  osition 8 (1982).

9  I am without remedy in this State Prog-
10 ram in violation of Congressional acts of the
11 United States (newly) Homeland Security act. and
12 that I am being held or hold to pay off an
13 illegal debt by the tokens clause 5th "USCA"
14 1st amendment Right to Grievance, 4th
15 USCA denied Protected rights to illegal hold-
16 ing. 5th USCA denied equal Protection to
17 make and enforce Contract. 6th USCA denied
18 right to adequate representation of Counsel.
19 8th USCA cruel and or unusual Punishment
20 to be duly punished, by Sworn State
21 official owing allegiance to the Constitution.
22 10th USCA Protection form all foreign Power
23 in the State of California, 11th USCA denied
24 Sworn Judicial Protection from foreign En-
25 emy within the administration of State law.
26 13th USCA, denied civil and Constitution
27 right to be free from condition of Peonage,
28 Slavery herein the State of California.

Name: PAUL STANFIELD
CDCR # P-92314
3

Continue on next
page. 4

1. 14th USCA denied liberties, immunities,
2. privilege, and to make and enforce contracts
3. with the State of California.
4.   15th USCA denied and/or deprived the
5. right to vote, in the election of President,
6. /or Vice President.
7.   I declare that by my undersigned
8. that I am saved by this Court Ninth Circuit
9. court of Appeals      , So order,
10.
11.   That I have agreed, and read, the above
12. statement in this Declaration/Affidavit to
13. allow Prisoner, Tyrrall Farrow Cannon to
14. file with the above Court, this information,
15. and for demand of the Court's attention
16. for relief from this illegal hold based on
17. the United States ruling and decisions,
18. Congressional act Prohibiting the ongoing
19. activities for Profit. 18 USCA 1581, 18 USCA
20. 1961, 1962 Slavery, Rico act. enter alia.
21.   I have given Tyrrall Farrow Cannon, the
22. right to release the information in this applic-
23. ation to the United States Court, for the appoint
24. ment of Counsel, and or the joining in the
25. Case Number # 08-55014. , if so ordered
26. by the Court.
27. The foregoing is true and correct Per. 28 USCA 1746 2.
28. Dated: 7-18 2008,      Respectfully, Mr. Paul Stanfield
Defendant. cdcr # P-42314

4.
END.

**ORIGINAL**

**ORIGINAL**

## Declaration

My Name is; TRACY EVANS

Prisoner # K-16557

Criminal Case # BA104404 & BA112724

County of Sentencing: LOS ANGELES

Name of Court: SUPERIOR COURT, CRIMINAL COURT BUILDING

Name of Sentencing Judge: RALPH W. DAU.

District Attorney Name: JESSICA GOULDEN

Public Defender's Name(s): VICTOR HWANG

Date of Sentencing : JUNE 27, 1996   Term: 83 TO LIFE

### Prior Information.

Year; 1975        Case # A318862      County LOS ANGELES

Year; 1988        Case # A958163, A736802, County, LOS ANGELES

### Employment

At the time of arrest:   Yes / NO. DISABILITY

While IN Prison on this Commitment  Yes / NO.

Pay Rate $.12      Monthly. Estimate Total.

### Marriage.

Marriage  Yes / (No) . "at time of arrest."

Children(s) "age at the time of arrest" 12

### Restitution.

or fine's $

Restitution $. 600

Continue on Next
Page. 2

1

Affidavit.

I TRACY EVANS declare that I am a Prisoner whom is being held or hold in Prison industary in the state of California and under the Three Strikes Laws "Cal. Penal Code." 667 b-i amended by Proposition 184 (1994) called to vote.

I am suffering an life Sentence, I am a Poor, indigent born United States citizen, at the Present age 51, Per. to 8 USCA § 1101 et Seo

I declare that I am unable to afford the cost of a attorney to bring this matter to the Proper authority of the Court Per. to 18 USCA § 2381-2385, and 2386 Smith Act among other alleged Civil, Human, Federal Constitutional violations of both State and Federal laws, treaties, and international laws Pursuant to 18 USCA 371. 18 USCA § 1001, 18 USCA § 1031 et seo 18 USCA § 1091 et seo. 28 USCA § 1331, 1350 et seo. 42 USCA § 1971, 1973, et seo. 42 USCA § 1981.(2), 1985.(3), 1986, 1994, 1997(e). Home Land Security Act 6 USC- A § 101 et seo. State of California Government Code 1027.5. a C., California Penal Code. 37, 38, 181 et seo. 182 et seo. 186 et seo 207, et seo. And for damages Pursuant to 28 USCA § 1343. for cost of the Court. 42 USCA § 1988 Attornies fee for vindication of the Constitu-

NAME: Tracy Evans
CDCR # K-16557    2.

Continue on next Page. 3

1. tional Rights, and Civil Rights.

2. 

3. I also acknowledge that this Three (3) Strikes
4. imprisonment is an direct result of Plea Neg-
5. otiation in Prior Criminal Case that incurred
6. before the amended State Statute Penal Code
7. 667 (a)(b). Plea Bargains Per. P.C. 1192.6)(a) Prop-
8. osition 8 (1982),

9. I am without remedy in this State Prog-
10. ram in violation of Congressional act of the
11. United States (newly) Homeland Security act and
12. that I am being held or hold to pay off an
13. illegal debt by the taken clause 5th "USCA"
14. 1st amendment Right to Grievance, 4th
15. USCA denied Protected right to illegal hold-
16. ing. 5th USCA denied equal Protection to
17. make and enforce Contract. 6th USCA denied
18. right to adequate representation of Counsel.
19. 8th USCA Cruel and or unusual Punishment
20. to be duly punished, by Sworn State
21. official owing allegiance to the Constitution.
22. 10th USCA, Protection from all Foreign Power
23. in the State of California, 11th USCA denied
24. Sworn Judicial Protection from foreign en-
25. emy within the administration of State law.
26. 13th USCA, denied Civil and Constitution
27. right to be Free from Condition of Peonage,
28. Slavery herein the State of California.

NAME: Tony Evans
CDCR# K46557

3

Continue on next
page. 4

1  14th USCA denied liberties, immunities,
2  privilege, and to make and enforce Contracts
3  with the State of California.
4      15th USCA denied and or deprived the
5  right to vote, in the election of President,
6  or vice President.
7      I declare that by my undersigned
8  that I am saved by this Court Ninth Circuit
9  court of appeals  , So order,

11     That I have agreed and read the above
12  statement in this declaration/affidavit to
13  allow Prisoner, Tyrrall Farrow Common to
14  file with the above Court, this information,
15  and for demand of the Courts attention
16  for relief from this illegal hold based on
17  the United States ruling and decisions,
18  Congressional act Prohibiting the ongoing
19  activities for Profit. 18 USCA 1581, 18 USCA
20  1961, 1962, Slavery, Rico act. enter alia.
21     I have given Tyrrall Farrow Common, the
22  right to release the information in this applic-
23  ation to the United States Court, for the appoint
24  ment of Counsel, and or the joining in the
25  Case Number # 08-55014. , if so ordered
26  by the Court.
27     The foregoing is true and correct Per. 28 USCA 1746.2
28  Dated: 7, 2008,    Respectfully, ___ El jain
                                    Declarant-CDP2 # K-16557

4.
END.

**ORIGINAL**

**ORIGINAL**

## Declaration

1 

2 My name is; BYRON L. Wattree

3 Prisoner # J-03697

4 Criminal Case # FJA-012742

5 County of Sentencing: San Bernardino County

6 Name of Court: Fontana

7 Name of Sentencing Judge: Blackwell

8 District Attorney name: Dennis L. Stout

9 Public Defender's name(s): J. Gass

10 

11 Date of Sentencing: 11-29-01   Term: 25 to Life

12                     Prior Information

13 Year; 1993      Case # RCR 19529 County San Bernardino

14 Year; 1988      Case# RCR 14785 County San Bernardino

15 

16                     Employment

17 At the time of arrest: (Yes) / No.

18 While In Prison on this Commitment (Yes) / No.

19 Pay Rate $. 55.00 — Monthly. Estimate Total

20 

21                     Marriage

22 Marriage. (Yes) / No, "at time of arrest."

23 Children(s) age at the time of arrest' 12, 11, 9, 6

24                     Restitution

25 or fine's $ 1000.00

26 Restitution $ 1200.00

27 

28                              "Continue on Next
                                  Page. 2

1

_affidavit._

1   

2  I Byron Wattree declare that I am a prisoner

3  whom is being held or hold in prison industory

4  in the state of California and under the Three

5  Strikes law "Cal. Penal Code." 667 b - i amended

6  by Proposition 184 (1994) called to vote.

7  I am suffering an life sentence. I am

8  a poor, indigent born United States citizen,

9  at the present age 40, Per. to 8USCA8 1101. et

10  seq.

11  I declare that I am unable to afford

12  the cost of a attorney to bring this matter

13  to the proper authority of the court Per. to

14  18 USCA8 2381- 2385, and 2386 Smith act

15  among other alleged civil, human, Federal

16  Constitutional violations of both State and

17  Federal laws, treaties, and international laws

18  Pursuant to 18 USCA 371, 18 USCA8 1001,

19  18 USCA8 1031 et seq. 18 USCA8 1091 et seq.

20  28 USCA8 1331, 1350 et seq. 42 USCA 8 1971,

21  1973, et seq. 42 USCA8 1981.(2), 1985.(3), 1986,

22  1994. 1997(c). Homeland Security act 6 USC-

23  A8 101 et seq. State of California Government

24  Code 1027.5.a.c., California Penal Code. 37,

25  38, 181 et seq. 182 et seq. 186 et seq. 207,

26  et seq. and for damages Pursuant to 28 USCA

27  8 1343. For cost of the court 42 USCA8 1988

28  attorneies fee for vindication of the Constitu-

NAME: Byron Wattree

CDCR# J-03647   2.

Continue on next page. 3

tional Rights, and civil Rights.

I also acknowledge that this Three () Strikes imprisonment is an direct result of Plea negotiation in Prior Criminal Case that incurred before the amended State Statute Penal Code 667 (a)(b). Plea Bargains Per. P.C. 1192.6)(a) Proposition 8 (1982).

I am without remedy in this state Program in violation of Congressional acts of the United State's (newly) Homeland Security act and that I am being held or hold to pay off an illegal debt by the token clause 5th "USCA" 1st amendment Right to Grievance, 4th USCA denied Protected rights to illegal holding. 5th USCA denied equal Protection to make and enforce Contracts 6th USCA denied right to adequate representation of Counsel, 8th USCA Cruel and or unusual Punishment to be duly punished, by Sworn state official owing allegiance to the Constitution. 10th USCA Protection from all foreign Power in the State of California, 11th USCA denied Sworn Judicial Protection from foreign Enemy within the administration of State law. 13th USCA, denied civil and Constitution right to be Free from condition of Peonage, Slavery herein the State of California.

NAME: BYRON Wattree
CDCR # J-02697

3

continue on next page. 4

1  14th USCA denied liberties, immunities,
2  privilege, and to make and enforce Contracts
3  with the State of California.
4     15th USCA. denied and/or deprived the
5  right to vote, in the election of President,
6  or vice President.
7        I declare that by my undersigned
8  that I am saved by this Court Ninth Circuit
9  court of appeals.   So order,
10
11     That I have agreed, and read the above
12  statement in this declaration, affidavit to
13  allow Prisoner, Tyrrall Farrow Cannon) to
14  file with the above Court, this information,
15  and for demand of the Courts attention
16  for relief from this illegal hold based on
17  the United States ruling and decisions,
18  Congressional act Prohibiting the ongoing
19  activities for Profit. 18 USCA 1581, 18 USCA
20  1961, 1962. Slavery, Rico act. enter alia.
21       I have given Tyrrall Farrow Cannon, the
22  right to release the information in this applic-
23  ation to the United States Court, for the appoint-
24  ment of Counsel, and or the joining in the
25  case Number # 08-55014, , if so ordered
26  by the Court.
27      The foregoing is true and correct Per. 28 USCA 1746.2
28  Dated: 7-15 2008,   Respectfully; Byron W.D.Tee
                              Declarant. CDP2# J-03697

4.
End.                          **ORIGINAL**

**ORIGINAL**

## Declaration

1. My Name is: RODGERICK WATTREE
2. Prisoner #   T-52575
3. Criminal Case #   FCH 04000
4. County of Sentencing: SAN BERNARDINO CA
5. Name of Court: Department 4&5 RANCHO CUCAMONGA CA
6. Name of Sentencing Judge: INGRID A. UHLER
7. District Attorney name: DENNIS L. STOUT
8. Public Defender's Name(s): DAVID GOLDSTEIN

9. Date of Sentencing: 4-10-02   Term: 25 TO Life

### Prior Information

Year; 9-11-86   Case # A538248 County LA
Year; 12-13-91   Case# KA011007 County LA

### Employment

At the time of arrest:   (yes) / No.
While IN Prison on this Commitment   yes / No.
Pay Rate $. 11¢   Monthly. Estimate Total $13.00

### Marriage

Marriage.   yes /(no),  "at time of arrest."
Children(s) "age at the time of arrest"   18

### Restitution

or fine's $   NONE
Restitution $   1,000

"Continue on Next
Page. 2

1

affidavit.

1    I, Rodgerick Wattree declare that I am a Prisoner
2    whom is being held or hold in Prison industory
3    in the state of California and under the Three
4    Strikes law "Cal. Penal Code" 667 b - i amended
5    by Proposition 184 (1994) called to vote.
6    I am suffering an life Sentence. I am
7    a Poor, indigent born United States citizen,
8    of the Present age 42 , Per. to 8USCA811O1.et
9    seq.
10    I declare that I am unable to afford
11    the Cost of a attorney to bring this matter
12    to the Proper authority of the Court Per. to
13    18 USCA8 2381- 2385, and 2386 Smith act
14    among other alleged Civil, Human, Federal
15    Constitutional violations of both State and
16    Federal laws, treaties, and international laws
17    Pursuant to 18 USCA 371, 18 USCA8 1001,
18    18USCA8 1031 et seq 18 USCA8 1091 et seq.
19    28USCA8 1331, 1350 et seq. 42USCA 8 1971,
20    1973, et seq. 42USCA81981.(2), 1985.(3), 1986,
21    1994, 1997(e). Homeland Security act 6 USC-
22    A8 101 et seq. State of California Government
23    Code 1027.5, 2c., California Penal Code. 37,
24    38, 181 et seq 182 et seq. 186 et seq 207,
25    et seq and for damages Pursuant to 28USCA
26    8 1343. For cost of the Court 42USCA8 1988
27    attorneys fee for vindication of the Consti-

NAME: RODGERICK WATTREE
CDCR # T52575    2.

continue on next page: 3

1  tional Rights, and civil Rights.

2

3    I also acknowledge that this Three () Strikes
4  imprisonment is an direct result of Plea nego-
5  tiation in Prior Criminal Case that incurred
6  before the amended State Statute Penal Code
7  667 (a)(b). Plea Bargains Per. P.C. 1192.6 (d) Prop-
8  osition 8 (1982).

9    I am without remedy in this State Prog-
10  ram in violation of Congressional acts of the
11  United States (newly) Homeland Security act and
12  that I am being held or hold to pay off an
13  illegal debt by the tokens clause 5th "USCA"
14  1st amendment Right to Grievance, 4th
15  USCA denied Protected rights to illegal hold-
16  ing. 5th USCA denied equal Protection to
17  make and enforce Contract. 6th USCA denied
18  right to adequate representation of Counsel.
19  8th USCA Cruel and/or unusual Punishment
20  to be duly punished, by sworn state
21  official owing allegiance to the Constitution.
22  10th USCA, Protection form all Foreign Power
23  in the State of California, 11th USCA denied
24  Sworn Judicial Protection from Foreign En-
25  emy within the administration of State law.
26  13th USCA, denied civil and Constitution
27  right to be Free from condition of Peonage,
28  Slavery herein the State of California.

NAME: RODGERICK WATTREE          Continue on next
CDCR# I52575          3          Page. 4

1  14th USCA denied liberties, immunities,
2  privilege, and to make and enforce Contracts
3  with the State of California.
4     15th USCA. denied and/or deprived the
5  right to vote, in the election of President,
6  or vice President.
7        I declare that by my undersigned
8  that I am saved by this Court Ninth circuit
9  court of appeals .    So order,

11     That I have agreed, and read the above
12  statement in this declaration/affidant to
13  allow Prisoner, Tyrrall Farrow Common to
14  file with the above Court, this information,
15  and for demand of the Courts attention
16  for relief from this illegal hold based on
17  the United States ruling and decisions,
18  congressional act Prohibiting the ongoing
19  activities for Profit 18 USCA 1581, 18 USCA
20  1961, 1962. Slavery, Rico act. enter alia.
21     I have given Tyrrall Farrow Common, the
22  right to release the information in this applic-
23  ation to the United States Court, for the appoint-
24  ment of Counsel, and or the joining in the
25  Case Number # 08-55014   , if so ordered
26  by the Court.
27     The foregoing is true and correct Per 28 USCA 1746.2.
28  Dated: 7-19 2008,    Respecthfully; Watt≈., Rodgeh.

                          Delavant. CDr2 # T-55715

                    4.d.
                    END.                    **ORIGINAL**

ORIGINAL

ORIGINAL

Declaration

My Name is; GREGORY DAVENPORT

Prisoner # E-15302

Criminal Case # YA042932-01 & 02

County of Sentencing: Los Angeles

Name of Court: Torrance Superior

Name of Sentencing Judge: Mark S. ARNOLD

District Attorney Name: Steve Bells

Public Defender's Name(s): N/a but Private

Attorney Robert Bernstein

Date of Sentencing: 8-11-70 Term: Life

Prior Information.

Year; 3-28-89 Case # A651150 county Los Angeles

Year; 5-13-93 Case # YA014884 county Los Angeles

Employment

At the time of arrest: (Yes) / No.

While IN Prison on this Commitment (Yes) / No.

Pay Rate $.12    Monthly. Estimate Total.

Marriage.

Marriage. yes / (No) "at time of arrest."

Children(s) "age at the time of arrest"

Restitution.

or fine's $ 5,000.00

Restitution $ 200.00

"Continue on Next
Page. 2

1

Affidavit.

I, Gregory Davenport declare that I am a Prisoner whom is being held or hold in Prison industry in the state of California and under the Three Strikes law, "Cal. Penal Code" 667 b - i amended by Proposition 184 (1994) called to vote.

I am suffering an life sentence. I am a poor, indigent born United States citizen, at the Present age 38. Per. to 8 USCA § 1101. et seo

I declare that I am unable to afford the Cost of a attorney to bring this matter to the proper authority of the Court Per. to 18 USCA § 2381- 2385, and 2386 Smith act among other alleged Civil, Human, Federal Constitutional violations of both State and Federal laws, treaties, and international laws Pursuant to 18 USCA 371, 18 USCA § 1001, 18 USCA § 1031 et seo 18 USCA § 1091 et seo. 28 USCA § 1331, 1350 et seo. 42 USCA § 1971, 1973, et seo. 42 USCA § 1981.(2), 1985.(3), 1986, 1994, 1997(e). Home Land Security act 6 USC A § 101 et seo. State of California Government Code 1027.5, 2c., California Penal Code. 37, 38, 181 et seo 182 et seo. 186 et seo 207, et seo and for damages Pursuant to 28 USCA § 1343. for cost of the Court 42 USCA § 1988. Attorneys fee for vindication of the Constitu-

NAME: Gregory Davenport
CDCR # E-15302        2.

continue on next page 3.

1  tional Rights, and civil Rights.

3    I also acknowledge that this Three (3) Strikes
4  imprisonment is an direct result of Plea neg-
5  otiation in Prior Criminal Case that incurred
6  before the amended State Statute Penal Code
7  667 (a)(b). Plea Bargains Per. P.C. 1192.6)(a) Prop-
8  osition 8 (1982).

9    I am without remedy in this State Prog-
10  ram in violation of Congressional acts of the
11  United States (newly) Homeland Security act and
12  that I am being held or hold to pay off an
13  illegal debt by the taken clause 5th "USCA"
14  1st amendment Right to Grievance, 4th
15  USCA denied Protected rights to illegal hold-
16  ing. 5th USCA denied equal Protection to
17  make and enforce Contracts. 6th USCA denied
18  right to adequate representation of Counsel.
19  8th USCA Cruel and/or unusual Punishment
20  to be duly punished, by sworn State
21  official owing allegiance to the Constitution.
22  10th USCA. Protection from all Foreign Power
23  in the State of California. 11th USCA. denied
24  Sworn Judicial Protection from foreign En-
25  emy within the administration of State law.
26  13th USCA, denied civil and Constitution
27  right to be free from condition of Peonage.
28  Slavery herein the State of California.

Name <u>Glenda Davenport</u>                Continue on next
CDCR # E-15.862            3                Page. 4

1  14th USCA denied liberties immunities,
2  privilege, and to make and enforce Contracts
3  with the State of California.
4      15th USCA denied and/or deprived the
5  right to vote, in the election of President,
6  or vice President.
7          I declare that by my undersigned
8  that I am saved by this Court Ninth Circuit
9  court of appeals.      So order,
10
11      That I have agreed and read the above
12  statement in this declaration/affidavit to
13  allow Prisoner, Tyrrall Farrow Conwon) to
14  file with the above Court, this information,
15  and for demand of the Courts attention
16  for relief from this illegal hold based on
17  the United States ruling and decisions,
18  Congressional act Prohibiting the ongoing
19  activities for Profit  18 USCA 1581, 18 USCAS
20  1961, 1962 Slavery, Rico act, enter alia.
21      I have given Tyrrall Farrow Conwon, the
22  right to release the information in this applic-
23  ation to the United States Court, for the appoint-
24  ment of Counsel, and or the joining in the
25  Case number # 08-55014.    , if so ordered
26  by the Court.
27      The foregoing is true and correct Per. 28 USCA 1746.2
28  Dated: 7/8/ 2008,    Respectfully, Gregory Durenger
                        Declarant: CDC# E1-1580C

                    4.
                  End.              ORIGINAL

**ORIGINAL**

<center>Declaration</center>

My Name is; ALvin L. BRADBURy

Prisoner # J20889

Criminal Case # BA155772

County of Sentencing: Los Angeles

Name of Court: CCB

Name of Sentencing Judge: William Pounder

District Attorney Name: Jason Lustig

Public Defender's Name(s): Phillis Brown-Scarlett

Date of Sentencing : 12-18-98  Term: 25years/life

<center>Prior Information</center>

year; 4-27-83 Case # 4943-81 county KinG NY

year; 4-20-94 Case # BA041554 county, Los Angeles

<center>Employment</center>

At the time of arrest: (Yes) / NO.

While IN Prison on this Commitment (Yes) / NO.

Pay Rate $.6.50.00 Monthly. Estimate Total

<center>Marriage.</center>

Marriage. (Yes) / No, "at time of arrest." Yes

Children(s) "age at the time of arrest" Teenagers

<center>Restitution.</center>

or fine's $

Restitution $. 5000

"Continue on Next
Page. 2

1

Affidavit.

I, Alvin Bradbury declare that I am a Prisoner whom is being held or hold in Prison industary in the State of California and under the Three Strikes Laws "Cal. Penal Code" 667 b - i amended by Proposition 184 (1994) called to vote.

I am suffering an life Sentence, I am a Poor, indigent born United States citizen, at the Present age 50 , Per. to 8USCA§1101.et Seo.

I declare that I am unable to afford the Cost of A attorney to bring this matter to the Proper authority of the Court Per. to 18 USCA§ 2381- 2385, and §386 Smith act among other alleged Civil, Human, Federal Constitional violations of both State and Federal laws, treaties, and international laws Pursuant to 18 USCA 371, 18 USCA§ 1001, 18USCA§ 1031 et seo. 18 USCA§ 1091 et seo. 28 USCA§ 1331, 1350 etseo. 42USCA§ 1971, 1973, etseo. 42USCA§1981.(Q), 1985.(3) 1986, 1994. 1997(C). Home Land Security act 6USC-A § 101 etseo. State of California Government Code 1027.5.2C., California Penal Code. 37, 38. 181 etseo, 182 et seo. 186 etseo 207, etseo. and for damages Pursuant to 28 USCA § 1343. for cost of the Court 42USCA§ 1988 attornies fee for vindication of the Constitu-

Name: Alvin Bradbury
CDCR# 520887        2.

continue on next Page. 3

1  tional Rights, and Civil Rights.

3      I also acknowledge that this three () Strikes
4  imprisonment is an direct result of Plea Neg-
5  otiation in Prior Criminal Case that incurred
6  before the amended State Statute Penal Code
7  667 (a)(b). Plea Bargains Per. P.C. 1192.6 (c). Prop-
8  osition 8 (1982).

9      I am without remedy in this State Prog-
10  ram in violation of Congressional acts of the
11  United States (newly) Homeland Security act and
12  that I am being held or hold to pay off an
13  illegal debt by the token clause 5th "USCA".
14  1st amendment Right to Grievance, 4th
15  USCA denied Protected right to illegal hold-
16  ing. 5th USCA denied equal Protection to
17  make and enforce Contract. 6th USCA denied
18  right to adequate representation of Counsel.
19  8th USCA Cruel and or unusual Punishment
20  to be duly punished, by sworn state
21  official owing allegiance to the Constitution.
22  10th USCA. Protection form all Foreign Power
23  in the State of California. 11th USCA denied
24  Sworn Judicial Protection from Foreign En-
25  emy within the administration of State Law.
26  13th USCA, denied Civil and Constitution
27  right to be Free from condition of Peonage,
28  Slavery herein the State of California.

NAME Alvin Brodkiny
CDCR # J20889      3

Continue on next page. 4

1  14th USCA denied liberties, immunities,
2  privilege, and to make and enforce Contracts
3  with the State of California.
4     15th USCA denied and/or deprived the
5  right to vote, in the election of President,
6  or vice President.
7        I declare that by my undersigned
8  that I am saved by this Court Ninth Circuit
9  Court of appeals      , So order,
10
11       That I have agreed, and read, the above
12  statement in this declaration/affidavit to
13  allow Prisoner, Tyrrall Farrow, Cannon to
14  file with the above Court, this information,
15  and for demand of the Courts attention
16  for relief from this illegal hold based on
17  the United States ruling and decisions,
18  congressional act Prohibiting the ongoing
19  activities for Profit. 18 USCA 1581, 18 USCAS
20  1961, 1962 Slavery, Rico act, enter alia.
21       I have given Tyrrall Farrow Cannon, the
22  right to release the information in this applic-
23  ation to the United States Court, for the appoint
24  ment of Counsel, and or the joining in the
25  case number # 08-55014    , if so ordered
26  by the Court.
27       The foregoing is true and correct Per 28 USCA 1746 2.
28  Dated: 7/24/2008,    Respectfully; Al...  Broadbury
                              Delavant. CDP2 # J20880

4.
END.

**ORIGINAL**

**ORIGINAL**

1   *Declaration*

2   <u>My name is: Keith JAMERSON</u>

3   <u>Prisoner # P61081</u>

4   <u>Criminal Case # TA101478</u>

5   <u>County of Sentencing: LOS ANGELES</u>

6   <u>Name of Court: Superior Court</u>

7   <u>Name of Sentencing Judge: JACK MORGAN (deceased)</u>

8   <u>District Attorney Name: Ann PARKS</u>

9   <u>Public Defender's Name(s): G. MARIE Johnson   (Alternate</u>

10  <u>Public Defender)</u>

11  <u>Date of Sentencing : November 10, 1999 Term: 25 years to life</u>

12                  *Prior Information.*

13  <u>year: 09-06-89   Case # TA008921   County Los Angeles</u>

14  <u>year: 04-15-92   Case # TA015321   County Los Angeles</u>

15

16              *Employment*

17  <u>At the time of arrest:   (Yes) / NO</u>

18  <u>While IN Prison on this Commitment   (Yes) / NO</u>

19  <u>Pay Rate $.65¢   Monthly. Estimate Total $0.00</u>

20

21            *Marriage.*

22  <u>Marriage   Yes (No)   "at time of arrest."</u>

23  <u>Children(5) "age at the time of arrest" 4 years young</u>

24            *Restitution*

25  <u>or Fine's $. 5,000.00</u>

26  <u>Restitution $. 5,000.00</u>

27

28                        "Continue on Next Page. 2

*1*

affidavit.

1  I Keith Jamerson declare that I am a prisoner

2  whom is being held or hold in Prison industry

3  in the state of California and under the Three

4  Strikes law "Cal. Penal Code" 667.5 - i amended

5  by Proposition 184 (1994) called to vote.

6  I am suffering an life sentence. I am

7  a Poor, indigent born United States citizen,

8  at the Present age 44, Per. to 8 USCA § 1101. et

9  seq

10  I declare that I am unable to afford

11  the Cost of a attorney to bring this matter

12  to the Proper authority of the Court Per. to

13  18 USCA § 2381 - 2385, and 2386 Smith act

14  among other alleged Civil, Human, Federal

15  Constitutional violations of both State and

16  Federal laws, treaties, and international laws

17  Pursuant to 18 USCA 371, 18 USCA § 1001,

18  18 USCA § 1031 et seq. 18 USCA § 1091 et seq.

19  28 USCA § 1331, 1350 et seq. 42 USCA § 1971,

20  1973, et seq. 42 USCA § 1981. (Q), 1985. (3). 1986

21  1994. 1997 (e). Home land Security act 6 U.S.

22  CA § 101 et seq. State of California Government

23  Code 1027.5, 7 C., California Penal Code. 37,

24  38, 181 et seq. 182 et seq. 186 et seq. 207,

25  et seq. And for damages Pursuant to 28 USCA

26  § 1343. for cost of the Court 42 USCA 1988

27  attornies fee for vindication of the Consti-

NAME: Keith JAMERSON

CDCR # P61081        2.

Continue on next Page. 3

1  tional Rights, and civil Rights.

3    I also acknowledge that this Three () Strikes
4  imprissonment is an direct result of Plea nego-
5  tiation in Prior Criminal Case that incurred
6  before the amended State Statute Penal Code
7  667(a)(b). Plea Bargains Per P.C. 1192 6)(a) Prop-
8  osition 8 (1982).
9    I am without remedy in this State Prog-
10  ram in violation of Congressional acts of the
11  United States (newsly) Homeland Security act and
12  that I am being held or hold to pay off an
13  illegal debt by the token; clause 5th "USCA"
14  1st amendment Right to Grievance, 4th
15  USCA denied Protected rights to illegal hold-
16  ing. 5th USCA denied equal Protection to
17  make and enforce Contracts. 6th USCA denied
18  right to adequate representation of Counsel.
19  8th USCA Cruel and or unusual Punishment
20  to be duly punished, by Sworn State
21  official owing allegiance to the Constitution.
22  10th USCA. Protection form all Foreign Power
23  in the State of California, 11th USCA denied
24  Sworn Judicial Protection from Foreign En-
25  emy within the administration of State law.
26  13th USCA denied civil and Constitution
27  right to be Free from condition of Peonage,
28  Slavery herein the State of California.

NAME Keith Jamerson                    Continue on next
CDCR # P61051              3              page. 4

1  14th USCA denied liberties, immunities,
2  privilege, and to make and enforce Contracts
3  with the State of California.
4  15th USCA. denied and or deprived the
5  right to vote, in the election of President,
6  for vice President.
7        I declare that by my undersigned
8  that I am saved by this Court ninth circuit
9  court of appeals        So order,

11       That I have agreed, and read the above
12  statement in this Declaration/affidavit to
13  allow Prisoner, Tyrrall Farrow Cannon) to
14  file with the above Court this information,
15  and for demand of the Courts attention
16  for relief from this illegal hold based on
17  the United States ruling and decisions,
18  Congressional act Prohibiting the ongoing
19  activities for Profit. 18 USCA 1581, 18 USCA 8
20  1961, 1962 Slavery, Rico act. enter alia.
21       I have given Tyrrall Farrow Cannon, the
22  right to release the information in this applic-
23  ation to the United States Court, for the appoint
24  ment of Counsel, and or the joining in the
25  case number # 08-55014.    , if so ordered
26  by the Court.
27       The foregoing is true and correct Per. 28 USCA 1746.2.
28  Dated: 7/20/2008,    Respectfully; Keith Jamerson
                          Delarpant. CDP2# A61081

4.
END.

**ORIGINAL**

## Declaration

My Name is; FREDDIE F. WORTHAM

Prisoner # P-82065

Criminal Case # 137640

County of Sentencing: COUNTY OF ALAMEDA

Name of Court: SUPERIOR COURT OF CALIFORNIA

Name of Sentencing Judge: KENNETH R. KINGSBURY

District Attorney Name: JILL KLINGE

Public Defender's Name(s): PHIL ADAMS, APD

Date of Sentencing : MAY 26, 2000    Term: 40 YEARS TO LIFE

### Prior Information.

Year; 1987        Case # 90078        County ALAMEDA

Year; 1983        Case # 76923        County, ALAMEDA

### Employment

At the time of arrest:        Yes / NO .

While IN Prison on this Commitment        YES / NO.

Pay Rate $ 13¢        Monthly. Estimate Total 19.50

### Marriage.

Marriage    Yes / NO,  "at time of arrest."

Childern(s)  "Age at the time of arrest"    1.4/3

### Restitution.

or Fine's $

Restitution $ 1,000.

Continue on Next
Page. 2

1

Affidavit.

I FREDDIE F. NORTHAM declare that I am a Prisoner whom is being held or hold in Prison endustory in the state of California and under the Three Strikes Law "Cal. Penal Code" 667 b - i amended by Proposition 184 (1994) called to vote.

I am suffering an life Sentence. I am a Poor, indigent born United States Citizen, at the Present age 50, Per. to 8USCA8 1101. et seo

I declare that I am unable to afford the Cost of a attorney to bring this matter to the Proper authority of the Court Per. to 18 USCA8 2381-2385. and 0386 Smith act among other alleged Civil, Human, Federal Constitutional violations of both State and Federal laws, treaties, and international laws Pursuant to 18 USCA 371, 18 USCA8 1001, 18 USCA8 1031 et seo. 18 USCA8 1091 et seo. 28 USCA8 1331, 1350 et seo. 42 USCA 8 1971, 1973, et seo. 42 USCA8 1981.(2), 1985.(3), 1986, 1994, 1997(c). Home Land Security act 6 USC. A 8 101 et seo. State of California Government Code 1027.5, AC, California Penal Code. 37, 38, 181 et seo. 182 et seo. 186 et seo 207, et seo. and for damages Pursuant to 28 USCA 8 1343. For cost of the Court 42 USCA8 1988 Attornies fee For vindication of the Consti-

Continue on next page. 3

1  tional Rights, and Civil Rights.

2

3      I also acknowledge that this Three () Strikes

4  emprisonment is an direct result of Plea neg-

5  otiation in Prior Criminal Case that incurred

6  before the amended State Statute Penal Code

7  667 (a)(b). Plea Bargains Pec. P.C. 1192 (5)(7) Prop-

8  osition 8 (1982).

9          I am without remedy in this state Prog-

10  ram in violation of Congressional acts of the

11  United States (newly) Homeland Security act and

12  that I am being held or hold to pay off an

13  illegal debt by the taken clause 5th "USCA"

14  1st amendment Right to Grievance, 4th

15  USCA denied Protected rights to illegal hold-

16  ing. 5th USCA denied equal Protection to

17  make and enforce Contract  6th USCA denied

18  right to adequate representation of Counsel.

19  8th USCA Cruel and or unusual Punishment

20  to be duly punished, by sworn state

21  official owing allegiance to the Constitution.

22  10th USCA. Protection form all Foreign Power

23  in the State of California. 11th USCA denied

24  Sworn Judicial Protection from Foreign En-

25  emy within the administration of State Law.

26  13th USCA, denied civil and Constitution

27  right to be Free from condition of Peonage,

28  Slavery herein the State of California.

Name FREDDIE B. WORTHAM                    Continue on Next
CDCR # P-88065                    page. 4
                          3

1. 14th USCA denied liberties immunities,
2. privilege, and to make and enforce contracts
3. with the State of California.
4.    15th USCA. denied and/or deprived the
5. right to vote, in the election of President,
6. or vice President.
7.        I declare that by my undersigned
8. that I am saved by this Court Ninth Circuit
9. court of Appeals.   So order,

11.    That I have agreed, and read the above
12. statement in this declaration/affidavit to
13. allow Prisoner, Tyrall Farrow (marion) to
14. file with the above Court, this information,
15. and for demand of the Courts attention
16. for relief from this illegal hold based on
17. the United States ruling and decisions,
18. congressional act Prohibiting the ongoing
19. activities for Profit 18 USCA 1581, 18 USCA8
20. 1961, 1962. Slavery, Rico act. enter alia.
21.    I have given Tyrall Farrow (marion), the
22. right to release the information in this applic-
23. ation to the United States Court, for the appoint
24. ment of Counsel, and or the joining in the
25. case number # 08-55014.   if so ordered
26. by the Court.
27.    The foregoing is true and correct Per. 28 USCA 1746.2
28. Dated:7-20, 2008,    Respectfully; Freddie F. Latham
                                    Delavan F. CDF2 #P-83065

4.
END.

**ORIGINAL**

**ORIGINAL**

*Declaration*

1

2  My name is; Lamont James

3  Prisoner # E-66320

4  Criminal Case # ICR-24394

5  County of Sentencing: Riverside

6  name of Court:    Indio Superior

7  name of Sentencing Judge: Hon. Graham A. Cribbs.

8  District Attorney name: Rosalind Miller (Deputy)

9  Public Defender's name(s): Ralph Bashan (Deputy)

10

11  Date of Sentencing : Nov. 21, 1996   Term: 30 yrs.-to-life

12                    Prior Information.

13  year; 1992    Case # ICR-15889 County Riverside

14  year; 1992    Case # ICR-15889  County, Riverside

15

16              Employment

17  at the time of arrest:  (Yes) / NO.

18  While in Prison on this Commitment (Yes) / NO.

19  Pay Rate $.65 ¢   Monthly. Estimate Total. $76⁰⁰

20

21              Marriage.

22  Marriage  Yes / (No), "at time of arrest" no

23  Children(s) "age at the time of arrest" 3 years

24              Restitution.

25  or fine's $

26  Restitution $ 1,500 All told:

27  1) ICR-24394 $1,000 paid

28  2) ICR-15889 $ 500 paying    "Continue on next
                                            Page. 2

1

Affidavit.

1   I Lamont James declare that I am a Prisoner
2   whom is being held or hold in Prison industory
3   in the state of California and under the Three
4   Strikes law "Cal. Penal Code" 667 b - i amended
5   by Proposition 184 (1994) called to vote.
6       I am suffering an life Sentence, I am
7   a Poor, indigient born United States Citizen,
8   at the Present age 42, Per. to 8 USCA § 1101 et
9   Seq.
10      I declare that I am unable to afford
11  the Cost of a attorney to bring this matter
12  to the Proper authority of the Court Per. to
13  18 USCA § 2381 - 2385, And 0386 Smith act
14  among other alleged Civil, Human, Federal
15  Constitutional violations of both State and
16  Federal laws, treaties, and international laws
17  Pursuant to 18 USCA 371, 18 USCA § 1001,
18  18 USCA § 1031 et seq  18 USCA § 1091 et seq.
19  28 USCA § 1331, 1350 et seq. 42 USCA § 1971,
20  1973, et seq. 42 USCA § 1981.(2), 1985.(3) 1986,
21  1994, 1997(e). Home Land Security Act 6 USC-
22  A § 101 et seq.  State of California Government
23  Code 1027.5, 2 C., California Penal Code. 37,
24  38, 181 et seq 182 et seq. 186 et seq 207,
25  et seq. And for damages Pursuant to 28 USCA
26  § 1343. For cost of the Court 42 USCA § 1988
27  Attorneys fee for vindication of the Consti-
28

Name: Lamont James
CDCR # E-66320            2.

Continue on next page. 3

tional Rights, and Civil Rights.

I also acknowledge that this Three (3) Strikes imprisonment is an direct result of Plea negotiation in Prior Criminal Case that incurred before the amended State Statute Penal Code 667 (a)(b). Plea Bargains Pec. P.C. 1192.65(a) Proposition 8 (1982).

I am without remedy in this state Program in violation of Congressional acts of the United States (newly) Homeland Security act and that I am being held or hold to pay off an illegal debt by the takens clause 5th "USCA" 1st Amendment Right to Grievance, 4th USCA denied Protected rights to illegal holding. 5th USCA denied equal Protection to make and enforce Contract. 6th USCA denied right to adequate representation of Counsel. 8th USCA Cruel and/or unusual Punishment to be duly punished, by sworn State official owing allegiance to the Constitution. 10th USCA. Protection from all Foreign Power in the State of California, 11th USCA denied Sworn Judicial Protection from Foreign enemy within the administration of State law. 13th USCA, denied Civil and Constitution right to be Free from Condition of Peonage, Slavery herein the State of California.

NAME: Lamont James
CDCR # E-06320                3

Continue on next page. 4

1  14th USCA denied liberties, immunities,
2  privilege, and to make and enforce Contracts
3  with the State of California.
4     15th USCA. denied and/or deprived the
5  right to vote, in the election of President,
6  or vice President.
7     I declare that by my undersigned
8  that I am saved by this Court Ninth Circuit
9  court of Appeals    , So order,
10 _____
11    That I have agreed, and read the above
12 statement in this declaration/affidavit to
13 allow Prisoner, Tyrall Farrow Connor) to
14 file with the Above Court, this information,
15 and for demand of the Court's attention
16 for relief from this illegal hold based on
17 the United States ruling and decisions,
18 congressional act Prohibiting the ongoing
19 activities for Profit. 18 USCA 1581, 18 USCA 8
20 1961, 1962. Slavery, Rico act. enter alia.
21    I have given Tyrall Farrow Connor, the
22 right to release the information in this applic-
23 ation to the United States Court, for the appoint
24 ment of Counsel, and or the joining in the
25 case number # 08-55014. , if so ordered
26 by the Court.
27    The foregoing is true and correct Per. 28 USCA 1746 2.
28 Dated: 7/18/2008,    Respectfully; Roman Crome
                        Delavan t. CORA # E66320

                 4.
               END.                    **ORIGINAL**

**ORIGINAL**

_Declaration_

1

2  My Name is; MAURICE E. LOTTEN

3  Prisoner # K-01413

4  Criminal Case # YA022544

5  County of Sentencing:        L.A. county

6  Name of Court:        C.C.B.    Dpt. 122

7  Name of Sentencing Judge: Hon. LARRY PAUL FIDLER

8  District Attorney Name: KEN LAMB, Deputy

9  Public Defender's Name(s): MARGUERITE Downing

10

11  Date of Sentencing : MAR. 21, 1996 Term: 39 YEARS to life

12                   _Prior Information_

13  Year; MAR 1985    Case # A091624    County LA.

14  Year; July 1989   Case # A987945    County, LA.

15

16                   _Employment_

17  At the time of arrest:    yes / (NO).

18  While IN Prison on this Commitment  (Yes) / No.

19  Pay Rate $ .13    Monthly. Estimate Total. $17.50

20

21                   _Marriage._

22  Marriage.    yes / (No),  "at time of arrest" NO

23  Childern(s)  'Age at the time of arrest' 1 Yr. 2 mo

24                   _Restitution._

25  or fine's $    NO

26  Restitution $ 200.00

27

28                          "Continue on Next
                                Page. 2

                        /

Affidavit.

1
2  I MAURICE LOTTEN declare that I am a Prisoner
3  whom is being held or hold in Prison endustory
4  in the State of California and under the three
5  Strikes law "Cal. Penal Code." 667 b - i amended
6  by Proposition 184 (1994) called to vote.
7  I am suffering an life Sentence, I am
8  a Poor, indigent born United States citizen,
9  at the Present age 47, Per. to 8 USCA8 1101 et
10 Seo.
11  I declare that I am unable to afford
12 the cost of a attorney to bring this matter
13 to the Proper authority of the court Per. to
14 18 USCA8 2381-2385, and 2386 Smith act
15 among other alleged civil, Human, Federal
16 Constitutional violations of both State and
17 Federal laws, treaties, and international laws
18 Pursuant to 18 USCA 371, 18 USCA8 1001,
19 18 USCA8 1031 et seo. 18 USCA8 1091 et seo.
20 28 USCA8 1331, 1350 et seo. 42 USCA 8 1971,
21 1973, et seo. 42 USCA8 1981 (2), 1985 (3) 1986,
22 1994, 1997(c). Home land Security act 6 USC-
23 A8 101 et seo. State of California Government
24 Code 1027.5, 2c., California Penal Code. 37,
25 38, 181 et seo. 182 et seo. 186 et seo. 207,
26 et seo and for damages Pursuant to 28 USCA
27 8 1343. For cost of the court 42 USCA8 1988
28 attornies fee for vindication of the Constitu-

NAME: Maurice Lotten
CDCR # K-01413    2.

Continue on next page. 3

tional Rights, and Civil Rights.

I also acknowledge that this Three () Strikes imprisonment is on direct result of Plea negotiation in Prior Criminal Case that incurred before the amended State Statute Penal Code 667 (a)(b). Plea Bargains Per P.C. 1192 6(a) Proposition 8 (1982).

I am without remedy in this State Program in violation of Congressional acts of the United States (newly) Homeland Security act and that I am being held or hold to pay off an illegal debt by the taken clause 5th "USCA" 1st amendment Right to Grievance, 4th USCA denied Protected rights to illegal holding. 5th USCA denied equal Protection to make and enforce Contract. 6th USCA denied right to adequate representation of Counsel. 8th USCA Cruel and or unusual Punishment to be duly punished, by Sworn State official owing allegiance to the Constitution. 10th USCA Protection from all Foreign Power in the State of California. 11th USCA denied Sworn Judicial Protection from Foreign Enemy within the administration of State law. 13th USCA denied civil and Constitution right to be free from condition of Peonage, Slavery herein the State of California.

Name Maurice Cole
CDCR # K-01413                3

Continue on next page. 4

1  14th USCA denied Liberties, immunities,
2  privilege, and to make and enforce Contracts
3  with the State of California.
4      15th USCA. denied and or deprived the
5  right to vote, in the election of President,
6  or vice President.
7      I declare that by my undersigned
8  that I am saved by this Court Ninth Circuit
9  court of Appeals     So order,

11     That I have agreed, and read the above
12  statement in this declaration / affidavit to
13  allow Prisoner, Tyrall Farrow Cannon to
14  file with the above Court, this information,
15  and for demand of the Court's attention
16  for relief from this illegal hold based on
17  the United States ruling and decisions,
18  congressional act Prohibiting the ongoing
19  activities for Profit. 18 USCA 1581, 18 USCA8
20  1961, 1962. Slavery, Rico act. enter alia.
21     I have given Tyrall Farrow Cannon, the
22  right to release the information in this applic-
23  ation to the United States Court, for the appoint
24  ment of Counsel, and or the joining in the
25  Case Number # 08-55014. , if so Ordered
26  by the Court.
27     The foregoing is true and correct Per. 28 USCA 1746.2
28  Dated: 7-18- 2008,     Respectfully; Marvin ____
                              Delavan F. CDR2 # K-01413

                    4.
                  END.                    ORIGINAL

## Declaration                                           **ORIGINAL**

1

2  My Name is; Danny McGhee

3  Prisoner # T-50788

4  Criminal Case # FCH-07478

5  County of Sentencing: San Bernardino

6  Name of Court: Chino Superior Court

7  Name of Sentencing Judge: Douglas M. Elwell

8  District Attorney Name: 13260 Central ave. chino ca. 91710

9  Public Defender's Name(s): Mario Martinez

10

11  Date of Sentencing : 8/1/07    Term: 28/Life

12                    Prior information.

13  Year; 5/6/85    Case # A530479    County L.A

14  Year; 10/8/91    Case# CR37930    County Riverside

15

16              Employment

17  At the time of arrest: (Yes) / NO.

18  While In Prison on this Commitment   Yes / (NO)

19  Pay Rate $. 9.60 hr/q Monthly. Estemate Total 1,700

20

21              Marriage.

22  Marriage.   Yes / (NO), "at time of arrest" NO

23  Childern(s) "Age at the time of arrest" N/a

24              Restitution.

25  or fine's $

26  Restitution $ 200.

27

28                          Continue on Next
                            Page. 2

                    1

Affidavit.

1.   I Danny Dan McGhee declare that I am a Prisoner
2.   whom is being held or hold in Prison endustory
3.   in the state of California and under the Three
4.   Strikes law, "Cal. Penal Code" 667 b - i amended
5.   by Proposition 184 (1994) called to vote.
6.   I am suffering on life Sentence. I am
7.   a Poor, indigent born United States Citizen,
8.   at the Present age 47, Per. to 8USCA§1101.et
9.   Seo

10.   I declare that I am unable to afford
11.   the Cost of a attorney to bring this matter
12.   to the Proper authority of the Court Per. to
13.   18 USCA § 2381- 2385, and 2386 Smith Act
14.   among other alleged Civil, Human, Federal
15.   Constitutional Violations of both State and
16.   Federal laws, treaties, and international laws
17.   Pursuant to 18 USCA 371, 18 USCA § 1001,
18.   18 USCA § 1031 et seq. 18 USCA § 1091 et seq.
19.   28 USCA § 1331, 1350 et seq. 42 USCA § 1971,
20.   1973, et seq. 42 USCA § 1981. (2), 1985. (3), 1986,
21.   1994. 1997 (e). Home Land Security act 6 USC-
22.   A § 101 et seq. State of California Government
23.   Code 1027.5. 2 C., California Penal Code. 37,
24.   38, 181 et seq. 182 et seq. 186 et seq. 207,
25.   et seq. and for damages Pursuant to 28 USCA
26.   § 1343. for Cost of the Court 42 USCA § 1988
27.   attornies fee for vindication of the Consti-

NAME: Danny McGhee                    Continue on next
CDCR # T-56288        2.              Page. 3

tional Rights, and Civil Rights.

I also acknowledge that this Three () Strikes imprisonment is an direct result of Plea negotiation in Prior Criminal Case that incurred before the amended State Statute Penal Code 667 (a)(b). Plea Bargains Per P.C. 1192.5(a) Proposition 8 (1982).

I am without remedy in this state Program in violation of Congressional acts of the United States (newly) Homeland Security act and that I am being held or hold to pay off an illegal debt by the taken clause 5th "USCA" 1st amendment Right to Grievance, 4th USCA denied Protected rights to illegal holding. 5th USCA denied equal Protection to make and enforce Contract. 6th USCA denied right to adequate representation of Counsel. 8th USCA Cruel and/or unusual Punishment to be duly punished, by sworn state official owing allegiance to the Constitution. 10th USCA Protection form all Foreign Power in the State of California. 11th USCA denied Sworn Judicial Protection from Foreign Enemy within the administration of State law. 13th USCA denied civil and Constitution right to be Free from condition of Peonage, Slavery here in the State of California.

Name Danny McGee
CDCR # T-50288

3

Continue on Next page. 4

1 14th USCA denied liberties, immunities,
2 privilege, and to make and enforce Contracts
3 with the State of California.
4    15th USCA. denied and/or deprived the
5 right to vote, in the election of President,
6 /or vice President.
7       I declare that by my undersigned
8 that I am saved by this Court Ninth Circuit
9 court of Appeals      So order,
10
11    That I have agreed, and read the above
12 statement in this declaration/affidavit to
13 allow Prisoner, Tyrall Farrow Commins) to
14 file with the above Court, this information,
15 and for demand of the Courts attention
16 for relief from this illegal hold based on
17 the United States ruling and decisions,
18 Congressional act Prohibiting the ongoing
19 activities for Profit  18 USCA 1581, 18 USCA8
20 1961, 1962. Slavery, Rico act. enter alia.
21    I have given Tyrall Farrow Commins, the
22 right to release the information in this applic-
23 ation to the United States Court, for the appoint
24 ment of Counsel, and or the joining in the
25 Case Number # 08-55014 . if so ordered
26 by the Court.
27    The foregoing is true and correct Per. 28 USCA 1746 2
28 Dated: 7/24 2008,   Respectfully, Tommy McGhee

Delaware. - CDP2 # T-50788

4.
END.

ORIGINAL

WSD
H. Des.

## Declaration

1. My name is John C. Anderson cnc# V 83765
2. Criminal Case#FSB033940 County of Sentencing: San
3. Bernardino                    Sentencing Date: Jan 31,03
4.    I declare that I have   to life pursuant to the
5. 667 (b) thru(i) Three Strikes law Penal Code. I am Poor
6. and a United State's Citizen and by my undersigne
7. d I am unable to afford the cost of this civil
8. Right Complaint and cannot afford the cost of
9. an attorney to help me in the civil, Human, and
10. Citizen Rights Violation Complaint pursuant to
11. 42 USC 1983 for damages pursuant to 28 USC 1343
12.    I declare that I am a Prisoner in Department
13. of Correction in the State of California under
14. the Custody of the Director and its Warden(s)
15. who is Responsible for the holding or arrest
16. after State Court Judge(s) in the County above
17. passed upon me the illegal sentence of
18. 25 year's to life or 41  to life.
19.    I John C. Anderson, also declare that this im-
20. prisonment is an direct Result Prior negotiated
21. Plea bargain's agreements that incurred before
22. the new amended 667 (b)thru(i) enactment in
23. the State of California and I declare that the
24. Prior's that is being alleged as Strikes incurred
25. in the year of:
26. 1. Year: 2003   case#FSB033940 County: SAN Bernardino
27. 2. Year: 2003   case# FSB033940 County: San Bernardino
28.    I am Convinced that I am without remedy
29. Concerning my Constitutional Rights involving
30. such issue's as 1.) Unduly Punishment, 2.) deprive-
31. d of life, liberty, 3.) Cruel and unusual Punishment
32. 4.) Denial of Equal Protection of the law.-

        811
        111
        111            pg 1 of 2.

65

1. 5) Denial ( of Due Process of law 6.) Once or
2. Twice in Jeopardy 7.) Obstruction of Justice.
3. 8.) Negligent by the State of California to Prevent
4. the Violation of Constitutional Rights, Humans,
5. and Civil 9.) Reduce its United States Citizen
6. to Condition of Slavery. 10.) Sentenced to an
7. Death or condemn to die. 11.) by way of
8. conspiracy to interfere with Constitutional Rights
9. the above information attaches to my case all or
10. in part "All Part of Slavery is Attached" and will
11. be the issue'(S) brought in this Civil, Human,
12. Rights Complaint 42 USC 1983
13.                    Declaration
14.    I declare that by my undersigned that I
15. am served by this 42 USC 1983, and that I have
16. agreed to allow Tyrall Torico Connors to file
17. in Eastern Federal Court this Class Action
18. Suite for an redress of my Civil, Human, and
19. Constitutional and Federally Protected Rights
20. to not to be Placed in Condition of Peonage
21. by the State of California.
22.    I further declare that I have given the Right
23. to Tyrall E. Connors to Release the above information
24. to the United States Federal Court to join me in an Civil
25. Class Action Suite against any and all State officials
26. Responsible for the Holding Declarant in Condition
27. of Slavery in California State Prison(S)
28. and Request assistance of Counsel Pursuant to 42-
29. USC 1988
30. Under Penalty of Penury the foregoing is true and Correct
31. Dated:
32.                         John Anderson
                            Prisoner Declarant

114
111    DATE
111                    - Pg. 2. -

ORIGINAL

## Declaration.

1

2 My name is; DAVID WAYNE MOORE

3 CDC Number: J-35346

4 Criminal CaseNo#: FSB024063

5 County of Sentencing: SAN BERNARDINO

6 Name of Court: SUPERIOR Court

7 Name of Judge: Robert FAWKE

8 Date of Sentencing: 5-02-03 and Term 25 years to life

9    (Priors INformation)

10 Year 1985    case# CRN9944 county. San Diego, Ca.

11 Year 1987    case# A036255 county. Los Angeles, Ca

12    I declare that I am a Prisoner in the State of

13 California and under the 3 strike law 667 (b) thru (i)

14 I am suffering AN "life" Sentence. I am a Poor,

15 born United States Citizen and at the Present

16 Age of 38.

17    I declare that I am unable to afford the Cost

18 of an attorney to bring this matter "Civil Complaint"

19 and while alleging Civil, Human, Rights Violations

20 pursuant to 42 USC 1983, 42 USC 1985.3, 42 USC 1994,

21 18 USC 1581, 18 USC 2381, thru 2385. and for damages

22 Pursuant to 28 USC 1343, for the Cost of the

23 Court Fee's and Vindication of Constitutional

24 Rights.

25    I also declare that this 3 strike imprisonment

26 is an direct Result of Breach of Contract(s)

27 and /or Negotiation Plea bargain(s) agreement(s)

28 that incurred before the newly Amended

1  application to 667 "Penal Code" 667 (b) thru (i).
2  I am convinced that I am without Remedy
3  on any State level Concerning My Constitutional
4  Rights Pursuant to the 6th amendment being
5  indigent, and 1st amendment Right to Grievance,
6  Colimon at law, 4th amendment illegally being
7  held or hold in Prison, 5th amendment denied
8  equal Protection of the law, and Due Process
9  to be legally sentenced, 6th amendment on Right
10 to adequate and constitutionally Representation
11 of Counsel, 8th amendment Cruel and Unusual
12 handling of United States Citizen by and Sworn
13 State official owing allegiance to the State
14 and the Constitution, 13th amendment unduly
15 Punishment and Returning Me to Condition of
16 Peonage and or Slavery, 14th amendment no
17 State Shall Pass or force laws that abridge(s) the
18 Constitution of United States established laws
19 and treaties or denie any Person of there liberty
20 without Just compensation.
21  I further declare that by my undersigned that
22 I am Saved by this 42 USC 1983, civil Right
23 Complaint to the proper authority that I have
24 agreed to allow Tyrrall Farrow Connon, to file
25 in Federal Court and me as a party in
26 A classaction suite for an Redress and
27 vindication of Rights denied that gave Raise
28 to Condition of Peonage and Slavery.

                    Two of Three.

1. here in the State of California.
2. I further declare that I have given the
3. Right to Tyrall Farrow Connion to Release
4. the information in this Declaration to the
5. United States Federal Court and the State
6. officials in Relation of complaint and/or
7. Responsible for the holding me in Condition
8. of Slavery in California State, and State
9. Prison.

10.                    Conclusion.
11. I David W. Moore , declare that I am A Prisoner
12. here At Ironwood State Prison   State of California
13. Department of Correction under the warden
14. James Hall     And Director of Department
15. Correction Edward S. Alameida , and in the
16. County of Riverside          City of Blythe

17.
18. I declare under Penalty of Perjury that the
19. for going is true and correct by my under-
20. signed and Date.
21.   Dated 11-17-03        David Wayne Moore
22. David W Moore          Declarant, Prisoner
23. J-35346, A1, 101^b      CDC # J-35346
24. P.O. Box 2199           DAVID WAYNE MOORE
25. Blythe, Ca. 92226         Print NAME.
26. ///
27. ///
28. ///
                    Three of Three.

ORIGINAL

## Declaration.

My name is; EDMUND LAMONT PACKER

CDC Number: E.32574

Criminal CaseNo#: LA039664

County of Sentencing: LOS Angeles County

Name of Court: L.A. County Superior court

Name of Judge: Michael Hoff

Date of Sentencing: Aug 1.02 and Term 25 To Life

(Priors Information)

Year 11-76    case # A-136881    county. LOS Angeles

Year 9-78    case # A-141158    County. LOS Angeles

I declare that I am a Prisoner in the State of California. And under the 3 strike law 667(B)thru(i) I am suffering AN "Life" Sentence. I am a Poor, born United States Citizen and at the present Age of 46.

I declare that I am unable to afford the cost of an Attorney to bring this matter "Civil Complaint" and while alleging Civil, Human, Rights Violations Pursuant to 42 USC 1983, 42 USC 1985.3, 42 USC 1994 18 USC 1581, 18 USC 2381, thru 2385. and for damages Pursuant to 28 USC 1343, for the Cost of the Court Fee's and Vindication of Constitutional Right.

I also declare that this 3 strike imprisonment is an direct Result of Breach of Contract(s) and/or Negotiation Plea bargain(s) agreement(s) that incurred before the Newly Amended

1  application to 667 "Penal Code" 667 (b) thru (i).
2     I am convinced that I am without Remedy
3  on any State level Concerning My Constitutional
4  Rights Pursuant to the 6th amendment being
5  indigent, and 1st amendment Right to Grievance,
6  Colman at law, 4th amendment illegally being
7  held or hold in Prison, 5th amendment denied
8  equal Protection of the law, and True Process
9  to be legally sentenced, 6th amendment an Right
10 to adequate and constitutionally Representation
11 of Counsel, 8th amendment Cruel and unusual
12 handling of United States Citizen by and Susual
13 State Official owing allegiance to the State
14 and the Constitution. 13th amendment Unduly
15 Punishment and Returning Me to Condition of
16 Peonage and or Slavery. 14th amendment no
17 State Shall Pass or Force laws that abridges the
18 Constitution of United State's established laws
19 and treaties or deny any person of there liberty
20 without just compensation.
21    I further declare that by my undersigned that
22 I am saved by this 42 USC 1983, civil Right
23 Complaint to the proper authority that I have
24 agreed to allow Tyrrall Farrow Connon, to file
25 in Federal Court and me as a party in
26 A classaction Suite for an Redress and
27 vindication of Rights denied that gave Raise
28 to Condition of peonage and Slavery.
        Two of Three.

1  here in the State of California.
2     I further declare that I have given the
3  right to Tyrall Farrow Connion to Release
4  the information in this Declaration to the
5  United States Federal Court and the State
6  officials in relation to Complaint and/or
7  Responsible for the holding me in Condition
8  of slavery in California. State, and State
9  Prison.
10                    Conclusion.
11  I Edmund Lamont Packer, declare that I am A Prisoner
12  here At Blythe "Ironwood Pitson"      State of California
13  Department of Correction under the warden
14  James Hall      And Director of Department
15  Correction Edward S. Alameida       , and in the
16  County of Riverside        City of Blythe
17
18     I declare under Penalty of Perjury that the
19  for going is true and correct by my under-
20  signed and Date.
21     Dated Dec 10, 2003       Edmund Packer
22                              Declarant, Prisoner
23                              CDC #E-32574
24                              EDMUND PACKER
25                              Print NAME.
26  ///
27  ///
28  ///
                         Three of Three.

ORIGINAL

### Declaration

1. My name is Richard Edwards CDC# C 30269
2. Criminal Case #1067977 County of Sentencing:
3. Santa Barbara         Sentencing Date: 4-21-03
4. I declare that I have 30 to life pursuant to the
5. 667 (b) thru (i) Three Strikes law Penal Code I am poor
6. and a United States Citizen and by my undersigne
7. d I am unable to afford the cost of this civil
8. Right Complaint, and can not afford the cost of
9. an attorney to help me in the Civil, Human, and
10. Citizen Rights Violation Complaint pursuant to
11. 42 USC 1983 for damages pursuant to 28 USC 1343.
12. I declare that I am a prisoner in Department
13. of Correction in the State of California under
14. the custody of the Director and it's Warden(s)
15. who is responsible for the holding or arrest
16. after State Court Judge(s) in the County above
17. passed upon me the illegal sentence of
18. 25 year's to life or 30 's to life
19. I Richard Edwards also declare that this im-
20. prisonment is an direct result Prior negotiated
21. Plea bargain's agreements, that incurred before
22. the new amended 667 (b) thru (i) enactment in
23. the State of California and I declare that the
24. Prior's that is being alleged as Strikes incurred
25. in the year of:
26. 1. year: 01-20-94 case #LA016424 County: Los Angeles   3 cts. 211
27. 2. year: 4-12-90 case# PA002562 County: Los Angeles   1 ct. 211
28. I am convinced that I am without Remedy
29. concerning my Constitutional Rights involving
30. such issue's as 1) Unduly Punishment, 2) deprive-
31. d of life, liberty 3) Cruel and unusual Punishment
32. 4) Denial of Equal Protection of the Law.

∴

∴

∴                    pg 1 of 2.

1. 5) Denial of Due Process of Law 6.) Once or
2. Twice in Jeopardy 7.) Obstruction of Justice
3. 8.) Negilgent by the State of California to Prevent
4. the Violation of Constitutional Rights, Human,
5. and Civil. 9.) Return its United States Citizen
6. to Condition of Slavery. 10.) Sentenced to an
7. Death or condemn to die. 11.) by way of
8. Conpircy to interfere with Constitutional Rights
9. the above information attaches to my case all or
10. in part "All Part of Slavery is attached" and will
11. be the issue(s) brought in this Civil, Human
12. Rights Complaint 42 USC 1983
13.                         Declaration
14.      I declare that by my undersigned that I
15. am saved by this 42 USC 1983 and that I have
16. agreed to allow Tyrall Farrow Connors to file
17. in Enstern Federal Court this Class Action
18. Suite for an redress of my Civil, Human, and
19. Constitutional and Federally Protected Rights
20. to not to be Placed in Condition of Peonage
21. by the State of California.
22.      I further declare, that I have given the Right
23. to Tyrall E. Connors to Release the above information
24. to the United States Federal Court to join me in an Civil
25. Class Action Suite against any and all State officials
26. Responsible for the holding Declarant in condition
27. of Slavery in California State Prison(s)
28. and Request Assistance of Counsel Pursuant to 42-
29. USC 1988
30. Under Penalty of Perjury the foregoing is true and correct
31. Datd: 7-1-03
32.                         Prisoner Declarant

      ///
      ///
      ///               — Pg. 2 —